**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| In re: | ) |
|  | ) Chapter 11 |
| SEADRILL LIMITED, *et al.*,[1] | ) |
|  | ) Case No. 21-30427 (DRJ) |
| Debtors. | ) |
|  | ) (Jointly Administered) |
|  | ) |

**DEBTORS' APPLICATION FOR ENTRY OF AN ORDER**
**AUTHORIZING THE RETENTION AND EMPLOYMENT**
**OF KIRKLAND & ELLIS LLP AND KIRKLAND & ELLIS**
**INTERNATIONAL LLP AS ATTORNEYS FOR THE DEBTORS**
**AND DEBTORS IN POSSESSION EFFECTIVE AS OF FEBRUARY 10, 2021**

> **This application seeks an order that may adversely affect you. If you oppose the application, you should immediately contact the moving party to resolve the dispute. If you and the moving party cannot agree, you must file a response and send a copy to the moving party. You must file and serve your response within 21 days of the date this was served on you. Your response must state why the application should not be granted. If you do not file a timely response, the relief may be granted without further notice to you. If you oppose the application and have not reached an agreement, you must attend the hearing. Unless the parties agree otherwise, the court may consider evidence at the hearing and may decide the application at the hearing.**
>
> **Represented parties should act through their attorney.**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") file this application (this "Application") for the entry of an order (the "Order"), substantially in the form attached hereto, authorizing the Debtors to retain and employ Kirkland & Ellis LLP and Kirkland & Ellis International LLP (collectively, "Kirkland") as their attorneys effective as of the Petition Date (as defined herein). In support of this Application, the Debtors submit the declaration

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://cases.primeclerk.com/SeadrillLimited. The location of Debtor Seadrill Americas, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 11025 Equity Drive, Suite 150, Houston, Texas 77041.

Kirkland & Ellis International LLP (collectively, "Kirkland") as their attorneys effective as of the Petition Date (as defined herein). In support of this Application, the Debtors submit the declaration of Ross M. Kwasteniet, the president of Ross M. Kwasteniet, P.C., a partner of Kirkland & Ellis LLP, and a partner of Kirkland & Ellis International LLP (the "Kwasteniet Declaration"), which is attached hereto as **Exhibit A** and the declaration of Sandra Redding, the Senior Vice President, General Counsel, and Company Secretary of Seadrill Limited, which is attached hereto as **Exhibit B** (the "Redding Declaration"). In further support of this Application, the Debtors respectfully state as follows.

## Jurisdiction and Venue

1.     The United States Bankruptcy Court for the Southern District of Texas (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). The Debtors confirm their consent to entry of a final order by the Court.

2.     Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.     The bases for the relief requested herein are sections 327(a) and 330 of title 11 of the United States Code (the "Bankruptcy Code"), rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rules 2014-1 and 2016-1 of the Local Bankruptcy Rules for the Southern District of Texas (the "Bankruptcy Local Rules").

## Background

4.     On February 7, 2021, Asia Offshore Drilling Limited and four affiliated Debtors (the "AOD Debtors") each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. On February 10, 2021 (the "Petition Date"), Seadrill Limited and the remaining above-

captioned Debtors (the "<u>Seadrill Limited Debtors</u>") each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.[2]

5.      The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.   On February 11, 2021, the Court entered an order [Docket No. 27] authorizing procedural consolidation and joint administration of these chapter 11 cases pursuant to Bankruptcy Rule 1015(b) and Bankruptcy Local Rule 1015-1.   No request for the appointment of a trustee or examiner has been made in these chapter 11 cases, and no official committees have been appointed or designated.

6.      A description of the Debtors' businesses, the reasons for commencing the chapter 11 cases, and the relief sought from the Court to allow for a smooth transition into chapter 11 are set forth in the *Declaration of Grant Creed, Chief Restructuring Officer of Seadrill Limited, in Support of Chapter 11 Petitions and First Day Motions* (the "<u>First Day Declaration</u>"),[3] filed on February 11, 2021 [Docket No. 41], and incorporated herein by reference.

## <u>Relief Requested</u>

7.      By this Application, the Debtors seek entry of the Order authorizing the retention and employment of Kirkland as their attorneys in accordance with the terms and conditions set forth in that certain engagement letter between the Debtors and Kirkland effective as of

---

[2]   The chapter 11 cases of the AOD Debtors and the Seadrill Limited Debtors are jointly administered under the above-captioned chapter 11 cases.   On December 1, 2020, Seadrill Partners LLC ("<u>Seadrill Partners</u>") and 28 affiliated debtors and debtors in possession commenced chapter 11 cases in this Court, which are jointly administered under the case caption *In re Seadrill Partners LLC*, No. 20-35740 (Bankr. S.D. Tex.) (collectively, the "<u>Seadrill Partners Cases</u>").   The Debtors do not intend to seek joint administration of these chapter 11 cases with the Seadrill Partners Cases.

[3]   Capitalized terms used but not otherwise defined in this Application have the meanings ascribed to them in the First Day Declaration.

July 24, 2020, as supplemented on August 19, 2020 (together, the "Engagement Letter"), a copy

of which is attached as **Exhibit 1** to the Order and incorporated herein by reference.[4]

### Kirkland's Qualifications

8.     The Debtors seek to retain Kirkland because of Kirkland's recognized expertise and

extensive experience and knowledge in the field of debtors' protections, creditors' rights, and

business reorganizations under chapter 11 of the Bankruptcy Code.

9.     Kirkland has been actively involved in major chapter 11 cases and has represented

debtors in many cases, including, among others: *In re Seadrill Partners LLC*, No. 20-35740 (DRJ)

(Bankr. S.D. Tex. Jan. 15, 2021); *In re Gulfport Energy Corporation*, No. 20-35562 (DRJ)

(Bankr. S.D. Tex. Jan. 11, 2021); *In re Bouchard Transp. Co., Inc.*, No. 20-34682 (DRJ)

(Bankr. S.D. Tex. Nov. 24, 2020); *In re Oasis Petroleum, Inc.*, No. 20-34771 (MI)

(Bankr. S.D. Tex. Nov. 10, 2020); *In re iQor Holdings Inc.*, No. 20-34500 (DRJ)

(Bankr. S.D. Tex. Nov. 6, 2020); *In re Valaris plc*, No. 20-34114 (MI)

(Bankr. S.D. Tex. Oct. 9, 2020); *In re Tailored Brands, Inc.*, No. 20-33900 (MI)

(Bankr. S.D. Tex. Oct. 6, 2020); *In re California Pizza Kitchen Inc.*, No. 20-33752 (MI)

(Bankr. S.D. Tex. Oct. 6, 2020); *In re FTS International Inc.*, No. 20-34622 (DRJ)

(Bankr. S.D. Tex. Sept. 29, 2020); *In re Arena Energy, LP*, No. 20-34215 (MI)

(Bankr. S.D. Tex. Sept. 25, 2020); *In re Denbury Res. Inc.*, No. 20-33801 (DRJ)

(Bankr. S.D. Tex. Sept. 22, 2020); *In re Mood Media Corp.*, No. 20-33768 (MI)

(Bankr. S.D. Tex. Sept. 4, 2020); *In re BJ Servs., LLC*, No. 20-33627 (MI)

---

[4]     The Debtors also seek to employ and retain Cravath, Swaine & Moore LLP ("Cravath") as their conflicts counsel
in connection with these chapter 11 cases to handle matters that the Debtors may encounter that cannot be handled
appropriately by Kirkland because of a conflict of interest.  It is intended that the services of Cravath shall
complement, and not duplicate, the services to be rendered by Kirkland.  Moreover, the responsibilities of Cravath
shall be confined to discrete legal matters that are distinct from the matters handled by Kirkland.  Cravath shall
act on its own and will not act under the direct supervision of Kirkland.

(Bankr. S.D. Tex. Sept. 4, 2020); *In re Bruin E&P Partners, LLC*, No. 20-33605 (MI)

(Bankr. S.D. Tex. Aug. 27, 2020); *In re Chesapeake Energy Corp.*, No. 20-33233 (DRJ)

(Bankr. S.D. Tex. Aug. 12, 2020); *In re Covia Holdings Corp.*, No. 20-33295 (DRJ)

(Bankr. S.D. Tex. Aug. 3, 2020); *In re Stage Stores, Inc.*, No. 20-32564 (DRJ)

(Bankr. S.D. Tex. July 10, 2020); *In re J.C. Penney Co., Inc.*, No. 20-20182 (DRJ)

(Bankr. S.D. Tex. July 2, 2020); *In re Ultra Petrol. Corp.*, No. 20-32631 (MI)

(Bankr. S. D. Tex. June 29, 2020); *In re Neiman Marcus Grp. Ltd. LLC*, No. 20-32519 (DRJ)

(Bankr. S.D. Tex. June 26, 2020); *In re Hornbeck Offshore Servs., Inc.*, No. 20-32679 (DRJ)

(Bankr. S.D. Tex. June 18, 2020); *In re Whiting Petrol. Corp.*, No. 20-32021 (DRJ)

(Bankr. S.D. Tex. May 6, 2020); *In re McDermott Int'l, Inc.*, No. 20-30336 (DRJ)

(Bankr. S.D. Tex. Mar. 17, 2020).[5]

10.     In preparing for its representation of the Debtors in these chapter 11 cases, Kirkland has become familiar with the Debtors' businesses and many of the potential legal issues that may arise in the context of these chapter 11 cases. The Debtors believe that Kirkland is both well-qualified and uniquely able to represent the Debtors in these chapter 11 cases in an efficient and timely manner.

### Services to be Provided

11.     Subject to further order of the Court, and consistent with the Engagement Letter, the Debtors request the retention and employment of Kirkland to render the following legal services:

---

[5]     Because of the voluminous nature of the orders cited in this Application, they are not attached to this Application. Copies of these orders are available upon request to Kirkland.

a.      advising the Debtors with respect to their powers and duties as debtors in possession in the continued management and operation of their businesses and properties;

b.      advising and consulting on the conduct of these chapter 11 cases, including all of the legal and administrative requirements of operating in chapter 11;

c.      attending meetings and negotiating with representatives of creditors and other parties in interest;

d.      taking all necessary actions to protect and preserve the Debtors' estates, including prosecuting actions on the Debtors' behalf, defending any action commenced against the Debtors, and representing the Debtors in negotiations concerning litigation in which the Debtors are involved, including objections to claims filed against the Debtors' estates;

e.      preparing pleadings in connection with these chapter 11 cases, including motions, applications, answers, orders, reports, and papers necessary or otherwise beneficial to the administration of the Debtors' estates;

f.      representing the Debtors in connection with obtaining authority to continue using cash collateral and postpetition financing;

g.      advising the Debtors in connection with any potential sale of assets;

h.      appearing before the Court and any appellate courts to represent the interests of the Debtors' estates;

i.      advising the Debtors regarding tax matters;

j.      taking any necessary action on behalf of the Debtors to negotiate, prepare, and obtain approval of a disclosure statement and confirmation of a chapter 11 plan and all documents related thereto; and

k.      performing all other necessary legal services for the Debtors in connection with the prosecution of these chapter 11 cases, including: (i) analyzing the Debtors' leases and contracts and the assumption and assignment or rejection thereof; (ii) analyzing the validity of liens against the Debtors; and (iii) advising the Debtors on corporate and litigation matters.

**Professional Compensation**

12.     Kirkland intends to apply for compensation for professional services rendered on an hourly basis and reimbursement of expenses incurred in connection with these chapter 11 cases, subject to the Court's approval and in compliance with applicable provisions of the Bankruptcy

Code, the Bankruptcy Rules, the Bankruptcy Local Rules, and any other applicable procedures and orders of the Court.  The hourly rates and corresponding rate structure Kirkland will use in these chapter 11 cases are the same as the hourly rates and corresponding rate structure that Kirkland uses in other restructuring matters, as well as similar complex corporate, securities, and litigation matters whether in court or otherwise, regardless of whether a fee application is required. These rates and the rate structure reflect that such restructuring and other complex matters typically are national in scope and involve great complexity, high stakes, and severe time pressures.

13.     Kirkland operates in a national marketplace for legal services in which rates are driven by multiple factors relating to the individual lawyer, his or her area of specialization, the firm's expertise, performance, and reputation, the nature of the work involved, and other factors.

14.     Kirkland's current hourly rates for matters related to these chapter 11 cases range as follows:[6]

| Billing Category[7] | U.S. Range |
|---|---|
| Partners | $1,080-$1,895 |
| Of Counsel | $625-$1,845 |
| Associates | $625-$1,195 |
| Paraprofessionals | $255-$475 |

15.     Kirkland's hourly rates are set at a level designed to compensate Kirkland fairly for the work of its attorneys and paraprofessionals and to cover fixed and routine expenses.  Hourly

---

[6]   For professionals and paraprofessionals residing outside of the U.S., hourly rates are billed in the applicable currency.  When billing a U.S. entity, such foreign rates are converted into U.S. dollars at the then applicable conversion rate.  After converting these foreign rates into U.S. dollars, it is possible that certain rates may exceed the billing rates listed in the chart herein.  While the rate ranges provided for in this Application may change if an individual leaves or joins Kirkland, if any such individual's billing rate falls outside the ranges disclosed above, Kirkland does not intend to update the ranges for such circumstances.

[7]   Although Kirkland does not anticipate using contract attorneys during these chapter 11 cases, in the unlikely event that it becomes necessary to use contract attorneys, Kirkland will not charge a markup to the Debtors with respect to fees billed by such attorneys.  Any contract attorneys or non-attorneys who are employed by the Debtors in connection with work performed by Kirkland will be subject to conflict checks and disclosures in accordance with the requirements of the Bankruptcy Code.

rates vary with the experience and seniority of the individuals assigned.  These hourly rates are subject to periodic adjustments to reflect economic and other conditions.[8]

16.     Kirkland represented the Debtors during the twelve-month period before the Petition Date, using the hourly rates listed above and in the Kwasteniet Declaration.  Moreover, these hourly rates are consistent with the rates that Kirkland charges other comparable chapter 11 clients, regardless of the location of the chapter 11 case.

17.     The rate structure provided by Kirkland is appropriate and not significantly different from (a) the rates that Kirkland charges for other similar types of representations or (b) the rates that other comparable counsel would charge to do work substantially similar to the work Kirkland will perform in these chapter 11 cases.

18.     It is Kirkland's policy to charge its clients in all areas of practice for identifiable, non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client.  It is also Kirkland's policy to charge its clients only the amount actually incurred by Kirkland in connection with such items.  Examples of such expenses include postage, overnight mail, courier delivery, transportation, overtime expenses, computer-assisted legal research, photocopying, airfare, meals, and lodging.

19.     To ensure compliance with all applicable deadlines in these chapter 11 cases, from time to time Kirkland utilizes the services of overtime secretaries.  Kirkland charges fees for these services pursuant to the Engagement Letter, which permits Kirkland to bill the Debtors for

---

[8]     For example, like many of its peer law firms, Kirkland typically increases the hourly billing rate of attorneys and paraprofessionals twice a year in the form of: (i) step increases historically awarded in the ordinary course on the basis of advancing seniority and promotion and (ii) periodic increases within each attorney's and paraprofessional's current level of seniority.  The step increases do not constitute "rate increases" (as the term is used in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*, effective November 1, 2013).  As set forth in the Order, Kirkland will provide ten business-days' notice to the Debtors, the U.S. Trustee, and any official committee before implementing any periodic increases, and shall file any such notice with the Court.

overtime secretarial charges that arise out of business necessity.   In addition, Kirkland professionals also may charge their overtime meals and overtime transportation to the Debtors consistent with prepetition practices.

20.     Kirkland currently charges the Debtors $0.16 per page for standard duplication in its offices in the United States.   Kirkland does not charge its clients for incoming facsimile transmissions.   Kirkland has negotiated a discounted rate for Westlaw computer-assisted legal research.   Computer-assisted legal research is used whenever the researcher determines that using Westlaw is more cost effective than using traditional (non-computer assisted legal research) techniques.

### Compensation Received by Kirkland from the Debtors

21.     Per the terms of the Engagement Letter, on August 21, 2020, the Debtors paid $5,000,000.00 to Kirkland, which, as stated in the Engagement Letter, constituted an "advance payment retainer" as defined in Rule 1.15(c) of the Illinois Rules of Professional Conduct and *Dowling v. Chicago Options Assoc., Inc.*, 875 N.E.2d 1012, 1018 (Ill. 2007).   Subsequently, the Debtors paid to Kirkland additional advance payment retainer totaling $10,000,000.00 in the aggregate.   As stated in the Engagement Letter, any advance payment retainer is earned by Kirkland upon receipt, any advance payment retainer becomes the property of Kirkland upon receipt, the Debtors no longer have a property interest in any advance payment retainer upon Kirkland's receipt, any advance payment retainer will be placed in Kirkland's general account and will not be held in a client trust account, and the Debtors will not earn any interest on any advance payment retainer.[9]

---

[9]    The Engagement Letter permits Kirkland to retain any prepetition advance payment retainer held by Kirkland as of the Petition Date rather than applying such prepetition advance payment retainer to pay postpetition fees and expenses. In light of the facts and circumstances of these chapter 11 cases, Kirkland will retain any prepetition

22.     Pursuant to Bankruptcy Rule 2016(b), Kirkland has neither shared nor agreed to share (a) any compensation it has received or may receive with another party or person, other than with the partners, associates, and contract attorneys associated with Kirkland or (b) any compensation another person or party has received or may receive.

23.     As of the Petition Date, the Debtors did not owe Kirkland any amounts for legal services rendered before the Petition Date.  Although certain expenses and fees may have been incurred but not yet applied to Kirkland's advance payment retainer, the amount of Kirkland's advance payment retainer always exceeded any amounts listed or to be listed on statements describing services rendered and expenses incurred (on a "rates times hours" and "dates of expenses incurred" basis) prior to the Petition Date.

### Kirkland's Disinterestedness

24.     To the best of the Debtors' knowledge and as disclosed herein and in the Kwasteniet Declaration, (a) Kirkland is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors' estates and (b) Kirkland has no connection to the Debtors, their creditors, or other parties in interest, except as may be disclosed in the Kwasteniet Declaration.

25.     Kirkland will review its files periodically during the pendency of these chapter 11 cases to ensure that no conflicts or other disqualifying circumstances exist or arise.  If any new relevant facts or relationships are discovered or arise, Kirkland will use reasonable efforts to

---

advance payment retainer held by Kirkland as of the Petition Date and will not apply any such amounts to postpetition fees and expenses.

identify such further developments and will promptly file a supplemental declaration, as required by Bankruptcy Rule 2014(a).

## Supporting Authority

26.     The Debtors seek retention of Kirkland as their attorneys pursuant to section 327(a) of the Bankruptcy Code, which provides that a debtor, subject to Court approval:

> [M]ay employ one or more attorneys, accountants, appraisers, auctioneers, or other professional persons, that do not hold or represent an interest adverse to the estate, and that are disinterested persons, to represent or assist the [debtor] in carrying out the [debtor]'s duties under this title.

11 U.S.C. § 327(a).

27.     Bankruptcy Rule 2014(a) requires that an application for retention include:

> [S]pecific facts showing the necessity for the employment, the name of the [firm] to be employed, the reasons for the selection, the professional services to be rendered, any proposed arrangement for compensation, and, to the best of the applicant's knowledge, all of the [firm's] connections with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee.

Fed. R. Bankr. P. 2014.

28.     The Debtors submit that for all the reasons stated above and in the Kwasteniet Declaration, the retention and employment of Kirkland as counsel to the Debtors is warranted. Further, as stated in the Kwasteniet Declaration, Kirkland is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors' estates and has no connection to the Debtors, their creditors, or other parties in interest, except as may be disclosed in the Kwasteniet Declaration.

## Notice

29.     The Debtors will provide notice of this Motion to:  (a) the Office of the United States Trustee for the Southern District of Texas; (b) entities listed as holding the 30 largest unsecured claims against the Debtors (on a consolidated basis); (c) counsel to the ad hoc group of the Debtors' senior secured credit facilities; (d) counsel to the CoCom; (e) counsel to the ad hoc group of holders of the Debtors' senior secured notes; (f) the Office of the United States Attorney for the Southern District of Texas; (g) the state attorneys general for states in which the Debtors conduct business; (h) the Internal Revenue Service; (i) the Securities and Exchange Commission; (j) the Environmental Protection Agency and similar state environmental agencies for states in which the Debtors conduct business; (k) any party that has requested notice pursuant to Bankruptcy Rule 2002; and (l) any other party entitled to notice pursuant to Local Rule 9013-1(d). A copy of this Application is also available on the website of the Debtors' notice and claims agent at http://cases.primeclerk.com/SeadrillLimited.  In light of the nature of the relief requested, the Debtors submit that no other or further notice is required.

WHEREFORE, the Debtors respectfully request that the Court enter the Order, substantially in the form attached hereto, granting the relief requested herein and granting such other relief as is just and proper.

Dated:  March 8, 2021

_/s/ Grant Creed_
Grant Creed
Chief Restructuring Officer
Seadrill Limited

## EXHIBIT A

**Kwasteniet Declaration**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| SEADRILL LIMITED, *et al.*,[1] | ) |
| | ) Case No. 21-30427 (DRJ) |
| Debtors. | ) |
| | ) (Jointly Administered) |

## DECLARATION OF
## ROSS M. KWASTENIET IN SUPPORT OF THE
## DEBTORS' APPLICATION FOR ENTRY OF AN ORDER
## AUTHORIZING THE RETENTION AND EMPLOYMENT
## OF KIRKLAND & ELLIS LLP AND KIRKLAND & ELLIS
## INTERNATIONAL LLP AS ATTORNEYS FOR THE DEBTORS
## AND DEBTORS IN POSSESSION EFFECTIVE AS OF FEBRUARY 10, 2021

I, Ross M. Kwasteniet, being duly sworn, state the following under penalty of perjury:

1.     I am the president of Ross M. Kwasteniet, P.C., a partner of the law firm of Kirkland & Ellis LLP, located at 300 North LaSalle Street, Chicago, Illinois 60654, and a partner of Kirkland & Ellis International, LLP (together with Kirkland & Ellis LLP, collectively, "Kirkland").[2]  I am one of the lead attorneys from Kirkland working on the above-captioned chapter 11 cases.  I am a member in good standing of the Bar of the State of Illinois, and I have been admitted to practice in the U.S. District Court for the Northern District of Illinois.   There are no disciplinary proceedings pending against me.

2.     I submit this declaration (the "Declaration") in support of the Debtors' *Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and*

---

[1]     A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://cases.primeclerk.com/SeadrillLimited.  The location of Debtor Seadrill Americas, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 11025 Equity Drive, Suite 150, Houston, Texas 77041.

[2]     Capitalized terms used but not otherwise defined herein shall have the meaning as set forth in the Application.

*Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of February 10, 2021* (the "Application").[3]  Except as otherwise noted, I have personal knowledge of the matters set forth herein.

### Kirkland's Qualifications

4.      The Debtors seek to retain Kirkland because of Kirkland's recognized expertise and extensive experience and knowledge in the field of debtors' protections, creditors' rights, and business reorganizations under chapter 11 of the Bankruptcy Code.

5.      Kirkland has been actively involved in major chapter 11 cases and has represented debtors in many cases, including, among others: *In re Seadrill Partners LLC*, No. 20-35740 (DRJ) (Bankr. S.D. Tex. Jan. 15, 2021); *In re Gulfport Energy Corporation*, No. 20-35562 (DRJ) (Bankr. S.D. Tex. Jan. 11, 2021); *In re Bouchard Transp. Co., Inc.*, No. 20-34682 (DRJ) (Bankr. S.D. Tex. Nov. 24, 2020); *In re Oasis Petroleum, Inc.*, No. 20-34771 (MI) (Bankr. S.D. Tex. Nov. 10, 2020); *In re iQor Holdings Inc.*, No. 20-34500 (DRJ) (Bankr. S.D. Tex. Nov. 6, 2020); *In re Valaris plc*, No. 20-34114 (MI) (Bankr. S.D. Tex. Oct. 9, 2020); *In re Tailored Brands, Inc.*, No. 20-33900 (MI) (Bankr. S.D. Tex. Oct. 6, 2020); *In re California Pizza Kitchen Inc.*, No. 20-33752 (MI) (Bankr. S.D. Tex. Oct. 6, 2020); *In re FTS International Inc.*, No. 20-34622 (DRJ) (Bankr. S.D. Tex. Sept. 29, 2020); *In re Arena Energy, LP*, No. 20-34215 (MI) (Bankr. S.D. Tex. Sept. 25, 2020); *In re Denbury Res. Inc.*, No. 20-33801 (DRJ) (Bankr. S.D. Tex. Sept. 22, 2020); *In re Mood Media Corp.*, No. 20-33768 (MI) (Bankr. S.D. Tex. Sept. 4, 2020); *In re BJ Servs., LLC*, No. 20-33627 (MI)

---

[3]      Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

(Bankr. S.D. Tex. Sept. 4, 2020); *In re Bruin E&P Partners, LLC*, No. 20-33605 (MI)

(Bankr. S.D. Tex. Aug. 27, 2020); *In re Chesapeake Energy Corp.*, No. 20-33233 (DRJ)

(Bankr. S.D. Tex. Aug. 12, 2020); *In re Covia Holdings Corp.*, No. 20-33295 (DRJ)

(Bankr. S.D. Tex. Aug. 3, 2020); *In re Stage Stores, Inc.*, No. 20-32564 (DRJ)

(Bankr. S.D. Tex. July 10, 2020); *In re J.C. Penney Co., Inc.*, No. 20-20182 (DRJ)

(Bankr. S.D. Tex. July 2, 2020); *In re Ultra Petrol. Corp.*, No. 20-32631 (MI)

(Bankr. S. D. Tex. June 29, 2020); *In re Neiman Marcus Grp. Ltd. LLC*, No. 20-32519 (DRJ)

(Bankr. S.D. Tex. June 26, 2020); *In re Hornbeck Offshore Servs., Inc.*, No. 20-32679 (DRJ)

(Bankr. S.D. Tex. June 18, 2020); *In re Whiting Petrol. Corp.*, No. 20-32021 (DRJ)

(Bankr. S.D. Tex. May 6, 2020); *In re McDermott Int'l, Inc.*, No. 20-30336 (DRJ)

(Bankr. S.D. Tex. Mar. 17, 2020).[4]

6.      In preparing for its representation of the Debtors in these chapter 11 cases, Kirkland has become familiar with the Debtors' businesses and many of the potential legal issues that may arise in the context of these chapter 11 cases. I believe that Kirkland is both well-qualified and uniquely able to represent the Debtors in these chapter 11 cases in an efficient and timely manner.

## Services to Be Provided

7.      Subject to further order of the Court and that certain engagement letter dated July 24, 2020, as supplemented on August 19, 2020 (together, the "Engagement Letter"), a copy of which is attached as **Exhibit 1** to the Order, the Debtors retained Kirkland to render, without limitation, the following legal services:

---

[4]     Because of the voluminous nature of the orders cited in this Declaration, they are not attached to this Declaration. Copies of these orders are available upon request to Kirkland.

a.      advising the Debtors with respect to their powers and duties as debtor in possession in the continued management and operation of its businesses and properties;

b.      advising and consulting on the conduct of these chapter 11 cases, including all of the legal and administrative requirements of operating in chapter 11;

c.      attending meetings and negotiating with representatives of creditors and other parties in interest;

d.      taking all necessary actions to protect and preserve the Debtors' estates, including prosecuting actions on the Debtors' behalf, defending any action commenced against the Debtors, and representing the Debtors in negotiations concerning litigation in which the Debtors are involved, including objections to claims filed against the Debtors' estates;

e.      preparing pleadings in connection with these chapter 11 cases, including motions, applications, answers, orders, reports, and papers necessary or otherwise beneficial to the administration of the Debtors' estates;

f.      representing the Debtors in connection with obtaining authority to continue using cash collateral and postpetition financing;

g.      advising the Debtors in connection with any potential sale of assets;

h.      appearing before the Court and any appellate courts to represent the interests of the Debtors' estates;

i.      advising the Debtors regarding tax matters;

j.      taking any necessary action on behalf of the Debtors to negotiate, prepare, and obtain approval of a disclosure statement and confirmation of a chapter 11 plan and all documents related thereto; and

k.      performing all other necessary legal services for the Debtors in connection with the prosecution of these chapter 11 cases, including:  (i) analyzing the Debtors' leases and contracts and the assumption and assignment or rejection thereof; (ii) analyzing the validity of liens against the Debtors; and (iii) advising the Debtors on corporate and litigation matters.

**Professional Compensation**

8.      Kirkland intends to apply for compensation for professional services rendered on an hourly basis and reimbursement of expenses incurred in connection with these chapter 11 cases, subject to the Court's approval and in compliance with applicable provisions of the Bankruptcy

4

Code, the Bankruptcy Rules, the Bankruptcy Local Rules, and any other applicable procedures and orders of the Court. The hourly rates and corresponding rate structure Kirkland will use in these chapter 11 cases are the same as the hourly rates and corresponding rate structure that Kirkland uses in other debtor representations, and are comparable to the hourly rates and corresponding rate structure that Kirkland uses for complex corporate, securities, and litigation matters whether in court or otherwise, regardless of whether a fee application is required. These rates and the rate structure reflect that such restructuring and other complex matters typically are national in scope and involve great complexity, high stakes, and severe time pressures.

9. Kirkland operates in a national marketplace for legal services in which rates are driven by multiple factors relating to the individual lawyer, his or her area of specialization, the firm's expertise, performance, and reputation, the nature of the work involved, and other factors.

10. Kirkland's current hourly rates for matters related to these chapter 11 cases range as follows:[5]

| Billing Category[6] | U.S. Range |
|---|---|
| Partners | $1,080-$1,895 |
| Of Counsel | $625-$1,845 |
| Associates | $625-$1,195 |
| Paraprofessionals | $255-$475 |

---

[5] For professionals and paraprofessionals residing outside of the U.S., hourly rates are billed in the applicable currency. When billing a U.S. entity, such foreign rates are converted into U.S. dollars at the then applicable conversion rate. After converting these foreign rates into U.S. dollars, it is possible that certain rates may exceed the billing rates listed in the chart herein. While the rate ranges provided for in this Application may change if an individual leaves or joins Kirkland, and if any such individual's billing rate falls outside the ranges disclosed above, Kirkland does not intend to update the ranges for such circumstances.

[6] Although Kirkland does not anticipate using contract attorneys during these chapter 11 cases, in the unlikely event that it becomes necessary to use contract attorneys, Kirkland will not charge a markup to the Debtors with respect to fees billed by such attorneys. Moreover, any contract attorneys or non-attorneys who are employed by the Debtors in connection with work performed by Kirkland will be subject to conflict checks and disclosures in accordance with the requirements of the Bankruptcy Code.

11.     Kirkland's hourly rates are set at a level designed to compensate Kirkland fairly for the work of its attorneys and paralegals and to cover fixed and routine expenses.  Hourly rates vary with the experience and seniority of the individuals assigned. These hourly rates are subject to periodic adjustments to reflect economic and other conditions.[7]

12.     It is Kirkland's policy to charge its clients in all areas of practice for identifiable, non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client.  It is also Kirkland's policy to charge its clients only the amount actually incurred by Kirkland in connection with such items.  Examples of such expenses include postage, overnight mail, courier delivery, transportation, overtime expenses, computer-assisted legal research, photocopying, airfare, meals, and lodging.

13.     To ensure compliance with all applicable deadlines in these chapter 11 cases, Kirkland utilizes the services of overtime secretaries.  Kirkland charges fees for these services pursuant to the Engagement Letter between Kirkland and the Debtors, which permits Kirkland to bill the Debtors for overtime secretarial charges that arise out of business necessity.  In addition, Kirkland professionals also may charge their overtime meals and overtime transportation to the Debtors consistent with prepetition practices.

14.     Kirkland currently charges the Debtors $0.16 per page for standard duplication in its offices in the United States.  Kirkland does not charge its clients for incoming facsimile

---

[7]    For example, like many of its peer law firms, Kirkland typically increases the hourly billing rate of attorneys and paraprofessionals twice a year in the form of: (i) step increases historically awarded in the ordinary course on the basis of advancing seniority and promotion and (ii) periodic increases within each attorney's and paraprofessional's current level of seniority. The step increases do not constitute "rate increases" (as the term is used in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*, effective November 1, 2013).  As set forth in the Order, Kirkland will provide ten business days' notice to the Debtors, the U.S. Trustee, and any official committee before implementing any periodic increases, and shall file such notice with the Court.

transmissions. Kirkland has negotiated a discounted rate for Westlaw computer-assisted legal research. Computer-assisted legal research is used whenever the researcher determines that using Westlaw is more cost effective than using traditional (non-computer assisted legal research) techniques.

**Compensation Received by Kirkland from the Debtors**

15. Per the terms of the Engagement Letter, on August 21, 2020, the Debtors paid $5,000,000.00 to Kirkland, which, as stated in the Engagement Letter, constituted an "advance payment retainer" as defined in Rule 1.15(c) of the Illinois Rules of Professional Conduct and *Dowling v. Chicago Options Assoc., Inc.*, 875 N.E.2d 1012, 1018 (Ill. 2007). Subsequently, the Debtors paid to Kirkland additional advance payment retainer totaling $10,000,000.00 in the aggregate. As stated in the Engagement Letter, any advance payment retainer is earned by Kirkland upon receipt, any advance payment retainer becomes the property of Kirkland upon receipt, the Debtors no longer have a property interest in any advance payment retainer upon Kirkland's receipt, any advance payment retainer will be placed in Kirkland's general account and will not be held in a client trust account, and the Debtors will not earn any interest on any advance payment retainer.[8]

16. As of the Petition Date, the Debtors did not owe Kirkland any amounts for legal services rendered before the Petition Date. Although certain expenses and fees may have been incurred, but not yet applied to Kirkland's advance payment retainer, Kirkland's total advance payment retainer always exceeded any amounts listed or to be listed on statements describing

---

[8] The Engagement Letter permits Kirkland to retain any prepetition advance payment retainer held by Kirkland as of the Petition Date rather than applying such prepetition advance payment retainer to pay postpetition fees and expenses. In light of the facts and circumstances of these chapter 11 cases, Kirkland will retain any prepetition advance payment retainer held by Kirkland as of the Petition Date and will not apply any such amounts to postpetition fees and expenses.

services rendered and expenses incurred (on a "rates times hours" and "dates of expenses incurred" basis) prior to the Petition Date.

17.     Pursuant to Bankruptcy Rule 2016(b), Kirkland has not shared nor agreed to share (a) any compensation it has received or may receive with another party or person, other than with the partners, associates, and contract attorneys associated with Kirkland or (b) any compensation another person or party has received or may receive.

## Statement Regarding U.S. Trustee Guidelines

18.     Kirkland shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtors' chapter 11 cases in compliance with sections 330 and 331 of the Bankruptcy Code and applicable provisions of the Bankruptcy Rules, Bankruptcy Local Rules, and any other applicable procedures and orders of the Court.  Kirkland also intends to make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective As of November 1, 2013* (the "Revised UST Guidelines"), both in connection with this Application and the interim and final fee applications to be filed by Kirkland in these chapter 11 cases.

## Attorney Statement Pursuant to Revised UST Guidelines

19.     The following is provided in response to the request for additional information set forth in Paragraph D.1. of the Revised UST Guidelines:

> a.     **Question**: Did Kirkland agree to any variations from, or alternatives to, Kirkland's standard billing arrangements for this engagement?
>
> **Answer**: No. Kirkland and the Debtors have not agreed to any variations from, or alternatives to, Kirkland's standard billing arrangements for this engagement.  The rate structure provided by Kirkland is appropriate and is

not significantly different from (a) the rates that Kirkland charges for other non-bankruptcy representations or (b) the rates of other comparably skilled professionals.

b.   **Question**: Do any of the Kirkland professionals in this engagement vary their rate based on the geographic location of the Debtors' chapter 11 cases?

**Answer**: No. The hourly rates used by Kirkland in representing the Debtors are consistent with the rates that Kirkland charges other comparable chapter 11 clients, regardless of the location of the chapter 11 case.

c.   **Question**: If Kirkland has represented the Debtors in the 12 months prepetition, disclose Kirkland's billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition.  If Kirkland's billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference.

**Answer**: Kirkland's current hourly rates for services rendered on behalf of the Debtors range as follows: [9]

| Billing Category | U.S. Range |
|---|---|
| Partners | $1,080-$1,895 |
| Of Counsel | $625-$1,845 |
| Associates | $625-$1,195 |
| Paraprofessionals | $255-$475 |

Kirkland represented the Debtors from July 24, 2020 to December 31, 2020 using the hourly rates listed below:

| Billing Category | U.S. Range |
|---|---|
| Partners | $1,075 - $1,845 |
| Of Counsel | $625 - $1,845 |
| Associates | $610 - $1,165 |
| Paraprofessionals | $245 - $460 |

d.   **Question**:  Have the Debtors approved Kirkland's budget and staffing plan, and, if so, for what budget period?

**Answer**: Yes, for the period from February 10, 2021 through May 31, 2021.

---

[9]   While the rate ranges provided for in this Application may change if an individual leaves or joins Kirkland, and if any such individual's billing rate falls outside the ranges disclosed above, Kirkland does not intend to update the ranges for such circumstances.

**Kirkland's Disinterestedness**

20.     In connection with its proposed retention by the Debtors in these chapter 11 cases, Kirkland undertook to determine whether it had any conflicts or other relationships that might cause it not to be disinterested or to hold or represent an interest adverse to the Debtors. Specifically, Kirkland obtained from the Debtors and their representatives the names of individuals and entities that may be parties in interest in these chapter 11 cases (the "Potential Parties in Interest") and such parties are listed on **Schedule 1** hereto.  Kirkland has searched on its electronic database for its connections to the entities listed on **Schedule 1** hereto.  In addition, after Kirkland identified all client connections with the parties in interest over a specified time period, Kirkland circulated a survey email to all Kirkland attorneys who billed 10 or more hours to such clients during the prior six years.  Further, beyond the individual emails, Kirkland sent a daily report of new matters firm wide.  All Kirkland attorneys are responsible for reviewing the daily report of new matters and raising any potential concerns with respect to new representations.  Kirkland received one affirmative response describing an engagement with Triton Investment Management Limited ("Triton"), which involved a review of Seadrill Limited's debt.  Kirkland's engagement by Triton is disclosed on **Schedule 2**.  I do not believe that Kirkland's engagement by Triton precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code. Additionally, to the extent that I have been able to ascertain that Kirkland has been retained within the last three years to represent any of the Potential Parties in Interest (or their affiliates, as the case may be) in matters unrelated to these cases, such facts are disclosed on **Schedule 2** attached hereto.

21.     Kirkland and certain of its partners and associates may have in the past represented, may currently represent, and likely in the future will represent, entities that may be parties in

interest in these chapter 11 cases in connection with matters unrelated (except as otherwise disclosed herein) to the Debtors and these chapter 11 cases.  Kirkland has searched on its electronic database for its connection to the entities listed on **Schedule 1** attached hereto.  The information listed on **Schedule 1** may have changed without our knowledge and may change during the pendency of these chapter 11 cases.  Accordingly, Kirkland will update this Declaration as necessary and when Kirkland becomes aware of additional material information.  The following is a list of the categories that Kirkland has searched:[10]

| **Schedule** | **Category** |
| --- | --- |
| 1(a) | Debtor Entities |
| 1(b) | Current & Former Directors & Officers |
| 1(c) | Known Affiliates / JV |
| 1(d) | 5% or More Equity Holders |
| 1(e) | Bankruptcy Judges & Staff |
| 1(f) | Bankruptcy Professionals |
| 1(g) | Banks/Lenders/Administrative Agents |
| 1(h) | Bondholders / Indenture Trustee |
| 1(i) | Customers |
| 1(j) | Governmental/Regulatory Agencies |
| 1(k) | Insurance |
| 1(l) | Landlords |
| 1(m) | Lenders |
| 1(n) | Litigation |
| 1(o) | Ordinary Course Professionals |
| 1(p) | Top 30 Creditors |
| 1(q) | U.S. Trustee Personnel |
| 1(r) | UCC Lien Parties |
| 1(s) | Unions |
| 1(t) | Utilities |
| 1(u) | Vendors |

---

[10]   Kirkland's inclusion of parties in the following Schedules is solely to illustrate Kirkland's conflict search process and is not an admission that any party has a valid claim against the Debtors or that any party properly belongs in the schedules or has a claim or legal relationship to the Debtors of the nature described in the schedules.

22.     To the best of my knowledge, (a) Kirkland is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors' estates and (b) Kirkland has no connection to the Debtors, their creditors, or other parties in interest, except as may be disclosed in this Declaration.

23.     Listed on **Schedule 2** to this Declaration are the results of Kirkland's conflicts searches of the above-listed entities.[11]  For the avoidance of doubt, Kirkland will not commence a cause of action in these chapter 11 cases against the entities listed on **Schedule 2** that are current clients of Kirkland (including entities listed below under the "Specific Disclosures" section of this Declaration) unless Kirkland has an applicable waiver on file or first receives a waiver from such entity allowing Kirkland to commence such an action.  To the extent that a waiver does not exist or is not obtained from such entity and it is necessary for the Debtors to commence an action against that entity, the Debtors will be represented in such particular matter by conflicts counsel.[12]

24.     Of the entities listed on **Schedule 2**, only three represented more than one percent of Kirkland's fee receipts for the twelve-month period ending on January 31, 2021.   Abbott

---

[11]  As referenced in **Schedule 2**, the term "current client" means an entity listed as a client in Kirkland's conflicts search system to whom time was posted in the 12 months preceding the Petition Date.  As referenced in **Schedule 2**, the term "former client" means an entity listed as a client in Kirkland's conflicts search system to whom time was posted between 12 and 36 months preceding the Petition Date.  As referenced in **Schedule 2**, the term "closed client" means an entity listed as a client in Kirkland's conflicts search system to whom time was posted in the 36 months preceding the Petition Date, but for which the client representation has been closed.  Whether an actual client relationship exists can only be determined by reference to the documents governing Kirkland's representation rather than its potential listing in Kirkland's conflicts search system.  The list generated from Kirkland's conflicts search system is over-inclusive.  As a general matter, Kirkland discloses connections with "former clients" or "closed clients" for whom time was posted in the last 36 months, but does not disclose connections if time was billed more than 36 months before the Petition Date.

[12]  Contemporaneously with the filing of the Application, the Debtors also are seeking to retain and employ Cravath, Swaine & Moore LLP as conflicts counsel pursuant to the *Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Cravath, Swaine & Moore LLP as Conflicts Counsel for the Debtors and Debtors-in-Possession as of the Petition Date*.

Laboratories is the parent company of Abbott Rapid Diagnostics AS, one of the Debtors' vendors, and represented more than one percent of Kirkland's fee receipts for the twelve-month period ending on January 31, 2021.[13]  I do not believe that any current or former representation of Abbott Laboratories precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

25.   Thoma Bravo LP is the portfolio parent company of Kofax UK Ltd., one of the Debtors' vendors, and represented more than one percent of Kirkland's fee receipts for the twelve-month period ending on January 31, 2021.[14]  I do not believe that any current or former representation of Thoma Bravo LP precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

26.   The Blackstone Group (together with its affiliates, "Blackstone") is the portfolio parent company of NIBC Bank NV, one of the Debtors' lenders, and represented more than one percent of Kirkland's fee receipts for the twelve-month period ending on January 31, 2021.[15]  I do not believe that any current or former representation of Blackstone precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

27.   Kirkland's conflicts search of the entities listed on **Schedules 1(a) – 1(u)** (that Kirkland was able to locate using its reasonable efforts) reveals, to the best of my knowledge, that those Kirkland attorneys and paraprofessionals who previously worked at other law firms that represented such entities in these chapter 11 cases have not worked on matters relating to the Debtors' restructuring efforts while at Kirkland.

---

[13]   Specific percentages will be disclosed to the Office of the U.S. Trustee upon request.

[14]   Specific percentages will be disclosed to the Office of the U.S. Trustee upon request.

[15]   Specific percentages will be disclosed to the Office of the U.S. Trustee upon request.

13

28.     Based on the conflicts search conducted to date and described herein, to the best of my knowledge, neither I, Kirkland, nor any partner or associate thereof, insofar as I have been able to ascertain, have any connection with the Debtors, their creditors, or any other parties in interest, their respective attorneys and accountants, the United States Trustee for the Southern District of Texas (the "U.S. Trustee"), any person employed by the U.S. Trustee, or any Bankruptcy Judge currently serving on the United States Bankruptcy Court for the Southern District of Texas, except as disclosed or otherwise described herein.

29.     Kirkland will review its files periodically during the pendency of these chapter 11 cases to ensure that no conflicts or other disqualifying circumstances exist or arise.  If any new relevant facts or relationships are discovered or arise, Kirkland will use reasonable efforts to identify such further developments and will promptly file a supplemental declaration, as required by Bankruptcy Rule 2014(a).

30.     Generally, it is Kirkland's policy to disclose entities in the capacity that they first appear in a conflicts search.  For example, if an entity already has been disclosed in this Declaration in one capacity (*e.g.*, a customer), and the entity appears in a subsequent conflicts search in a different capacity (*e.g.*, a vendor), Kirkland does not disclose the same entity again in supplemental declarations, unless the circumstances are such in the latter capacity that additional disclosure is required.

31.     From time to time, Kirkland has referred work to other professionals to be retained in these chapter 11 cases.  Likewise, certain such professionals have referred work to Kirkland.

32.     Certain insurance companies pay the legal bills of Kirkland clients.  Some of these insurance companies may be involved in these chapter 11 cases.  None of these insurance

companies, however, are Kirkland clients as a result of the fact that they pay legal fees on behalf of Kirkland clients.

### Specific Disclosures

33.    As specifically set forth below and in the attached exhibits, Kirkland represents certain of the Debtors' creditors, equity security holders, or other entities that may be parties in interest in ongoing matters unrelated to the Debtors and these chapter 11 cases.  None of the representations described herein are materially adverse to the interests of the Debtors' estates. Moreover, pursuant to section 327(c) of the Bankruptcy Code, Kirkland is not disqualified from acting as the Debtors' counsel merely because it represents certain of the Debtors' creditors, equity security holders, or other entities that may be parties in interest in matters unrelated to these chapter 11 cases.

34.    As disclosed on **Schedule 2**, Kirkland currently serves as restructuring counsel to Seadrill Partners LLC ("Seadrill Partners") and 28 of its affiliated debtors and debtors in possession (collectively with Seadrill Partners, the "Seadrill Partners Entities") in connection with their chapter 11 cases.[16]   Seadrill Limited is the controlling shareholder of the Seadrill Partners Entities.  In addition, Seadrill Limited and certain of the Debtors are parties to shared service agreements with, hold claims against, and/or hold equity interests in, certain Seadrill Partners Entities.  Seadrill Partners has filed an application to retain Sheppard, Mullin, Richter & Hampton LLP to represent them in all matters in which Seadrill Partners may have an actual or potential conflict with Seadrill Limited, in connection with the Seadrill Partners Cases.  Further, the Debtors

---

[16]    On December 1, 2020, the Seadrill Partners Entities commenced chapter 11 cases in this Court, which are jointly administered under the case caption *In re Seadrill Partners LLC*, No. 20-35740 (Bankr. S.D. Tex.) (collectively, the "Seadrill Partners Cases").  For the avoidance of doubt, the Seadrill Partners Cases are not jointly administered with the Debtors' chapter 11 cases.

propose to retain Cravath, Swaine & Moore LLP to represent them in all matters in which the Debtors may have an actual or potential conflict with the Seadrill Partners Entities in connection with these chapter 11 cases, and are represented by Cravath, Swaine & Moore LLP, Slaughter and May, and Jackson Walker LLP in all other conflicts matters unrelated to the Seadrill Partners Entities. I do not believe that Kirkland's representation of the Seadrill Partners Entities precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

## A.    Connections to Officers and Directors.

35.    As disclosed below and on **Schedule 2**, Kirkland currently represents, and in the past has represented, certain affiliates, subsidiaries and entities associated with the Debtors' current and recent former officers and directors. I do not believe that Kirkland's current or prior representation of the affiliates, subsidiaries, and entities associated with certain officers and directors precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

36.    Gunnar Winther Eliassen, director of Seadrill Limited, has served, or may serve from time to time, in various management and/or director capacities of certain Kirkland clients or affiliates thereof, including Seadrill Partners. I do not believe that Kirkland's current or prior representation of clients for which Gunnar Winther Eliassen serves or served in management and/or director capacities precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

## B.    Connections to Bankruptcy Professionals.

37.    As disclosed on **Schedule 2**, Kirkland currently represents, and in the past has represented, certain affiliates, subsidiaries, and entities associated with various professionals that the Debtors seeks to retain in connection with these chapter 11 cases. Kirkland's current and prior

representations of these professionals have been in matters unrelated to the Debtors or these chapter 11 cases.  Kirkland has not represented, and will not represent, any such professionals in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases. I do not believe that Kirkland's current or prior representation of these professionals precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

38.     The Debtors' proposed restructuring advisor is Alvarez & Marsal North America, LLC ("A&M Advisory").  As disclosed on **Schedule 2**, Kirkland represents Alvarez & Marsal, Inc. ("A&M Inc."), Alvarez & Marsal Capital Partners, LLC ("A&M Capital"), AMCP Security Holdings L.P. / Centerra Group, LLC, Alvarez & Marsal Taxand UK LLP, and affiliated entities in matters unrelated to the Debtors and these chapter 11 cases.  In addition, subject to the parameters discussed in the Kirkland Attorney and Employee Investments section of this Declaration, Kirkland person(s) have invested in one or more funds affiliated with A&M Capital. I do not believe that Kirkland's representation of these parties precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

39.     On February 12, 2021, the Court approved Prime Clerk LLC ("Prime Clerk") as the Debtors' claims, noticing, and solicitation agent.[17]  Certain former Kirkland attorneys are currently employed by Prime Clerk.  Though previously employed by Kirkland, any work provided by these former Kirkland attorneys was unrelated to the Debtors or these chapter 11 cases.  As disclosed on **Schedule 2** attached hereto, Kirkland currently represents, and in the past has represented, Prime Clerk in matters unrelated to the Debtors and these chapter 11 cases.  I do not

---

[17]  *See Order Authorizing the Employment and Retention of Prime Clerk LLC as Claims, Noticing, and Solicitation Agent for the Debtors* [Docket No. 43].

believe that Kirkland's current and prior representation of Prime Clerk precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

40.     In addition to those listed above, the Debtors propose to retain the following professionals:  PricewaterhouseCoopers LLP ("PwC") as the Debtors' auditor; Houlihan Lokey Capital, Inc. ("Houlihan") as the Debtors' financial advisor; Ernst & Young LLP and Ernst & Young LLP (Canada) (collectively, "EY") as the Debtors' tax advisor; and Slaughter and May ("Slaughter and May") as the Debtors' special corporate counsel.  As disclosed on **Schedule 2**, Kirkland currently represents, and in the past has represented, PwC, Houlihan, EY, and Slaughter and May on a variety of matters.  Kirkland's current and prior representations of these professionals have been in matters unrelated to the Debtors or these chapter 11 cases. Kirkland has not represented, and will not represent, these professionals in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases.  I do not believe that Kirkland's current or prior representation of these professionals precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

41.     The Ad Hoc Group has retained Lazard Ltd. ("Lazard") as their investment banker, the Coordinating Committee of Secured Lenders and Agents has retained Moelis & Company ("Moelis") as their financial advisor, and SFL Corporation Limited has retained Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul Weiss") as their legal counsel.  As disclosed on **Schedule 2**, Kirkland currently represents, and in the past has represented, these professionals and certain of their direct or indirect affiliates, co-clients, client affiliates, and employees on a variety of matters.  Kirkland's current and prior representations of these professionals have been in matters unrelated to the Debtors or these chapter 11 cases.  Kirkland has not represented, and will not represent, these professionals in connection with any matter in these chapter 11 cases during the

18

pendency of these chapter 11 cases. I do not believe that Kirkland's current or prior representation of these professionals precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

## C.    Connections to Ordinary Course Professionals

As disclosed on **Schedule 2**, Kirkland currently represents, and formerly has represented, certain professionals and affiliates of professionals retained by the Debtors in the ordinary course of business (the "Ordinary Course Professionals"). The Ordinary Course Professionals include Deloitte LLP, Evercore Group LLC, KPMG LLP, Latham & Watkins LLP, Loyens & Loeff, PricewaterhouseCoopers Hong Kong Limited, and various of their respective subsidiaries and affiliates. Kirkland has not represented, and will not represent, the Ordinary Course Professionals in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases. I do not believe that Kirkland's current or prior representation of the Ordinary Course Professionals precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

## D.    Connections to Vendors

42.    As disclosed on **Schedule 2**, Kirkland currently represents, and in the past has represented, certain professionals and affiliates of professionals engaged by the Debtors as vendors (the "Vendors"). The Vendors include Cuatrecasas, Gonçalves Pereira & Associados, Sociedade de Advogados, SP, RL, Dun & Bradstreet Inc., McKinsey Recovery & Transformation Services, U.S., LLC, PricewaterhouseCoopers LLP Ontario, PricewaterhouseCoopers Consultores, Auditores y Compania Limitada, RSM International, and various of their respective subsidiaries and affiliates. Kirkland has not represented, and will not represent, the Vendors in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases. I do not

believe that Kirkland's current or prior representation of the Vendors precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

**E.      Kirkland Attorney and Employee Investments.**

43.      From time to time, Kirkland partners, of counsel, associates, and employees personally invest in mutual funds, retirement funds, private equity funds, venture capital funds, hedge funds, and other types of investment funds (the "Investment Funds"), through which such individuals indirectly acquire an interest in debt or equity securities of many companies, one of which may be one of the Debtors, their creditors, or other parties in interest in these chapter 11 cases, often without Kirkland's knowledge.  Each Kirkland person generally owns substantially less than one percent of such Investment Fund, does not manage or otherwise control such Investment Fund, and has no influence over the Investment Fund's decision to buy, sell, or vote any particular security.  The Investment Fund is generally operated as a blind pool, meaning that when the Kirkland persons make an investment in the Investment Fund, he, she, or they do not know what securities the blind pool Investment Fund will purchase or sell, and have no control over such purchases or sales.

44.      From time to time one or more Kirkland partners and of counsel voluntarily choose to form an entity (a "Passive-Intermediary Entity") to invest in one or more Investment Funds.  Such Passive-Intermediary Entity is composed only of persons who were Kirkland partners and of counsel at the time of the Passive-Intermediary Entity's formation (although some may later become former Kirkland partners and of counsel).  Participation in such a Passive-Intermediary Entity is wholly voluntary and only a portion of Kirkland's partners and of counsel choose to participate.  The Passive-Intermediary Entity generally owns substantially less than one percent of any such Investment Fund, does not manage or otherwise control such Investment Fund, and has

20

no influence over the Investment Fund's decision to buy, sell, or vote any particular security. Each Investment Fund in which a Passive-Intermediary Entity invests is operated as a blind pool, so that the Passive-Intermediary Entity does not know what securities the blind pool Investment Funds will purchase or sell, and has no control over such purchases or sales. And, indeed, the Passive-Intermediary Entity often arranges for statements and communications from certain Investment Funds to be sent solely to a blind administrator who edits out all information regarding the identity of the Investment Fund's underlying investments, so that the Passive-Intermediary Entity does not learn (even after the fact) the identity of the securities purchased, sold, or held by the Investment Fund. To the extent the Passive-Intermediary Entity is or becomes aware of the identity of the securities purchased, sold, or held by the Investment Funds ("Known Holdings"), such Known Holdings are submitted to Kirkland's conflict checking system.

45.     From time to time, Kirkland partners, of counsel, associates, and employees personally directly acquire a debt or equity security of a company which may be (or become) one of the Debtors, their creditors, or other parties in interest in these chapter 11 cases. Kirkland has a long-standing policy prohibiting attorneys and employees from using confidential information that may come to their attention in the course of their work, so that all Kirkland attorneys and employees are barred from trading in securities with respect to which they possess confidential information.

## F.     Former Clerks.

46.     The following Kirkland employees had clerkships in the United States District Court for Southern District of Texas during the last three years (together, the "Former Clerks"). I do not believe that the Former Clerk's work for the Court precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

47.     Mya L. Johnson is a Kirkland associate who clerked with the Honorable Stephen Smith, United States Magistrate Judge, for the Southern District of Texas, from August 2017 to July 2018. Ms. Johnson began working at Kirkland in September 2018, and had no connection with the Debtors' chapter 11 cases while working for that court.

48.     Camille E. Peeples is a Kirkland associate who clerked with the Honorable Andrew S. Hanen in the U.S. District Court for the Southern District of Texas from 2018 to 2019. Ms. Peeples began working at Kirkland in September 2019, and had no connection with the Debtors' chapter 11 cases while working for that court.

**G.     Other Disclosures.**

49.     Finally, certain interrelationships exist among the Debtors. Nevertheless, the Debtors have advised Kirkland that the Debtors' relationships to each other do not pose any conflict of interest because of the general unity of interest among the Debtors. Insofar as I have been able to ascertain, I know of no conflict of interest that would preclude Kirkland's joint representation of the Debtors in these chapter 11 cases.

50.     The spouse of Kirkland partner Helen E. Witt, P.C. is a managing director of JPMorgan Chase & Co. JPMorgan Chase Bank, N.A. and J.P. Morgan Clearing Corp. are among the Debtors' lenders. Out of an abundance of caution, Kirkland has instituted formal screening measures to screen Ms. Witt from all aspects of Kirkland's representation of the Debtors.

51.     Kirkland currently represents, and formerly has represented, Bank of America, N.A. ("Bank of America") and certain of its affiliates, in a variety of matters. Bank of America is a lender in these chapter 11 cases. Kirkland's representations of Bank of America, in the aggregate, accounted for less than one percent of Kirkland's fee receipts for the twelve-month period ending on January 31, 2021. All of Kirkland's current and prior representations of Bank of

America have been unrelated to the Debtors and these chapter 11 cases.  I do not believe that Kirkland's representation of Bank of America precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

52.     While at a previous place of employment, Alexander J. Nicas, a Kirkland partner, represented the official committee of unsecured creditors of the Seadrill Group in their prior chapter 11 cases.  Out of an abundance of caution, Kirkland has instituted formal screening measures to screen Mr. Nicas from all aspects of Kirkland's representation of the Debtors.

53.     While at a previous place of employment, Gabe Harley, a Kirkland associate, represented Danske Bank, an interested party in the Seadrill Group's prior chapter 11 cases.  Out of an abundance of caution, Kirkland has instituted formal screening measures to screen Ms. Harley from all aspects of Kirkland's representation of the Debtors.

54.     While at previous places of employment, Arthur Lotz and Jake Jung, a Kirkland partner and associate, respectively, represented agent banks in the Seadrill Group's prior chapter 11 cases.  Out of an abundance of caution, Kirkland has instituted formal screening measures to screen Mr. Lotz and Mr. Jung from all aspects of Kirkland's representation of the Debtors.

55.     Furthermore, prior to joining Kirkland, certain Kirkland attorneys represented clients adverse to Kirkland's current and former restructuring clients.  Certain of these attorneys (the "Screened Kirkland Attorneys") will not perform work in connection with Kirkland's representation of the Debtors and will not have access to confidential information related to the representation.  Kirkland's formal ethical screen provides sufficient safeguards and procedures to prevent imputation of conflicts by isolating the Screened Kirkland Attorneys and protecting confidential information.

56.     Under Kirkland's screening procedures, Kirkland's conflicts department distributes a memorandum to all Kirkland attorneys and legal assistants directing them as follows: (a) not to discuss any aspects of Kirkland's representation of the Debtors with the Screened Kirkland Attorneys; (b) to conduct meetings, phone conferences, and other communications regarding Kirkland's representation of the Debtors in a manner that avoids contact with the Screened Kirkland Attorneys; (c) to take all measures necessary or appropriate to prevent access by the Screened Kirkland Attorneys to the files or other information related to Kirkland's representation of the Debtors; and (d) to avoid contact between the Screened Kirkland Attorneys and all Kirkland personnel working on the representation of the Debtors unless there is a clear understanding that there will be no discussion of any aspects of Kirkland's representation of the Debtors. Furthermore, Kirkland already has implemented procedures to block the Screened Kirkland Attorneys from accessing files and documents related to the Debtors that are stored in Kirkland's electronic document managing system.

## Affirmative Statement of Disinterestedness

57.     Based on the conflicts search conducted to date and described herein, to the best of my knowledge and insofar as I have been able to ascertain, (a) Kirkland is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors' estates and (b) Kirkland has no connection to the Debtors, their creditors, or other parties in interest, except as may be disclosed herein.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  March 8, 2021                     Respectfully submitted,

                                          */s/ Ross M. Kwasteniet*
                                          Ross M. Kwasteniet
                                          as President of Ross M. Kwasteniet, P.C., as
                                          Partner of Kirkland & Ellis LLP; and as Partner
                                          of Kirkland & Ellis International LLP

## Schedule 1

The following lists contain the names of reviewed entities as described more fully in the *Declaration of Ross M. Kwasteniet in Support of the Debtors' Application for the Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of February 10, 2021* (the "Kwasteniet Declaration").[1]  Where the names of the entities reviewed are incomplete or ambiguous, the scope of the search was intentionally broad and inclusive, and Kirkland & Ellis LLP and Kirkland & Ellis International LLP reviewed each entity in its records, as more fully described in the Kwasteniet Declaration, matching the incomplete or ambiguous name.

---

[1]   Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Kwasteniet Declaration.

# SCHEDULE 1

### List of Schedules

| Schedule | Category |
|----------|----------|
| 1(a) | Debtor Entities |
| 1(b) | Current & Former Directors & Officers |
| 1(c) | Known Affiliates / JV |
| 1(d) | 5% or More Equity Holders |
| 1(e) | Bankruptcy Judges & Staff |
| 1(f) | Bankruptcy Professionals |
| 1(g) | Banks/Lenders/Administrative Agents |
| 1(h) | Bondholders / Indenture Trustee |
| 1(i) | Customers |
| 1(j) | Governmental/Regulatory Agencies |
| 1(k) | Insurance |
| 1(l) | Landlords |
| 1(m) | Lenders |
| 1(n) | Litigation |
| 1(o) | Ordinary Course Professionals |
| 1(p) | Top 30 Creditors |
| 1(q) | U.S. Trustee Personnel |
| 1(r) | UCC Lien Parties |
| 1(s) | Unions |
| 1(t) | Utilities |
| 1(u) | Vendors |

# SCHEDULE 1(a)

## Debtor Entities

Asia Offshore Drilling Ltd.
Asia Offshore Rig 1 Ltd.
Asia Offshore Rig 2 Ltd.
Asia Offshore Rig 3 Ltd.
Eastern Drilling AS
North Atlantic Alpha Ltd.
North Atlantic Elara Ltd.
North Atlantic Epsilon Ltd.
North Atlantic Linus Charterer Ltd.
North Atlantic Navigator Ltd.
North Atlantic Phoenix Ltd.
North Atlantic Venture Ltd.
Scorpion Courageous Ltd.
Scorpion Deepwater BV
Scorpion Deepwater Ltd.
Scorpion Drilling Ltd.
Scorpion Freedom Ltd.
Scorpion International Ltd.
Scorpion Nederlandse BV
Scorpion Offshore Inc.
Scorpion Resolute Ltd.
Scorpion Rigs Ltd.
Scorpion Servicos Offshore Ltda.
Scorpion USA Expats Inc.
Scorpion Vigilant Ltd.
SDS Drilling Ltd.
Sea Dragon de Mexico S de RL de CV
Seadrill Abu Dhabi Operations Ltd.
Seadrill Americas Inc.
Seadrill Angola Lda.
Seadrill Ariel Ltd.
Seadrill Australia Pte. Ltd.
Seadrill Brunei Ltd.
Seadrill Callisto Ltd.
Seadrill Carina Ltd.
Seadrill Castor Ltd.
Seadrill Castor Pte. Ltd.
Seadrill Common Holdings Ltd.
Seadrill Cressida Ltd.
Seadrill Deepwater Charterer Ltd.
Seadrill Deepwater Contracting Ltd.
Seadrill Deepwater Crewing Ltd.

Seadrill Deepwater Holdings Ltd.
Seadrill Deepwater Units Pte. Ltd.
Seadrill Dione Ltd.
Seadrill Dione Ltd. Bermuda
Seadrill Eclipse Ltd.
Seadrill Eminence Ltd.
Seadrill Equatorial Guinea Ltd.
Seadrill Europe Management AS
Seadrill Far East Ltd.
Seadrill Freedom Ltd.
Seadrill GCC Operations Ltd.
Seadrill Gemini Ltd.
Seadrill Global Services Ltd.
Seadrill Gulf Operations Neptune LLC
Seadrill Holdings Singapore Pte. Ltd.
Seadrill Hyperion Ltd.
Seadrill Hyperion Ltd. Bermuda
Seadrill Indonesia Ltd.
Seadrill Insurance Ltd.
Seadrill International Resourcing DMCC
Seadrill Investment Holding Co. Ltd.
Seadrill Jack Up Holding Ltd.
Seadrill Jack Up I BV
Seadrill Jack Up II BV
Seadrill Jack-Ups Contracting Ltd.
Seadrill Jupiter Ltd.
Seadrill Labuan Ltd.
Seadrill Ltd.
Seadrill Management (S) Pte. Ltd.
Seadrill Management AME Ltd.
Seadrill Management Ltd.
Seadrill Mimas Ltd.
Seadrill Mimas Ltd. Bermuda
Seadrill Mira Hungary Kft.
Seadrill Mira Ltd.
Seadrill Neptune Hungary Kft.
Seadrill Newfoundland Operations Ltd.
Seadrill Nigeria Operations Ltd.
Seadrill North Atlantic Holdings Ltd.
Seadrill North Sea Crewing Ltd.
Seadrill Norway Crew AS
Seadrill Norway Operations Ltd.

Seadrill Offshore AS
Seadrill Offshore Malaysia Sdn. Bhd.
Seadrill Offshore Nigeria Ltd.
Seadrill Operations de Mexico SRL de CV
Seadrill Orion Ltd.
Seadrill Pegasus (S) Pte. Ltd.
Seadrill Prospero Ltd.
Seadrill Proteus Ltd.
Seadrill Proteus Ltd. Bermuda
Seadrill Rhea Ltd.
Seadrill Rhea Ltd. Bermuda
Seadrill Rig Holding Co. Ltd.
Seadrill Saturn Ltd.
Seadrill Saudi I BV
Seadrill Saudi II BV
Seadrill Servicos de Petroleos Ltda.
Seadrill Sevan Holdings Ltd.
Seadrill Telesto Ltd.
Seadrill Tellus Ltd.
Seadrill Tethys Ltd.
Seadrill Tethys Ltd. Bermuda
Seadrill Titan Ltd.
Seadrill Titan Ltd. Bermuda
Seadrill Titania Sarl
Seadrill Treasury UK Ltd.
Seadrill Triton Ltd.
Seadrill Tucana Ltd.
Seadrill UK Ltd.
Seadrill UK Operations Ltd.
Seadrill UK Support Services Ltd.
Seadrill Umbriel Ltd.
Seadrill Umbriel Ltd. Bermuda
Sevan Brasil Ltd.
Sevan Developer Ltd.
Sevan Driller Ltd.
Sevan Drilling Ltd.
Sevan Drilling North America LLC
Sevan Drilling Pte. Ltd.
Sevan Drilling Rig II AS
Sevan Drilling Rig II Pte. Ltd.
Sevan Drilling Rig IX Pte. Ltd.
Sevan Drilling Rig V Pte. Ltd.
Sevan Louisiana Hungary Kft.
Sevan Marine Servicos de Perfuracao Ltda.

# SCHEDULE 1(b)

## Current & Former Directors & Officers

Creed, Grant
[Name on file]
[Name on file]
[Name on file]
[Name on file]
[Name on file]
[Name on file]
[Name on file]
[Name on file]
[Name on file]
[Name on file]
[Name on file]
[Name on file]
[Name on file]
[Name on file]
[Name on file]
[Name on file]
[Name on file]
[Name on file]
[Name on file]
[Name on file]
[Name on file]
[Name on file]
[Name on file]
[Name on file]
[Name on file]
[Name on file]
[Name on file]
[Name on file]

# SCHEDULE 1(c)

## Known Affiliates / JV

Asia Offshore Drilling Ltd.
Asia Offshore Rig 1 Ltd.
Asia Offshore Rig 2 Ltd.
Asia Offshore Rig 3 Ltd.
Atlas Drilling (S) Pte. Ltd.
Brightful Outloook Sdn. Bhd.
Brovig UK Ltd.
Brovig-RDS Ltd.
Crystal Production UK Ltd.
Dunwilco (1580) Ltd.
Eastern Drilling AS
Empresa de Servicos e Sondagens de
    Angola
Golden Dream Shipping Co. Ltd. (Cyprus)
GulfDrill LLC
Lets Log Servicos Integrados de Logistica
    Ltda.
New SDRL Ltd.
North Atlanic Castor Ltd.
North Atlantic Alpha Ltd.
North Atlantic Crew AS
North Atlantic Crewing Ltd.
North Atlantic Drilling Ltd.
North Atlantic Drilling UK Ltd.
North Atlantic Elara II Ltd.
North Atlantic Elara Ltd.
North Atlantic Epsilon Ltd.
North Atlantic Linus Charterer Ltd.
North Atlantic Management AS
North Atlantic Management LLC
North Atlantic Navigator Ltd.
North Atlantic Norway Ltd.
North Atlantic Phoenix Ltd.
North Atlantic Pollux Ltd.
North Atlantic Rigel Ltd.
North Atlantic Support Services Ltd.
North Atlantic Venture Ltd.
Northern Drilling Operations Ltd.
Odfjell Drilling Services Co. Ltd.
Odfjell Invest II Ltd.
RDS Resource Ltd.
Reservoir Development Services Ltd.

River Chart Ltd.
Sapura Diamante GmbH
Sapura Jade GmbH
Sapura Navegacao Maritima SA
Sapura Onix GmbH
Sapura Rubi GmbH
Sapura Topazio GmbH
Scorpion Brazil Ltd.
Scorpion Courageous Ltd.
Scorpion Deepwater BV
Scorpion Deepwater Ltd.
Scorpion Drilling Ltd.
Scorpion Freedom Ltd.
Scorpion International Ltd.
Scorpion International Ltd. - Oman Branch
Scorpion Intrepid Ltd.
Scorpion Labuan Ltd.
Scorpion Middle East Ltd.
Scorpion Nederlandse BV
Scorpion Nederlandse BV - Venezuela
    Branch
Scorpion Offshore Inc.
Scorpion Offshore Ltd.
Scorpion Offshore Malaysia Sdn. Bhd.
Scorpion Resolute Ltd.
Scorpion Resolute Ltd. - Bangladesh Branch
Scorpion Rigs Ltd.
Scorpion Rigs Ltd. - Columbia Branch
Scorpion Rigs Ltd. - Congo Branch
Scorpion Rigs Ltd. (Gabon Branch)
Scorpion Servicos Offshore Ltda.
Scorpion USA Expats Inc.
Scorpion Vigilant Ltd.
Scorpion Vigilant Ltd. - Trinidad Branch
SDS Drilling Ltd.
SDS Drilling Ltd. - Brunei Branch
Sea Dragon de Mexico SRL de CV
Seabras Holdings GmbH
Seabras Rig Holding Co. KFT
Seabras Rig Holding Co. KFT - Swiss
    Branch
Seabras Rig Holding GmbH

Seabras Sapura Holding Co. Ltd.
Seabras Sapura Holding GmbH
Seabras Sapura Participacoes Ltda.
Seabras Sapura PLSV Holding GmbH
Seabras Sapura Talent Ltd.
Seabras Servicos de Petroleo SA
Seadrill - Fintech UK Ltd.
Seadrill (Dalian) Consulting Co. Ltd.
Seadrill Abu Dhabi Operations Ltd.
Seadrill Alpha Ltd.
Seadrill Ama Operations Ltd.
Seadrill Americas Inc.
Seadrill Angola Lda.
Seadrill Angola Ltda.
Seadrill Aquila Ltd.
Seadrill Archer Holding Co. Ltd.
Seadrill Ariel Ltd.
Seadrill Ariel Ltd. - Congo Branch
Seadrill Asia Ltd. (Thailand)
Seadrill Aurgia Hungary Kft.
Seadrill Auriga Hungary Kft. - Swiss
    Branch
Seadrill Auriga UK Ltd.
Seadrill Auriga UK Ltd. - DMCC Branch
Seadrill Australia Pte. Ltd.
Seadrill Bianca Ltd.
Seadrill Brunei Ltd.
Seadrill Brunei Ltd. - Brunei Branch
Seadrill Callisto Ltd.
Seadrill Canada Ltd.
Seadrill Capella Ltd.
Seadrill Capella Migeria Ltd.
Seadrill Capital Spares Pool AS
Seadrill Capricorn Holding Co. Ltd.
Seadrill Capricorn Holdings LLC
Seadrill Capricorn Holdings LLC - UK
    Branch
Seadrill Capricorn Ltd.
Seadrill Capricorn Ltd. - DMCC Branch
Seadrill Carina Ltd.
Seadrill Castor Ltd.
Seadrill Castor Pte. Ltd.
Seadrill China Operations Ltd. SARI
Seadrill CJ70 Ltd.
Seadrill Common Holdings Ltd.
Seadrill Courageous (S) Pte. Ltd.

Seadrill Courageous de Mexico SRL de CV
Seadrill Cressida Ltd.
Seadrill Crewing Europe Ltd.
Seadrill Deepwater Charterer Ltd.
Seadrill Deepwater Contracting Ltd.
Seadrill Deepwater Crewing Ltd.
Seadrill Deepwater Drillship Ltd.
Seadrill Deepwater Drillship Ltd. (Aruba
    Branch)
Seadrill Deepwater Drillship Ltd. (Cyprus
    Branch)
Seadrill Deepwater Drillship Ltd. (Gabon
    Branch)
Seadrill Deepwater Holdings Ltd.
Seadrill Deepwater Rigs Ltd.
Seadrill Deepwater Units Ltd.
Seadrill Deepwater Units Pte. Ltd.
Seadrill Deepwaters Manangement Ltd.
Seadrill Defender (S) Pte. Ltd.
Seadrill Defender de Mexico SRL de CV
Seadrill Diome Ltd.
Seadrill Dione Ltd.
Seadrill Dorado Ltd.
Seadrill Draco Ltd.
Seadrill Eclipse Ltd.
Seadrill Elara Ltd.
Seadrill Eminence Ltd.
Seadrill Equatorial Guinea Ltd.
Seadrill Europe Management AS
Seadrill Far East Ltd.
Seadrill Far East Ltd. - Thailand Branch
Seadrill Freedom Ltd.
Seadrill Freedom Ltd. - Trinidad Branch
Seadrill GCC Operations Ltd.
Seadrill GCC Operations Ltd. - Saudi
    Branch
Seadrill Gemini Ltd.
Seadrill General Holdings Ltd.
Seadrill Ghana Operations Ltd.
Seadrill Ghana Operations Ltd. - Ghana
    Branch
Seadrill Ghana Operations Ltd. - Ivory
    Coast Branch
Seadrill Global Services Ltd.
Seadrill Global Services Ltd. - DMCC
    Branch

Seadrill Global Services Ltd. - Dubai Jafza Branch
Seadrill Gulf Operations Auriga LLC
Seadrill Gulf Operations Neptune LLC
Seadrill Gulf Operations Sirius LLC
Seadrill Gulf Operations Vela LLC
Seadrill Holdings Mexico SA de CV
Seadrill Holdings Singapore Pte. Ltd.
Seadrill Hungary Kft.
Seadrill Hungary Kft. - Swiss Branch
Seadrill Hyperion Ltd.
Seadrill Indonesia Ltd.
Seadrill Insurance Ltd.
Seadrill International Ltd.
Seadrill International Ltd. - India Branch
Seadrill International Ltd. - Thailand Branch
Seadrill International Ltd. (HK)
Seadrill International Resourcing DMCC
Seadrill Intrepid (S) Pte. Ltd.
Seadrill Intrepid de Mexico SRL de CV
Seadrill Invest II Ltd.
Seadrill Invest III Ltd.
Seadrill Investment Holding Co. Ltd.
Seadrill Ireland Ltd.
Seadrill Jack Up Holding Ltd.
Seadrill Jack Up I BV
Seadrill Jack Up II BV
Seadrill Jack Up II BV - Venezuela Branch
Seadrill Jack Up Operations de Mexico SRL de CV
Seadrill Jack-Ups Contracting Ltd.
Seadrill Jack-Ups Ltd.
Seadrill Jack-Ups Nigeria Ltd.
Seadrill Jack-Ups Operations Ltd.
Seadrill Janus Ltd. (Cyprus)
Seadrill JU Newco Bermuda Ltd.
Seadrill Jupiter Ltd.
Seadrill JV Ghana Ltd.
Seadrill Korea Services Ltd.
Seadrill Labuan Ltd.
Seadrill Larissa Ltd. (Cyprus)
Seadrill Leasing BV
Seadrill Leo Ltd.
Seadrill Libra Ltd.
Seadrill Logistics de Mexico SRL de CV
Seadrill Ltd.

Seadrill Management (S) Pte. Ltd.
Seadrill Management AME Ltd.
Seadrill Management AME Ltd. - DMCC Branch
Seadrill Management AME Ltd. - Dubai Branch
Seadrill Management AS (Norway)
Seadrill Management Ltd.
Seadrill Management Services Ltd. (BVI)
Seadrill Member Holding Co. Ltd.
Seadrill Member LLC
Seadrill Mexico Holding Ltd.
Seadrill Mexico UK Ltd.
Seadrill Mimas Ltd.
Seadrill Mira Hungary Kft.
Seadrill Mira Ltd.
Seadrill Miranda Ltd.
Seadrill Mobile Units (Nigeria) Ltd.
Seadrill Mobile Units UK Ltd.
Seadrill Neptune Hungary Kft.
Seadrill Neptune Hungary Kft. - Swiss Branch
Seadrill Neptune Ltd. (Bermuda)
Seadrill New Finance Ltd.
Seadrill Newfoundland Operations Ltd.
Seadrill Nigeria Deepwater Contracting Ltd.
Seadrill Nigeria Operations Ltd.
Seadrill North Atlantic Holdings Ltd.
Seadrill North Sea Crewing Ltd.
Seadrill Northern Operations Ltd.
Seadrill Northern Operations Ltd. - Norway Branch
Seadrill Norway Crew AS
Seadrill Norway Operations Ltd.
Seadrill Oberon (S) Pte. Ltd.
Seadrill Oberon de Mexico SRL de CV
Seadrill Offshore AS
Seadrill Offshore AS - Indonesia Branch
Seadrill Offshore Malaysia Sdn. Bhd.
Seadrill Offshore Nigeria Ltd.
Seadrill Offshore Singapore Pte. Ltd.
Seadrill Opco Sub LLC
Seadrill Opco Sub LLC (UK Branch)
Seadrill Operating GP LLC
Seadrill Operating LP
Seadrill Operating LP Holding Co. Ltd.

Seadrill Operations de Mexico SRL de CV
Seadrill Orion Ltd.
Seadrill Partners BV
Seadrill Partners Contracting Ltd.
Seadrill Partners Deepwater Services Ltd.
Seadrill Partners Finco LLC
Seadrill Partners Labuan Ltd.
Seadrill Partners LLC
Seadrill Partners LLC (UK Branch)
Seadrill Partners LLC Holding Co. Ltd.
Seadrill Partners Malaysia Sdn. Bhd.
Seadrill Partners Operating LLC.
Seadrill Partners Servicos de Perfuracao
    Ltda.
Seadrill Pegasus (S) Pte. Ltd.
Seadrill Phoenix Ltd.
Seadrill Polaris Ltd.
Seadrill Polaris Ltd. - Angola Branch
Seadrill Polaris Ltd. - Equatorial Guinea
    Branch
Seadrill Polaris Ltd. - Gabon Branch
Seadrill Polaris Ltd. - Nigeria Branch
Seadrill Prospero Ltd.
Seadrill Proteus Ltd.
Seadrill Rhea Ltd.
Seadrill Rig Holding Co. Ltd.
Seadrill Rigel Ltd.
Seadrill Saturn Ltd.
Seadrill Saturn Ltd. (Ivory Coast Branch)
Seadrill Saudi I BV
Seadrill Saudi II BV
Seadrill Saudi Ltd. Co.
Seadrill Seabras SP Holding Co. Ltd.
Seadrill Seabras SP UK Ltd.
Seadrill Seabras SR Holding Co. Ltd.
Seadrill Seabras UK Ltd.
Seadrill Seadragon UK Ltd.
Seadrill Seamex 2 de Mexico SRL de CV
Seadrill Seamex SC Holding Co. Ltd.
Seadrill Servicos de Petroleos Ltda.
Seadrill Setia Ltd. (Bermuda)
Seadrill Sevan Holdings Ltd.
Seadrill Sirius UK Ltd.
Seadrill Sirius UK Ltd. - Dmcc Branch
Seadrill SKR Holding Co. Ltd.
Seadrill T-15 Ltd.

Seadrill T-16 Ltd.
Seadrill Telesto Ltd.
Seadrill Telesto Ltd. - India Branch
Seadrill Tellus Ltd.
Seadrill Tender Rigs Contracting Ltd.
Seadrill Tethys Ltd.
Seadrill Titan Ltd.
Seadrill Titania (S) Pte. Ltd.
Seadrill Titania de Mexico SRL de CV
Seadrill Titania SAR.I.
Seadrill Treasury UK Ltd.
Seadrill Triton Ltd.
Seadrill Tucana Ltd.
Seadrill UK Crewing Ltd.
Seadrill UK Ltd.
Seadrill UK Operations Ltd.
Seadrill UK Support Services Ltd.
Seadrill Umbriel Ltd.
Seadrill Uranus Ltd.
Seadrill US Gulf LLC
Seadrill Vela Hungary Kft.
Seadrill Vela Hungary Kft. - Swiss Branch
Seadrill Vela UK Ltd.
Seadrill Vela UK Ltd. - DMCC Branch
Seadrill Vencedor Ltd.
Seadrill Vencedor Ltd. - Indonesia Branch
Seadrill Venus Ltd.
Seadrill-Fintech Ltd.
Seamex Holding BV
Seamex Ltd.
Sevan Brasil Ltd.
Sevan Developer Ltd.
Sevan Driller Ltd.
Sevan Drilling ASA
Sevan Drilling Ltd.
Sevan Drilling North America LLC
Sevan Drilling Pte. Ltd.
Sevan Drilling Rig II AS
Sevan Drilling Rig II Pte. Ltd.
Sevan Drilling Rig IX Pte. Ltd.
Sevan Drilling Rig V AS
Sevan Drilling Rig V Pte. Ltd.
Sevan Drilling Rig VI AS
Sevan Drilling Rig VI Pte. Ltd.
Sevan Investimentos do Brasil Ltda.
Sevan Louisiana Hungary Kft.

Sevan Louisiana Hungary Kft. - Swiss
    Branch
Sevan Marine Servicos de Perfuracao Ltda.
SFL Deepwater Ltd.
SFL Hercules Ltd.
SFL Linus Ltd.
Smedvig Insurance Ltd.
Smedvig Robray Services Pte. Ltd.
SOAS Servicos de Petroleo Ltda.
Sonadrill Angola (Su) Lda.
Sonadrill DMCC
Sonadrill Holding Ltd.
Sonadrill Holding Ltd. (UK)
Subsea Drilling III Ltd. (Cyprus)
Subsea Drilling IV Ltd. (Cyprus)
TL Offshore PLSV1 Ltd.
TL Offshore PLSV2 Ltd.
TL Offshore PLSV3 Ltd.
TL Offshore PLSV4 Ltd.
TL Offshore PLSV5 Ltd.

# SCHEDULE 1(d)

## 5% or More Equity Holders

Hemen Holding Ltd.
King Street Capital Management LP

# SCHEDULE 1(e)

## **Bankruptcy Judges & Staff**

Alonzo, Albert
Andresen, Jeannie
Bradley, David J.
Castro, Ana
Castro, Ruben
Chavez, Jeannie
Conrad, Tracey
Do, Linhthu
Hansen, Darlene
Hobbs, Henry G., Jr.
Isgur, Marvin
Jones, David R.
Laws, Tyler
Lopez, Christopher M.
Miller, Elizabeth
Mondragon, Daniela
Norman, Jeffrey P.
Picota, Kimberly
Portillo, Vriana
Rios, Mario
Rodriguez, Eduardo V.
Saldana, Rosario
Vakamudi, Kiran

# SCHEDULE 1(f)

## **Bankruptcy Professionals**

Advokatfirmaet BAHR AS
Advokatfirmaet Thommessen AS
Akin Gump Strauss Hauer & Feld LLP
Alvarez & Marsal
Ashurst LLP
Conyers Dill & Pearman Limited
Cravath Swaine & Moore
Ducera Partners LLC
Ernst & Young
Houlihan Lokey
Jackson Walker LLP
Lazard
Moelis
Paul Weiss
PricewaterhouseCoopers LLP
Prime Clerk
Slaughter & May
Weil Gotshal & Manges LLP
Weirsholm
White & Case LLP

# SCHEDULE 1(g)

## Banks/Lenders/Administrative Agents

ABN AMRO Bank NV, Oslo Branch
American Alternative Insurance Corp.
American Express Services Europe
Avalon Risk Management Insurance
Baiduri Bank Berhad
Banco Angolano de Investimentos SA
Banco Bradesco SA
Banco do Brasil SA, London Branch
Banesco Banco Universal
Bank for Investment & Development of
    Vietnam
Bank Mandiri
Bank of America NA
Bank of China Ltd., London Branch
Banque Saudi Fransi
Barclays Bank Plc
BAWAG PSK
BBVA Colombia
BNP Paribas SA
BNP Paribas Singapore Branch
BNP Paribas UK
BTG Pactual
Cathay United Bank
Cerulean Investments LP
China Development Bank
Citi Brazil
Citi Private Bank, The
Citibank - India
Citibank - Indonesia
Citibank (Hong Kong) Limited
Citibank Canada
Citibank Europe Plc
Citibank Europe Plc Hungarian Branch
    Office
Citibank Malaysia
Citibank NA, London Branch
Citibank NA, UAE
Citibank Singapore
Citibank Thailand
Citigroup Centre
Citigroup Global Markets Ltd.
Clifford Capital Pte Ltd.

Commercial Court No. 1 of Santa Cruz de
    Tenerife
Conocophillips Skandinavia AS
Crédit Agricole CIB
Crédit du Congo
Credit Industriel et Commercial
Credit Suisse AG
Danish Ship Finance A/S
Danske Bank A/S, Norwegian Branch
Danske Bank AS
Danske Bank, Norwegian Branch
Deutsche Bank (Madrid)
Deutsche Bank (Malaysia) Berhad
Deutsche Bank AG (Singapore)
Deutsche Bank AG, Abu Dhabi Branch
Deutsche Bank AG, Filiale
    Deutschlandgeschäft
Deutsche Bank AG, New York Branch
DNB Bank ASA
DNB Livsforsikring AS
Drammensveien 288 AS
DVB Bank America NV
Eksportkreditt Norge AS
Eni Angola SpA
Equinor Energy AS
Export-Import Bank of China, The
Export-Import Bank of Korea, The
Exxonmobil Canada Ltd.
Exxonmobil Exploracao Brasil Ltd.
Fokus Bank ASA
Garantiinstituttet for Eksportkreditt AS
Garanti-Instituttett for Eksportkreditt (Giek)
Grupo Financiero Banamex SA de CV
HSBC Bank Bermuda Ltd.
HSBC Bank Middle East Ltd., UAE Branch
HSBC Bank plc
HSBC Bank USA NA
HSBC Saudi Arabia
Industrial & Commercial Bank of China
    (Europe) SA, Amsterdam Branch
ING Bank NV
ING Bank NV, Seoul Branch

ING Belgium SA/NV
ING Groep NV
IPC Malaysia BV
Itau BBA International plc
Itaú Unibanco SA, Nassau Branch
Joint Stock Commercial Bank for
    Investment & Development of Vietnam
Juzgado de Lo Mercantil No. 1 de Santa
    Cruz de Tenerife
Kexim Bank (UK) Ltd.
KFW IPEX-Bank GmbH
Kommunal Landspensjonskasse
Korea Exchange Bank, Amsterdam Branch
Korea Exchange Bank, London Branch
LLOG Exploration Offshore LLC
Lundin Energy Norway AS
Mashreq Bank PSC
Mermaid International Ventures
Morgan Stanley & Co. International plc
MUFG Bank Ltd.
National Drilling Co.
NIBC Bank NV
Norddeutsche Landesbank Girozentrale
Nordea Bank
Nordea Bank AB, Filial I Norge
Nordea Bank ABP, London Branch
Nordea Bank ABP, New York Branch
Northern Bank Ltd.
Norway, Government of, Customs Region -
    Western Norway
Norway, Government of, Customs Service
Norway, Government of, Tax
    Administration - East
Ophir Thailand (Bualuang) Ltd.
Petróleo Brasileiro S/A
Petronas Carigali Sdn. Bhd.
PetroVietnam Domestic Exploration
PetroVietnam Domestic Exploration
    Production Operating Co. Ltd.
PT Medco E&P Natuna Ltd.
PTTEP HK Offshore Ltd.
PTTEP Sabah Oil Ltd.
PTTEP Sarawak Oil Ltd.
Reliance Industries Ltd.
Royal Bank of Canada
Scotiabank Europe plc

Scotiabank Trinidad & Tobago Ltd.
Singapore, Government of, Maritime & Port
    Authority
Skandinaviska Enskilda Banken AB (Publ)
SMBC - Brussels Branch
Societe Generale, London Branch
Sparebank 1 SR-Bank
Sparebank 1 SR-Bank ASA
Standard Chartered Bank - Angola
Standard Chartered plc
Standard Chartered UAE
Strategic Value Master Fund Ltd.
Strategic Value Opportunities Fund LP
Sumitomo Mitsui Banking Corp.
Sumitomo Mitsui Trust Bank Ltd. (London
    Branch)
Swedbank AB
Total E&P Angola SA - Sucursal Em
    Angola
Total Upstream Nigeria Ltd.
UBA Nigeria Bank
United Bank for Africa
United Overseas Bank Ltd., London Branch
VAR Energi AS
VNG Norge AS
Wells Fargo Bank NA
WEX Bank
Wintershall Norge AS

# SCHEDULE 1(h)

## **Bondholders / Indenture Trustee**

ABN AMRO Bank NV
Citibank Europe plc, UK Branch
Danske Bank A/S
Deutsche Bank Trust Co. Americas
DNB Bank ASA
ING Bank NV
Nordea Bank ABP

# SCHEDULE 1(i)

## Customers

BBC GulfDrill
Chevron USA Inc.
Conocophillips Skandinavia AS
Eni Angola SpA
Equinor Energy AS
Exxonmobil Exploracao Brasil Ltda.
Exxonmobil Global Services Co.
GulfDrill LLC
Hyundai Samho Heavy Industries
Integrated Petroleum Services Sdn. Bhd.
LLOG Exploration Offshore LLC
Lundin Energy Norway AS
Medco Energi Thailand (Bualuang) Ltd.
Neptune Energy Norge AS
Petrobras
Petróleos Mexicanos
Qatargas Operating Co. Ltd.
Saudi Aramco
Total E&P Angola SA - Sucursal Em Angola
Total Global Procurement
VAR Energi AS
Walter Oil & Gas Corp.
Wintershall Norge AS

# SCHEDULE 1(j)

## Governmental/Regulatory Agencies

Amsterdam, City of, Office of Tax Authorities

Angola, Government of, General Tax Administration

Australia, Government of, Tax Office

Bangladesh, Government of, National Board of Revenue

Brazil, Government of, Federal Revenue Secretariat - SRF

Brazil, Government of, Federal Revenue Service

Brazil, Government of, State Finance Department

Brazil, Government of, Tax Office of Major Taxpayers

Brunei Darussalam, Government of, Revenue Division, Ministry of Finance

Canada, Government of, Revenue Agency

Carirubana, Municipality of, Mayor's Office

China, Government of, Inland Revenue Department

China, Government of, State Administration of Taxation

Colombia, Government of, National Tax & Customs Directorate

Congo, Government of the, Public Treasury

Hungary, Government of, Department of National Tax and Customs

India, Government of, Ministry of Finance, Income Tax Department

Indonesia, Government of, Ministry of Finance, Tax Directorate General

Kuwait, Government of, Ministry of Finance

Louisana, State of

Luxembourg, Government of, Inland Revenue

Malaysia, Government of, Department of Insland Revenue, Labuan Entity Branch

Malaysia, Government of, Royal Customs Department

Mexico, Government of, Secretariat of Finance and Public Credit (Mexico)

National Insurance Board of Trinidad & Tobago

Nigeria, Government of, Federal Inland Revenue Service

Norway, Government of, Ministry of Finance, Tax Administration, Service Centre for Foreign Workers

Oslo, City of, Department of Finance, Tax Collector

Oslo, City of, Department of Treasury

Oslo, City of, Tax Collector's Office

Qatar, Government of, the Ministry of Finance

Russia, Government of, Federal Tax Service

Sao Paolo, Municipal Finance Secretariat of

Saudi Arabia, Government of, General Authority of Zakat & Tax

Singapore, Government of, Inland Revenue Authority

Stavanger, City of, Department of Finance, Tax Collector

Stavanger, City of, Tax Collector's Office

Stavanger, City of, Tax West

Tax West, Department of Finance, Tax Collector - Foreign Affairs

Texas, State of

Thailand, Government of, Revenue Department - Headquarters

Thailand, Government of, Revenue Department - Klong-Toey District

Trinidad & Tobago, Government of, Ministry of Finance, Board of Inland Revenue

Trinidad & Tobago, Government of, Ministry of Finance, Board of Inland Revenue, Chairman of the

United Arab Emirates, Government of the, Federal Tax Authority

United Kingdom, Government of the, Her Majesty's Revenue & Customs

United States, Government of the,
  Department of the Treasury, Internal
  Revenue Service
Venezuela, Government of, Institute of
  Social Security
Venezuela, Government of, National
  Administration of Customs and Tax
  Services
Vienna, City of, Tax Office
Zug, Canton of, Tax Administration

# SCHEDULE 1(k)

## Insurance

AEGIS London
AEGIS Syndicate 1225
AEGIS Energy Syndicate 1225
AFB 5311 (18%) - Reinsured By Lloyd's
    Syndicate Afb623
AGS Forsikring AS
Allied World Assurance Co. Holdings Ltd.
American International Group UK Ltd.
Antares Syndicate
Antares Syndicate 1274
Apollo Syndicate Management Ltd.
Apollo Syndicate Management Ltd. 1969
Arch Insurance (UK) Ltd.
Arch Insurance Co. (Europe) Ltd.
Argo Global Syndicate 1200
ArgoGlobal
Ark Syndicate Management Ltd.
Ark Syndicate Management Ltd. 3902
Ark Syndicate Management Ltd. Syndicate
    4020
Ascot - Lloyd's Syndicate ASC 1414
Ascot Syndicate
Ascot Syndicate 1414
Aspen - Lloyd's Syndicate ASP 4711
Aspen Insurance Co.
Aspen Syndicate ASP 4711
Assuranceforeningen Skuld (Gjensidig), UK
    Branch
Atrium - Lloyd'S Syndicate AUW 0609
Atrium Underwriters Ltd.
Atrium Underwriters Ltd. Syndicate 609
Aviva Investors London Ltd.
AXA XL
Axis Insurance Co.
Axis Specialty Europe SE
AXIS Managing Agency Ltd.
Barbican Group Holdings Ltd.
Beazley Furlonge Ltd.
Beazley Group Ltd.
Berkshire Hathaway Inc.
Brit Global Specialty
Brit Insurance Holdings Ltd.

Canopius Group Ltd.
Canopius Managing Agents Ltd.
Chaucer Group Ltd., The
Chaucer Syndicate Services Ltd.
Chubb Global Markets
Chubb Ltd.
Convex Insurance UK Ltd.
Endurance Worldwide Insurance Ltd.
Energy Insurance Oslo AS
Gard Marine & Energy Ltd.
Gard P&I (Bermuda) Ltd.
Hamilton Insurance DAC
Hamilton Managing Agency Ltd.
Hardy Underwriting Group plc
HCC Insurance Holdings Inc.
Hiscox Insurance Co. Ltd.
Hudson Specialty Insurance Co.
Inter Hannover International Insurance Co.
Korean Reinsurance Co.
Lancashire Insurance Co. Ltd.
Liberty Mutual Holding Co. Inc.
Liberty Specialty Markets
Markel International Insurance Co. Ltd.
MS Amlin Ltd.
Munich Re America Corp.
Navigators Insurance Co.
Neon Underwriting Ltd.
Newline Underwriting Management Ltd.
Norwegian Hull Club
Norwegian Shipowners' Mutual War Risks
    Insurance Association, The
Oman Insurance Co. PSC
QBE European Co. Operations
QBE UK Ltd.
QBE Underwriting Ltd.
RiskPoint AS
Safe Forsikring AS
SCOR UK Co. Ltd.
Sompo International Holdings Ltd.
Starr International Europe Ltd.
StarStone Insurance SE
Swedish Club, The

Talbot Underwriting Ltd.
Thomas Miller Specialty Underwriting
    Agency Ltd.
Tokio Marine Kiln Syndicates Ltd.
Travelers Casualty & Surety Co. Inc.
Volante Group Ltd.
WR Berkley Corp.
WR Berkley Europe AG
XL Catlin
XL Catlin Insurance Co. UK Ltd.
Zurich Global Energy Ltd.
Zurich Insurance plc, UK Branch

# SCHEDULE 1(l)

## Landlords

Asset Buyout Partners AS (ABP)
Benton Land Co. LLC
Bernini - Sociedades de Investimentos Lda.
Blackstone (London)
Canarship SL
Ceva Logistics FZCO
Chapel Hill Properties Ltd.
Crane Worldwide Logistics LLC
Crystal Offshore Pte Ltd.
Dubai Multi Commodities Centre Authority
Farsund, Municipality of (Norway)
Front Line Shipping Ltd.
JBC Properties Ltd.
JBC Properties Ltd. (Dubai)
Let's Log Servicos Integrados de Logistica Ltda.
LV Shipping Singapore Pte. Ltd.
Merseytravel Ltd.
National Resources Establishment
Newmark Knight Frank
NOFODH Investment for Real Estates
Osher & Osher Administração De Imóveis Ltda.
Port of Iberia (LA), District Board of Commissioners
Rediesa Reparaciones Diesel SA De CV Corporativo Gema
Regus plc
Signature Properties
Smedvig Eiendom AS
SONILS
Spaces, The
Sri Sai Oilfield Equipment & Marine Services
Sun Automation Ltd.
Whitamex SA de CV
[Creditor Name on File]
[Creditor Name on File]

# SCHEDULE 1(m)

## **Lenders**

Attestor Ltd.
Banco de Brasil SA
Bank of America NA
Bank of China
Barclays
BNP Paribas SA
Bybrook Capital LLP
Canyon Capital Advisors
Canyon CLO Advisors
Cathay United Bank
China Development Bank
Citibank NA
Clifford Capital
Cowell & Lee Asia Credit
Crédit Agricole
Credit Industriel et Commercial
Credit Suisse
Cross Ocean Partners LLP
Danish Ship Finance Holding AS
Deutsche Bank AG
DNB
Export-Import Bank of China, The
Garanti-Instituttet for Eksportkreditt AS
HSBC Holdings plc
Industrial & Commercial Bank of China Ltd.
ING Bank NV
Ironshield
JP Morgan
KEXIM
KSURE
MUFG (BTMU)
Nordea
Royal Bank of Canada
Scotiabank
Skandinaviska Enskilda Banken AB
Societe Generale
Standard Chartered plc
Strategic Value Partners LLC
Sumitomo Mitsui Banking Corp.
Taconic Capital Advisors LP
Wells Fargo & Co.

# SCHEDULE 1(n)

## Litigation

| | |
|---|---|
| Boluda - Remolcadores y Barcazas de Tenerife SA | [Creditor Name on File] |
| | [Creditor Name on File] |
| Brazil, Government of, Federal Union | [Creditor Name on File] |
| Brazilian Maritime Special Prosecutors | [Creditor Name on File] |
| Dalian Shipbuilding Industry Offshore Co. Ltd. | [Creditor Name on File] |
| | [Creditor Name on File] |
| DNV GL AS | [Creditor Name on File] |
| Eco Green & Blue SA de CV | [Creditor Name on File] |
| Experian Ltd. | [Creditor Name on File] |
| Gil-White, Gonzalo | [Creditor Name on File] |
| Grupo Simples Oil Lda. | [Creditor Name on File] |
| Harris County Appraisal District (TX) | [Creditor Name on File] |
| Heerema Engineering Services BV | [Creditor Name on File] |
| Indonesia, Government of, Tax Department | [Creditor Name on File] |
| Integradora de Servicios Petroleros Oro Negro SAPI de CV | [Creditor Name on File] |
| | [Creditor Name on File] |
| Joe & Aaron Nigeria Ltd. | [Creditor Name on File] |
| Naviera Bourbon Tamaulipas SA de CV | [Creditor Name on File] |
| Nigeria, Government of the, Federal Inland Revenue Services | [Creditor Name on File] |
| | [Creditor Name on File] |
| Nigeria, Government of, Tax Department | [Creditor Name on File] |
| Nigerian Maritime Administration & Safety Agency (Nimasa) | [Creditor Name on File] |
| | [Creditor Name on File] |
| Northern Drilling Ltd. | [Creditor Name on File] |
| Northern Ocean Ltd. | [Creditor Name on File] |
| Petroleo Brasileiro SA - Petrobras | [Creditor Name on File] |
| Public Prosecutor's Office (Brazil) | [Creditor Name on File] |
| Rio de Janeiro, Municipality of (Brazil) | [Creditor Name on File] |
| Rio de Janeiro, Municipality of, Federal Revenue Services | [Creditor Name on File] |
| | [Creditor Name on File] |
| Samsung Heavy Industries Co. Ltd. | [Creditor Name on File] |
| Sapura Energy Berhad | [Creditor Name on File] |
| Sapurakencana Drilling Sdn. Bhd. | |
| Sevdrex AS | |
| Simples Oil International LLC | |
| Speedcast International Ltd. | |
| Telecommarket Ltd. | |
| United States, Government of the, Office of the United States Trustee - Texas | |
| [Creditor Name on File] | |
| [Creditor Name on File] | |
| [Creditor Name on File] | |

# SCHEDULE 1(o)

## Ordinary Course Professionals

Adcax Nominees Ltd.
Adepetun Caxton-Martins Agbor & Segun
Afridi & Angell Legal Consultants
Al Jubairi Law Firm
Ali Budiardjo, Nugroho, Reksodiputro
Allen & Gledhill LLP
Allen & Overy LLP
Anchor Legal Pty Ltd.
Apex (Hungary)
Apex Corporate Services SA
Apex Financial Services BV
Arias Fabrega & Fabrega
Ascension Consulting Services
Aztek Consulting AS
Baker & Hostetler LLP
Baker & McKenzie LLP
Baker & McKenzie Ltd.
Baker Tilly MKM & Ayad Al Seraihi CPA
Baker Tilly Nigeria (Chartered Accountants)
Baker Tilly Virchow Krause LLP
Barbosa Mussnich & Aragao Advogados
Barbosa Raimundo Gontijo Câmara
    Advogados
Barreto Advogados & Consultores
    Associados
BDO China SHU LUN PAN Certified
    Public Accountants LLP Shenzhen
    Branch
Bedoya Goyes Abogados SA
Benson Buffett plc
Berwin Leighton Paisner LLP
Bettencourt Tax Advisors LLC
Bewith Angola Lda.
Bharatam Brahmananda Rao & Co.
BP Consulting Inc.
BSR & Associates LLP
BSR & Co. LLP
Bugge, Arentz-Hansen & Rasmussen
    Advokaforening
Burness Paull & Williamsons LLP
Cabadelpa Colombia SA
Cadwalader Wickersham & Taft LLP

CCW Partnership
Cescon Barrieu Flesch & Barreto Sociedade
    de Advogados
Chubb Fianzas Monterrey SA
Clifford Chance LLP
CMS Cameron McKenna Nabarro Olswang
    LLP
Cobos, Jose Cesareo Chi
Cogan & Partners LLP
Contatos Contabilidade Ltda.
Cox Law Firm, The
Crowe Horwarth Foederer
CT Corp.
Cuatrecasas, Goncalves Pereira LLP
Dannemann Siemsen Advogados
Dar Al-Noha Law Firm
Davidson & Co. Legal Consultants
Dechert LLP
Deloitte & Touche & Co. Chartered
    Accountants
Deloitte & Touche Al Wazzan & Co.
Deloitte & Touche Chartered Accountants
    (Namibia)
Deloitte & Touche LLP
Deloitte & Touche Management Services
    Pte. Ltd.
Deloitte Anjin LLC
Deloitte LLP
Deloitte Tax Services Sdn. Bhd.
Deloitte Touche Tohmatsu Consultores
    Ltda.
D'Empaire Reyna Abogados
Domingues E Pinho Contadores Ltda.
Donnelley Financial LLC
DWF LLP
Eastham Watson Dale & Forney LLP
ENSafrica (Ghana)
Ernst & Young
Ernst & Young - Brunei
Ernst & Young (Cis) BV Moscow Branch
Ernst & Young (Congo)
Ernst & Young (Nigeria)

Ernst & Young Advisory Ltd.
Ernst & Young Advokatfirma AS
Ernst & Young AG
Ernst & Young Angola Lda.
Ernst & Young AS
Ernst & Young Belastingadviseurs LLP
Ernst & Young Han Young
Ernst & Young Ireland
Ernst & Young LLP - Canada
Ernst & Young Luxembourg
Ernst & Young Middle East (Dubai)
Ernst & Young Namibia
Ernst & Young Services Ltd.
Ernst & Young Tanacsado Kft.
Ernst & Young Terco Assessoria
    Empresarial Ltda.
Ernst & Young Vietnam Ltd.
Estrategias y Resultados SAS
Eton Bridge Partners Ltd.
Evercore Group LLC
Eversheds LLP (UAE)
EY Corporate Advisors Pte. Ltd.
EY Services France
Ferro Castro Neves Daltro & Gomide
    Advogados
Fidux Management Services GMBH
Fitzwilliam, Stone, Furness-Smith &
    Morgan
Forensis Group Inc.
Fragomen Del Rey Bernsen & Loewy LLP
Fried Frank Harris Shriver & Jacobson LLP
Garcia, Erick Luis Notario
Gardere Wynne Sewell LLP
Garza Tello & Asociados SC
Graham Thompson Attorneys (Bahamas)
Halbouti E Kerr Pinheiro Advogados
    Associados
Harry Gee Jr. & Associates
Haynes & Boone CDG LLP
Haynes & Boone LLP
Hogan Lovells BSTL SC
Holland & Knight Colombia SAS
Holland Van Gijzen Advocaten en
    Notarissen LLP
Holman Fenwick Willan Middle East LLP
Holman Fenwick Willan Singapore LLP

HRMS Consulting Ltd.
Hughes Arrell Kinchen LLP
Hymans Robertson LLP
Ibrahim Ahmed Al-Bassam & Co. Allied
    Accountants
Ince & Co. Singapore LLP
IRG Advisors LLP
JD Leach & Associates Inc.
Johnston Carmichael LLP
Jones Day
JunHe LLP
Kamdar Desai & Patel
Kasznar Leonardos Advogados
Kenswil & Co. NV
Kim Chang & Lee
KLDiscovery Inc.
KPMG (Australia)
KPMG (Ghana)
KPMG ASA
KPMG Advisory (China) Ltd. Shenzhen
    Branch
KPMG International
KPMG Law Advokatfirma AS
KPMG LLP
KPMG Lower Gulf Ltd.
KPMG Phoomchai Tax Ltd.
KPMG Professional Services
KPMG Tanacsado Kft
KPMG Tax AS
KPMG Tax Ltd.
KPMG Tax Services Sdn. Bhd.
Lara Marambio & Asociados
Latham Watkins LLP
Law Firm of Hazim Al-Madani Attorneys &
    Legal Consultants, The
Legal Advisors
Locke Lord LLP
Looper Goodwine PC
Loyens & Loeff NV
Luiz Leonardos & Advogados LLP
Madlani & Vithlani
Mancera SC
Mattos Filho, Veiga Filho, Marrey Jr. E.
    Quiroga Advogados
Mazars Auditores Independentes

McKinsey & Co. Inc. do Brasil Consultoria
    Ltda.
Mercer AS
Miranda Alliance Stp. SA
Moore Stephens LLP
Najvar & Najvar CPAs
Nardello & Co. LLP
Ng Lee & Partners
Noblehouse International Trust Ltd.
Norton Rose LLP
Nunez Rodriguez Abogados SC
Ogletree, Deakins, Nash, Smoak & Stewart
    PC
Orrick, Herrington & Sutcliffe LLP
P. Kaimakliotis & Partners LLC
Pall Agencia Lda.
Pareto Offshore AS
Paulo Freitas Ribeiro Advogados
    Associados
Pearl Meyer & Partners LLC
Pieri Advogados
Pistis Partners LLP
Pricewaterhousecoopers Abas Ltd.
Pricewaterhousecoopers Angola Lda.
Pricewaterhousecoopers AS
Pricewaterhousecoopers Auditores
    Independentes
Pricewaterhousecoopers Chartered
    Accountants (Nigeria)
Pricewaterhousecoopers Hong Kong
Pricewaterhousecoopers Risk Services Pte.
    Ltd.
Pricewaterhousecoopers SC
Pricewaterhousecoopers UAE
Protiviti Inc.
PT KPMG Advisory Indonesia
PT RSM Indonesia Konsultan
R&T Asia (Thailand) Ltd.
Rajah & Tann LCT Lawyers
Rajah & Tann Singapore LLP
Resor NV
Robertson Hasell Ltd.
Rothschild Inc.
Sanson Advogados
Santa Fe Relocation Services
Saville & Co.

Schonherr Rechtsanwalte GmbH
Seward & Kissel LLP
Seyfarth Shaw LLP
Shearman & Sterling (London) LLP
Shearn Delamore & Co.
SJL Jimenez Lunz
Sjöcrona, Van Stigt
Skadden Arps Slate Meagher & Flom LLP
Soewito Suhardiman Eddymurthy Kardono
Squire Patton Boggs
Stephenson Harwood LLP
Steptoe & Johnson UK LLP
Stewart McKelvey LLP
Stork & May LLP
Sultan Al-Abdulla & Partners
Szabo Kelemen & Partners Attorneys
Talbot Hughes McKillop LLP
Talwar Thakore & Associates
Trench, Rossi e Watanabe Advogados
Tricor Services Ltd.
Uría Menéndez Abogados SLP
Vieira de Almeida & Associados Sociedade
    de Advogados RL
Vieira Rezende Barbosa e Guerreiro
    Advogados SC
Vinson & Elkins LLP
Von Wobeser & Sierra SC
VS Nakashe Co.
Watson Farley & Williams LLP
Wikborg Rein LLP
Wilk Auslander LLP
Willkie Farr & Gallagher LLP
Wilson Elser Moskowitz Edelman & Dicker
    LLP
Winter Scott LLP
Xavier Duque Estrada Emery Denardi
    Advogados
Zaid Ibrahim & Co.
Zeyad S. Khoshaim Law Firm
[Creditor Name on File]

# SCHEDULE 1(p)

## Top 30 Creditors

3C Metal Sarl
Abdullah Saleh Al Hamdan Trading Est.
AFG - Inspecao e Reparo em Risers SA
Agile Rig & Modules AS
Al Jazirah Vehicles Co. Ltd.
Al Kharayef Lubricants Co.
Al Suwaiket Contracting Est.
Algosaibi Services Co. Ltd.
Al-Najm Al-Thaqib Co.
Ancona Overseas Inc.
Axess AS
BAUER Compressors Inc.
Bridon Middle East
Cameron International Corp.
Canadian Medical Center
CapRock UK Ltd.
Copastur Viagens e Turismo Ltda.
Deloitte
Express Services Pty Ltd.
Fajer Al Dammam Medical Complex
Favelle Favco Machinery & Equipment
    LLC
Garden Tour Agencia de Viagem e Turismo
    Ltda. - ME
Gates E&S North America Inc.
General Technical & Safety Training Centre
    Co.
Global Travel Solutions for Travel &
    Tourism
Gulf Copper & Manufacturing Corp.
Gulf Power & Marine
International SOS Pte. Ltd.
IPT Global
Jansen OG Willumsen Services AS
Kanooz Contracting Est.
Kongsberg Maritime
Legal Advisors
Lider Taxi Aereo SA - Air Brasil
MHWirth AS
MS Zamil Offshore Services Co.
National Oilwell Varco LP
Nexus People Management

Ochsner Clinic Foundation
OCS Services DMCC
Pentagon Freight Services Inc.
RigNet Inc.
RTC Offshore AS
Semco Maritime
Smedvig Eiendom AS
Sodexo Mobile Units AS
Softcat plc
SR Group AS
Storebrand Helseforsikring AS
Swift Technical Servicos Tecnicos
    Especializados Ltda.
Talent Sprawl Commercial Establishment
Tamimi Co. for Commercial & Maintenance
Vinje Industri AS
VMS Group AS
Woolslayer Co. Inc.
World Wide Technology LLC
Worldwide Oilfield Machine Inc.
Zahid Tractor Heavy Machinery Co.
ZDN Investment LLC

# SCHEDULE 1(q)

## U.S. Trustee Personnel

Boykin, Jacqueline
Duran, Hector
Epstein, Kevin M.
Griffin, Barbara
Johnson-Davis, Luci
McCullar, Alicia
Motton, Linda
Nguyen, Ha
Otto, Glenn
Ruff, Jayson B.
Schmidt, Patricia
Simmons, Christy
Smith, Gwen
Statham, Stephen
Waxton, Clarissa
Whitworth, Jana

# SCHEDULE 1(r)

## **UCC Lien Parties**

Banks, Jarrett
Deutsche Bank Trust Co. Americas
DNB Bank ASA, New York Branch
Faulk, Keaton
ING Bank NV
Nordea Bank AB, London Branch
Nordea Bank ABP, London Branch
Texas, State of, Secretary of State, Statutory Filings Division
United States, Government of the, Southern District of Texas Bankruptcy Court
Wells Fargo Bank NA
[Creditor Name on File]

# SCHEDULE 1(s)

## <u>Unions</u>

Brazil Offshore Workers' Union
De Samarbeidende Organisasjoner
Industri Energi
Norwegian Association of Drilling Contractors
Norwegian Association of Maritime Officers' Association
Norwegian Confederation of Trade Unions, The
Norwegian Seafarer's Union
Norwegian Shipowners' Association, The
Norwegian Union of Marine Engineers
Sammenslutningen Av Fagorganiserte I Energisektoren

# SCHEDULE 1(t)

## **Utilities**

Comcast Corp.
Entergy Corp.
Terrebonne Parish Consolidated Waterworks District #1 (LA)
Verizon Communications Inc.

# SCHEDULE 1(u)

## Vendors

24 Hour Safety Co. WLL
3 Peat Investment Ltd.
3AD Sociedade Imobiliária Lda.
3C Metal Asia Sdn. Bhd.
3C Metal Belmet Pty. Ltd.
3C Metal Middle East FZE
3C Metal Sarl
3C Metal USA Inc.
741 Solutions LLC
9L Informatica Ltda.
Aarsvold Kran og Hydraulikk AS
ABB AS
ABB Inc.
ABB Industri, Divisjon Marine
ABB Industries FZE
ABB Industries LLC
ABB Ltda.
ABB Marine's Varemottak
ABB Pte. Ltd.
ABB South Africa Pty. Ltd.
ABB Turbo Systems AG
Abbott Rapid Diagnostics AS
Abco Subsea Associates LLC
Abdul Elah Baghdadi Khenani Advertising
    Agency
Abdullah Hashim Industrial Gases &
    Equipment Co. Ltd.
Aberdeen Drilling Consultants Ltd.
Aberdeen Drilling International (Malaysia)
    Sdn Bhd
Aberdeen Drilling International LLC
Aberdeen, City of (UK), City Council
Abermed Ltd.
ABN AMRO Bank NV
ABS Americas
ABS Ltd.
ABS Mideast Ltd.
Absolute Translations Ltd.
AC Smith & Co. AS
Access Information Protected
Accion Logistica Integral SC
ACCleaning Ltd.

Achilles Information Ltd.
Acme Truck Line Inc.
Active Service AS
Acuvate Software Ltd.
Adcax Nominees Ltd.
Addax Energy SA
Addison Lee plc
Adele Carr Financial Recruitment Ltd.
Adepetun Caxton-Martins Agbor & Segun
Adept Concept AS
Aditro Bpo AS
Aditro Enterprise AS
Admincontrol AS
Administration Des Contributions Directes
    du Grand-Duche Luxembourg
Advance Global Recruitment Ltd.
Advanced Aesthetic Consult Ltd.
Advanced Watertek Industries LLC
Advantage Marine Services (Malaysia) Sdn
    Bhd
Advokatfirmaet Schjødt AS
Advokatfirmaet Thommessen AS
Advokatfirmaet Wiersholm AS
Aegis Business Solutions Ltd.
Ael Americas Inc.
AFG - Inspecao e Reparo em Risers SA
AFGlobal Corp.
AGA AS
Agder Energi Nett AS
Agencia Aduanal Del Valle Sureste SCP
Agencia De Viagens Zepa Angola Lda
AGG Kontormobler AS
Aggrego Services DMCC
Aggreko (Singapore) Pte Ltd.
Agile Rig & Modules AS
Agrinsul
Ahlsell Norge AS
AIG Malaysia Insurance Berhad
Aims-Smtc Co. Ltd.
Air Charter Service Ltd.
Air Comfort Inc.
Air Products plc

Airgas USA LLC
Airswift
Akin Gump Strauss Hauer & Feld LLP
Al - Deroo Al Waqiyah
Al Estagamah Global Group Trading &
    Contracting Ltd.
Al Fajer Facilities Management LLC
Al Fateh Real Estate Co. SPC
Al Hameem Trading & Contracting WLL
Al Masaood Oil Industry Supplies &
    Services Co. WLL
Al Masaood Trading Supplies & Services
    LLC
Al Wasilah Rent A Car Co.
Alatas Americas Inc.
Alatas Singapore Pte Ltd.
Aldine Independent School District (TX)
Alexander Ryan Marine & Safety LLC
Alfa Laval Inc.
Alfa Laval Middle East Ltd.
Alfa Laval Nordic AS
Alfa Laval Singapore Pte Ltd.
Alfalak Electronic Equipment & Supplies
    Co.
Algosaibi Services Co. Ltd.
Ali Awad Al Qahtani Contracting Est.
Ali Budiardjo, Nugroho, Reksodiputro
Alianca Comercio Importacao E Exportacao
    Ltda
Alianca De Macae Comercio Importacao E
    Exportacao Eireli
Alice Smith Schools Association, The
Alimak Group Malaysia Sdn. Bhd.
Alimak Group Norway AS
Alimak Group Singapore Pte. Ltd.
Alimak Group UK Ltd.
Alimak Group USA Inc.
Alimak Hek do Brasil Elevadores Ltda. -
    ME
Al-Jazira Equipment Co. Ltd.
All In Services SA de CV
All Relocation Services Ltd.
Allead Energy Angola Lda.
Alliance Servicos e Equipamentos Ltda.
Allkopi AS
Allpoints Oilfield Services LLC

All-Pro Fasteners Inc.
Allrig Asia Pte. Ltd.
Allrig Inc.
Allrig Middle East DMCC
Allwaste LLC
Allweiler AS
ALP Maritime Service BV
Alpa AS
Alpha Testing Services Sdn. Bhd.
AlphaGraphics of Houston
Alrashed Tires Co. LLC
ALRUD Law Firm
Altodigital Networks Ltd.
Aluminium Offshore Pte Ltd
Alvarez & Marsal North America
Amarit & Associates Co. Ltd.
Amarit & Associates Logistics Co. Ltd.
Ambio AS
Ambius Inc.
American Block Co.
American Bureau of Shipping (Singapore)
American Bureau of Shipping Inc.
American Claims Services Inc.
American Express Travel Related Services
    Co. Inc.
American Global Maritime Inc.
American International Group UK Ltd.
American Management Association
American Petroleum Institute Inc.
American Society for Testing & Materials
Americas Generators Inc.
Amos Supply Pte. Ltd.
Amosco
Amosco Sarl
Ams Lifting & Towing Systems (Pty) Ltd.
Anchor Legal Pty Ltd.
Andrew Dingee Enterprise
Andron Facilities Management
Angola Environmental Serviços Lda.
Angola Offshore Security Ltd.
Angola, Government of, Tax Authority
Anion Quimica Industrial SA
Anlegg OG Marine Service AS
Antill Instrument Inc.
Aon Consulting Ltd.
Aon Norway AS

Aon Risk Services Southwest Inc.
APAVE Mare Ltd.
Apex Corporate Services SA
Apex Financial Services BV
Apex Hungary Kft
Apex IFS Ltd.
Appleby
Applus K2 America LLC
Applus Singapore Pte Ltd.
Aqualis Braemar Marine Services LLC
Aqualis Offshore Inc.
Aqualis Offshore Pte Ltd.
Aqualis Offshore UK Ltd.
Aqualisbraemar (Thailand) Ltd.
Aqualisbraemar Pte. Ltd.
Aqualisbraemar Sdn. Bhd.
Aquamarine Subsea Houston Inc.
Aquamarine Subsea Stavanger AS
Aquaterra Energy Ltd.
Aqua-Terra Oilfield Equipment & Services
    Pte Ltd
Aquila Systems LLC
Arabian Gulf Shipping Co.
Arabian Ocean Drilling Supplies & Trading
Archer (UK) Ltd.
Archer AS
Archer Norge AS
Archer Oil Tools
Arcplex Quimica Industria E Comercio Ltda
Arctic Offshore International AS
Arias Fabrega & Fabrega
Aries Marine & Engineering Services
Aries Marine Co WLL
Arifa Corporate Services Inc.
Arntzen de Besche
Arntzen De Besche Advokatfirma AS
Arqui Forma Arquitetura E Construcao Serv
    De Mao De Obra Tec Especializada Ltda
Artee Industries Ltd.
Arya Offshore Services Private Ltd.
Asap Industries Manufacturing Inc.
ASC Angola Communicacoes e Sistemas
Ascension Consulting Services
Aset International Oil & Gas Training
    Academy
Asia Offshore Solutions Pte Ltd.

Asian Supply Base Sdn. Bhd.
Ask Safety AS
Aspin Kemp & Associates Inc.
Asseta Consultancy Sdn Bhd
Assets Training & Technical Services Pte
    Ltd.
Associacao Brasileira das Empresas de
    Servico de Petroleo
Assumption, Parish of (LA), Sheriff & Ex-
    Officio Tax Collector
ASTICAN
Astoria Nobre Imobiliaria Lda.
ATDS Angola Trading Development &
    Services Lda
Atea AS
ATEC Global Services Pte. Ltd.
Athens Group Drilling Technology
    Assurance Services LLC
Atlantic Mediterranean Oilfield Services
    Corp Sucursal em Angola
Atlas Cerno AS
Atlas Industrial Equipments Co.
Atlas Knowledge Ltd.
Atlas Professionals UK Ltd.
ATP UK Ltd.
ATPI (Singapore) Pte. Ltd.
ATPI Norway AS
ATPI Travel (Malaysia) Sdn. Bhd.
Audirium BV
Australian Laboratory Services Arabia Co.
    Ltd.
Auto-Comm Engineering Corp.
Automania Ltd.
Autronica Fire & Security AS
Avanti Transportation
Avis UAE Rent A Car
Awatra Connect Energy Sdn. Bhd.
Axess AS
Axess do Brasil Ltda.
Axess North America Inc.
Axess Offshore Pte. Ltd.
AxFlow AS
AXTech AS
Azen Manufacturing Pte. Ltd.
Aztek Økonomi AS
B. Hansen Inc.

Bachmus Oil & Fuel Supplies Pty Ltd.
BackgroundConnect
Baggerød AS
Bahamas Maritime Authority (USA), The
Bajenting, Duke
Baker & Hostetler LLP
Baker Lyman & Co. Inc.
Balachandran, Rahul
Banco Citibank SA
Bangkok Freight Forwarders Co. Ltd.
Bangkok Patana School
Bangkok Sukhumvit Centre Co. Ltd.
Barbosa, Mussnich & Aragao
Barnhart Crane & Rigging Co.
Barreto Advogados & Consultores
    Associados
Basetek Ltd.
BAUER Compressors Inc.
Bayards Up BV
BBRG Osasco Cabos Ltda.
BD Ambrose Consulting LLC
Bedoya Goyes Abogados SA
Bekkerin, Jeffrey
Bell Pottinger LLP
Bell TV Commercial
Bell, Mark
Belmet Marine Engineering Namibia (Pty)
    Ltd.
Benguella Enterprises (Pty) Ltd.
Benton Land Co. LLC
Berard Transportation Inc.
Berendsen Tekstil Service AS
Bergen Elektrokompetanse AS
Berkeley & Imperial LP
Bermo Válvulas e Equipamentos Industriais
    Ltda.
Bernini - Sociedades de Investimentos Lda.
Besmindo Kemaman Semesta Sdn. Bhd.
Bettencourt Tax Advisors LLC
Bewith Angola Lda.
BF&M Life Insurance Co. Ltd.
Big Group Ltd., The
Bilfinger Industrier Norge AS
BIM-Congo Sarlu
Bin Moqhem Construction & Development
    Est.

Blake, Cassels & Graydon LLP
Blakes Workplace Interiors & Solutions Ltd.
Blitz FZE
Bloomberg Finance LP
Blue Ocean Oil Supply (Pty) Mauritius Ltd.
Blueday Technology AS
BlueSky Business Space
Bluewater Rubber & Gasket Co.
BMC Group VDR LLC
BNP Paribas SA
Boardroom Business Solutions Pte. Ltd.
Boardroom Corporate & Advisory Services
    Pte. Ltd.
Boardroom Corporate Services (KL) Sdn.
    Bhd.
Boardroom Corporate Services Sdn. Bhd.
Boe, Bjarte
Bohlin, Ragnhild Anker
Bollfilter UK Ltd.
Bollore Africa Logistics Angola Lda.
Bon Voyage Travel Agency Ltd.
Bona Fide Marine
Bondura Technology AS
Bones Virik AS
Boon Lay Stationery Pte. Ltd.
Boots Apotek Hillevag
Boot-Tec Eletronica e Informatica Ltda.
Bosch Rexroth AS
Bourgeois Medical Clinic LLC
Bourgeois, Robert M., MD
Boxchange Ltd.
BP Consulting Inc.
BP Singapore Pte. Ltd.
BPM-Discipline UK Ltd.
Bradesco SA
Bradesco Saude
Bradesco Vida e Previdencia SA
Brandt Oilfield Services
Brann og Sikkerhets Service AS
Brantner & Associates Inc.
Brasil Insurance Corretora de Seguros SA
Bray Sales Texas Inc.
Brazil, Government of, Ministry of
    Economy, Special Department of
    Federal Revenue
Breaux Petroleum Products Inc.

Bridon International Ltd.
Bridon Singapore Pte. Ltd.
Bring Cargo AS
Bristow US LLC
British School of Bahrain, The
British Telecommunications plc
Broadgate Estates Ltd.
Broadridge Financial Solutions Inc.
Brooklands New Media Ltd.
Brothers Produce Inc.
Brown, Jay
Brubay Shipcare Sdn. Bhd.
Brunel Energy Servicos Ltda
BSR & Associates LLP
BSR & Co. LLP
Budget Rent A Car LLC
Bull Run Home & Lawn Improvements
    LLC
Bunker Oil AS
Bunker Oil Bergen AS
Bunker One Combustiveis e Lubrificantes
    Ltda.
Bunzl Equipamentos para Protecao
    Individual Ltda.
Bupa International
Bureau International Maritime NV
Bureau of National Affairs Inc., The
Bureau Veritas North America Inc.
Burgess Manufacturing Ltd.
Business Centre World FZE
Businessolver.com Inc.
Butler, Simon
Buxton Interests Inc.
Buxton Repair Center LP
BY Controls Inc.
C.M. Corp. Lda.
CA Global Headhunters (Pty) Ltd.
Cabadelpa Colombia SA
Cable Solutions Worldwide Ltd.
Caboluc Comercio de Cabos de Aço e
    Acessorios Ltda.
CADD Emirates Computer Trading LLC
Caillou Island Towing Co. Inc.
Callen Group Inc., The
Camarine Supervision Far East Co. Ltd.
Cameron Al-Rushaid Co. Ltd.

Cameron Drilling Systems
Cameron Flow Control Technology (UK)
    Ltd.
Cameron France SAS
Cameron International Corp.
Cameron Korea Ltd.
Cameron Middle East FZE
Cameron Middle East Ltd. - Abu Dhabi
Cameron Norge AS
Cameron Rig Solutions LLC
Cameron Sense AS
Cameron Tecnologia de Controle e de Fluxo
    Ltda.
Cameron USA
Canadian Association of Oilwell Drilling
    Contractors
Canal Digital AS
Canarship SL
Canon Norge AS
Ca-Nor Kjoleindustri AS
Canteen Services & Cleaning Kosinski
Capgemini UK plc
CapRock Comunicacoes Angola Lda
CapRock Comunicacoes Do Brasil Ltda
CapRock UK Ltd.
Car Wash Do Bosque Ltda
Carbon Clear Ltd.
Carder & Associates LLC
Cardinal Security Services Ltd.
Carl Stahl AS
Castor Drilling Solution AS
Castrol Offshore Ltd.
C-Automation Inc.
Cavotec Norge AS
Caxias Assessoria Linguistica Ltda.
CC Jensen Inc.
CC Jensen Middle East DMCC
CCB Zamakona Offshore SL
CDA Enterprises
Cegal AS
Cellex Inc.
Cenac Land Inc.
Cenci E Cia Ltda
Central Dispatch Inc.
Central Realties Ltd.
Centralis Partners Inc.

Centrifuges Un-Ltd.
Centro De Integracao Empresa Escola Do Estado Do Rio De Janeiro
Certex Norge AS
Certex USA Inc.
Cescon Barrieu Flesch & Barreto Sociedade de Advogados
Ceva Logistics FZCO
Chapman Freeborn Airchartering Inc.
Chapman Freeborn Aviation Services FZE
Charkin Maritime & Offshore Safety Ltd.
Charter Supply Co.
CHC Do Brasil Taxi Aereo SA
Check-6 Inc.
Chee Fatt Co. (Pte) Ltd.
Chemwatch
Chet Morrison Contractors LLC
Chevy Marine International Ltd.
Chiang Wah Ngoh
Chiswick Park Unit Trust
Chris-Marine AB
Chuks Telcoms Global Resources Ltd.
Cigna Health & Life Insurance Co.
Cimel Oilfield Services Lda.
Cinalt Resources Ltd.
Cintas Corp. No. 2
Cisam Offshore SL
Citibank Europe plc, UK Branch
City Housing AS
Ck7 Servicos De Manutencao Industrial E Reparos Em Geral Ltda-Epp
Claro SA
Claxton Engineering Services Ltd.
Clayton Thermal Products Ltd.
Clearflow Solutions LLC
Clinical Reference Laboratory Inc.
Clover Tool Co.
Clyde & Co. LLP
CMS Cameron McKenna Nabarro Olswang LLP
Coast Center Base AS
Coens Co. Ltd.
Cognovi Communications Inc.
Comcast Cable Communications Management LLC
Comive Operadora De Servicios SA de CV

Commit FZE
Compact Lifting Equipment Middle East FZCO
Compania Espanola De Petroleos SA
Compass Group FS Norway AS
Compendia
Compugroup Medical Norway
Computershare Inc.
Computershare Investor Services
Concessionaria Aeroporto Rio De Janeiro
Concordia DMCC
Concur Holdings (Netherlands) BV
Condominio Cidade Financeira
Condominio Do Edificio Presidente Castello Branco
Conecto AS
Connect Energy Services Pte Ltd.
Connectis Data Angola Lda
Connector Specialists Inc.
Consolidated Training Systems Inc.
Construction Services LLC
Constructor Norge AS
Consulate General of Panama
Contesto
Contexto Consultoria E Empreendimentos Ltda
Contitech Fluid Oil & Marine Middle East FZE
Contitech Oil & Marine
Control Risk Group
Control Risks (Middle East) Ltd.
Control Risks Services West Africa Ltd.
ControlUnion & Peterson Offshore Logistics India Pvt. Ltd.
Conyers Dill & Pearman Limited
Coopataxi - Cooperativa de Consumo e Trabalho dos Motoristas Autonomos de Taxi do Municipio do Rio de Janeiro Ltda.
Copastur Viagens e Turismo Ltda.
Copper State Rubber Inc.
Cornerstone OnDemand Inc.
Corporate Communications AS
Corporativo De Servicios Ambientales SA de CV
Corroless Offshore (UK) Ltd.

Cosal-Comercio E Servicos De Angola Lda
Covington & Burling LLP
Covizmo DK APS
Cox Law Firm, The
Craig International Supplies Ltd.
Crane Worldwide Logistics LLC
Cravath Swaine & Moore LLP
Cre Art Bruna Monteiro
Crescent Commercial Stationery &
    Computer Supplies Ltd.
Crestsage Ltd.
Crowe Horwarth Foederer
Crown Worldwide Pte Ltd. (Singapore)
Crust Technical Services LLC
Crystal Offshore Pte Ltd.
CT Corp.
Current Business Technologies Inc.
CWL Crane Worldwide Transportation Sdn
    Bhd
Cyclescheme
D4 Multimedia
Dahl Oilfield Services AS
Dalian Roshi Human Resources Group Co.
    Ltd.
Dalian Well Ocean International Shipping
    Agency Co. Ltd.
Dammers Ship Agencies
Dana Sac Norway AS
Danfoss Industries Pte Ltd.
Dannemann Siemsen Advogados
Danske Bank A/S
DataVox
Davies & Mills WLL
Davies, Chris
Davies, Steve
Davis, Eugene
DDZ Marines Industrial Supplies &
    Integrator
DDZ Marines Supplies & Integrator
De Lage Landen Leasing Ltd.
De Revelation Ltd.
Deansteel Manufacturing Co. Inc.
Deep Sea Mooring AS
Delgado Community College
Dell Computer AS
Dell Computers

Dell Corp. Ltd.
Deloitte & Touche & Co. Chartered
    Accountants
Deloitte & Touche Al Wazzan & Co.
Deloitte & Touche Chartered Accountants
    (Namibia)
Deloitte & Touche LLP
Deloitte & Touche Management Services
    Pte. Ltd.
Deloitte LLP
Delta Rigging & Tools Inc.
D'Empaire Reyna Abogados
Densbe Electrical S'Pore Pte. Ltd.
Densiq AS
Departamento De Transito Do Estado Do
    Rio De Janeiro
Derrick Equipment Co.
Derrick Solutions International Pte. Ltd.
Design Portfolio Marketing Services Ltd.,
    The
Desmi Ltd.
Deva Preservation Services Pte. Ltd.
DF Barnes Fabrications Ltd.
DFG Servicos Offshore Eirelli
DHL Global Forwarding Gabon SA
DHL International Nigeria Ltd.
DHL International UK Ltd.
DHL World Wide Express SA
D-I Davit International-Hische Gmbh
Digiplan AS
Diligent Boardbooks Ltd.
Dimago Ltd.
Dimensional Centelha Solucoes Ltda.
Diners Club International
Dingbro Ltd.
DINTEC Co. Ltd.
Dipl. Ing. Houm AS
Direction Goals Operation & Service LLC
Diro Systems Ltd.
DISA Global Solutions Inc.
Discovery Benefits Inc.
Distribuidora Sued Offshore Ltda.
Distribution Now FZE
DNB Bank ASA
DNB Livsforsikring ASA

DNOW Brasil Distribuicao de Produtos
    Industriais Ltda.
DNOW LP
DNV GL AS
DNV GL Classificacao Certificacao e
    Consultoria Brasil Ltda.
DNV GL Ltd.
DNV GL Poland Sp. ZOO
DNV GL Services Spain SL
DNV GL Singapore Pte. Ltd.
DNV GL UK Ltd.
DNV GL USA Inc.
Dockwise Shipping BV
Document Group, The
DocuSign Inc.
Doedijns BV
Dolphin Energy Equipment LLC
Domingues E Pinho Contadores Ltda.
Don Hart's Radiator Services Center Inc.
Donghwa Pneutec Co. Ltd.
Donnelley Financial LLC
Dooley Tackaberry Inc.
Douce Hydro SAS
Dovenor, Graham
DPG Servicos Digitalizados Ltda - Me
Draeger Arabia Co. Ltd.
Drager Norge AS
Drager Safety do Brasil Equipamentos de
    Seguranca Ltda.
Drammen, Municipality of (Norway), Tax
    Collector
Drammensveien 288 AS
Dreams Leisure Ltd.
Drew Marine Brasil Fornecedora de
    Produtos e Servicos Ltda.
Drew Marine Inc.
Dril-Quip (Europe) Ltd.
Dril-Quip Asia Pacific Pte. Ltd.
Dril-Quip Inc.
DSERV Ltd.
DTN LLC
Ducera Partners LLC
Ductmasters of Louisiana Inc.
Dun & Bradstreet Inc.
Dunn, John
Dutest Qatar WLL

Dwellop AS
DXP Enterprises Inc.
E&E Machine Shop & Services LLC
Eagle Industrial Equipment Inc.
East Coast Tubulars Ltd.
Eastern Drilling AS
Eastern Pacific Marine Services Sdn Bhd
Eastern Trading & Marketing Co.
Eastham Watson Dale & Forney LLP
Easyts Assessoria Linguistica Ltda. ME
Eaton Industries (Netherlands) BV
Eaton Power Solution Ltda.
Edenred Solucoes De Pagamentos HYLA
    SA
EER Business Services DMCC
Efacec Angola Lda.
Einar Ogrey Farsund AS
Elcome Qatar WLL
Electrical Solutions Worldwide Ltd.
Electro-Flow Controls Ltd.
Elevation Fitness LLC
Eliassen, Gunnar Winther
Elite Energy Services LLC
Elite Professional Careers Ltd.
Ellison Communications Ltd.
EM&I Trading Ltd.
Emas Offshore Pte Ltd.
Embratel Tvsat Telecomunicacoes SA
EMCE Middle East Co. Spc
Emerson Process Management AS
Emerson Process Management Damcos AS
Emirates Integrated Telecommunications
    Co. PJSC
Emirates Technical & Safety Development
    Centre LLC, The
Emsa Qatar
Endeavor Technologies Corp.
Energy Import Products LLC
EnerMech AS
EnerMech FZE
EnerMech Ltd.
EnerMech Nigeria Ltd.
EnerMech Saudi Arabia Ltd.
EnerMech UAE LLC
Engineered Custom Solutions LLC
Enhanced Well Control Ltd.

ENSafrica (Mauritius)
Ensafrica Ghana
Enterprises Consultoria em Idiomas Ltda.
EntServ UK Ltd.
Environmental Enterprises USA Inc.
Enwa AS
EOS Europe Ltd.
Epeus Ltd.
Equinox Gate Nigeria Ltd.
Equipemar Engenharia e Servicos Ltda.
Equipment Resources International Inc.
Era Helicopters LLC
ERGT Australia Pty. Ltd.
Eriweld International Pte. Ltd.
Ernst & Young (Nigeria)
Ernst & Young (Switzerland)
Ernst & Young Advokatfirma AS
Ernst & Young AG
Ernst & Young Angola Lda.
Ernst & Young Belastingadviseurs LLP
Ernst & Young LLP
Ernst & Young LLP - Canada
Ernst & Young Luxembourg
Ernst & Young Services Ltd.
Ernst & Young Tanacsado Kft.
Ernst & Young Tax Consultants Sdn. Bhd.
Ernst & Young Terco Assessoria
    Empresarial Ltda.
Ernst & Young UK
Eterna plc
Eunisell Ltd.
Eurofins Environment Testing Norway AS
Eurofins Food & Feed Testing Norway AS
Europacific LLC
European Drilling AS
Eurosul Fornecedora de Navios Ltda.
EuroTech Industries Technical Services Ltd.
Evac Oy
Eversheds LLP
Eversheds LLP (UAE)
Evidens AS
Evolution Ropes Ltd.
Evry Norge AS
Exiger Diligence Inc.
ExPert Riser Solutions LLC
Express Services Inc.

Express Services Pty Ltd.
Expresso Predileto Transportes Logistica e
    Armazenagem Ltda.
Expro Americas LLC
ExTek AS
eXtensive Operational Performance Services
    Pte. Ltd.
EY Corporate Advisors Pte. Ltd.
Eye-Share ASA
Falck Nutec
Falck Prime Atlantic Ltd.
Farsund Drilling Solution AS
Farsund Fortoyningsselskap AS
Farsund, Municipality of (Norway)
Fasco Technical Works
Fast Advance Solution
Fastenal Co.
Fauchil Sarl
Fearnley Offshore AS
Fearnley Offshore Pte. Ltd.
Fearnley Offshore Supply AS
Fearnley Procter Brasil Servicos Tecnicos
    Ltda.
Fearnley Procter Drill String Engineering
    Ltd.
Federal Express Corp.
Federal Signal Corp.
Felison Technical & General Services Ltd.
Ferrari Comercio e Servicos Ltda.
FFA Ernst & Young
FFII TX Westway LP
Fiduciaire France Afrique (FFA Conseil)
Fidux Management Services GMBH
Figueroa, Euclides
Filemail AS
Filho, Gualberto Macedo
Fimat Banque
Finnestadgeilen 8 AS
Finnestadveien 28 AS
Finnpersonal & Rekruttering AS
Fire Boss of LA Inc.
Fire Direct Co. Ltd.
Fire Protection Service Inc.
First Equitorial Properties Co. Ltd.
FIS AvantGard LLC
Flexi France SAS

Flinder, Herman R.
Flores, Leonardo
Flow CTV Instrumentacao e Controle de
    Fluidos Ltda.
FMC Technologies GmbH
FMC Technologies Saudi Arabia Ltd.
Force Technology Norway AS
Forensic Risk Alliance Inc.
Forrest, Neil
Forum Energy Asia Pacific Pte. Ltd.
Forum Energy Technologies (UK) Ltd.
Forum Middle East
Forum US Inc.
Founders Properties Income Fund II LLP
Fourseas Electrical & Engineering Co. Pte.
    Ltd.
Fourseas Electrical & Engineering Pte. Ltd.
Fourthline Ltd.
Fragomen Del Rey Bernsen & Loewy LLP
Franco, Alana
Frank J. Lda.
Franklin Offshore International Pte. Ltd.
Frank's International Brasil Ltda.
Fredriksen, John
FREESIGA Solucoes em Informatica Ltda.
Frictape Net Ltd.
Friede & Goldman LLC
Frontierpay Ltd.
Frontline Management AS
Frontline Management Bermuda
Frontline Shipping Singapore Pte. Ltd.
Fugro Brasil - Servicos Submarinos e
    Levantamentos Ltda.
Fugro Norway AS
Fuji Metalock Brasil SA
Future Business Development Trading EST
Future Energy AS
Future Production AS
GAC Energy & Marine Services Ltd.
Gaffa, Faizullah Abdul
Gaffney-Kroese Electrical Supply Corp.
GAN Integrity Solutions APS
Gap Partnership Ltd., The
Gard Services AS
Garden Tour Agencia de Viagem e Turismo
    Ltda. - ME

Garden World EST
Gartner UK Ltd.
Gas & Oil Technology Co.
Gastec Lda.
Gates Engineering & Services CJSC
Gates Engineering & Services UK Ltd.
Gates Rubber Co. (S) Pte. Ltd.
GCH.com International Sdn. Bhd.
GCS Compliance Services Europe Ltd.
GE Drilling Asia Pte. Ltd.
GE Energy Power Conversion UK Ltd.
GE Oil & Gas (Beijing) Co. Ltd.
GE Oil & Gas do Brasil Ltda.
GE Oil & Gas UK Ltd.
GEA Middle East FZE
GEA Westfalia Separator Nordic AS
Gee & Zhang LLP
General Industry System AS
Generon IGS Inc.
Genesis Technical Co. Ltd.
Geoje Taxpayers Association
Gerard Daniels UK Ltd.
GESAB
GESCO II LLC
Gesticom Lda.
GH Gulv AS
Gheysen Real Ltd.
Gibb Tools Ltd.
Gis Eiendom AS
Glacier Energy Services Ltd.
Glamox Aqua Signal Corp.
Glander International Bunkering (Norway)
    AS
Global Career Co. Ltd.
Global Compliance LLC
Global Energy (Group) Ltd.
Global Exec Sdn. Bhd.
Global Lifting Services Nigeria Ltd.
Global Loan Agency Services Ltd.
Global Manufacturing Inc.
Global Maritime AS
Global Maritime Consultancy Ltd.
Global Offshore & Marine Pte. Ltd.
Global Onsite AS
Global Petroleum Valves Pte. Ltd..
Global Solutions Asia Sdn. Bhd.

Global Travel Solutions for Travel &
    Tourism
GlobalTech Motor & Controls Inc.
GMC Maritime AS
GMV AS
Goforth Corp. Sdn. Bhd.
Golden Echelon Ltd.
Goltens Co. Ltd. (UAE)
Goltens Houston
Goltens Oslo AS
Goltens Singapore Pte. Ltd.
Gon Petro Comercial Ltda.
Goodman Masson Ltd.
Gordon Engineering Services
GOT Assure AS
GP:50 New York Ltd.
GPBR Participações Ltda.
Grafo Trykkeri AS
Grainger
Grainger International
Grand & Toy Ltd.
Grand Banks Warehousing Inc.
Grant Prideco Singapore Pte. Ltd.
Granzow AS
Green Marine & Industrial Equipment Co.
Gresham Technologies (TDI) Ltd.
Grupo Najar de Mexico SA de CV
Grupo Simples Oil Lda.
GS Oiltools AS
GS-Hydro US Inc.
Gtdrive Transportes Eireli - EPP
Guarajuba Modas e Comercio Ltda.
Gulf Agency Co. (Dubai) LLC
Gulf Agency Co. Ltd.
Gulf Agency Co. Qatar WLL
Gulf Agency Co. Sharjah WLL
Gulf DTH - Orbit Showtime Network
Gulf Electroquip Ltd.
Gulf Engineering Services Ltd.
Gulf Island Services LLC
Gulf Resource Management Inc.
Gulf South Services Inc.
Gulf Warehouse Co.
GustoMSC BV
Gutor Electronic LLC
GVMS 1 LLC

GWF Catering
H. Brown Inc.
H.M. Albretsen Verktøysikring AS
H.S.Lee & Partners
HAAG Net
Hackett-Rel Ltd.
Hadi Hamad Al-Hammam Trading Co.
Halaas Og Mohn AS
Halbouti E Kerr Pinheiro Advogados
    Associados
Halden Nigeria Ltd.
Halliburton AS
Halliburton Manufacturing & Services Ltd.
Halliburton Produtos Ltda.
Hallmark Office Products Inc.
Hamala Real Estate Co. SPC
Hamilton y Cia Las Palmas SA
Hammelmann Corp.
Hamregruppen AS
Hamworthy Pumps Singapore Pte. Ltd.
Handyman Guru Technical Services LLC
Hans Lutz Kundendienst GmbH & Co. KG
Hansen Protection AS
Harris Pye JLT
Harris, County of (TX), Tax Assessor-
    Collector
Harry Gee Jr. & Associates
Harvey Gulf International Marine LLC
Harvey Nash Inc.
Hatch Intelligent Solutions DMCC
Hatenboer-Water BV
Hawthorn Advisors Ltd
Haynes & Boone CDG LLP
Hays Specialist Recruitment Ltd.
HDI Instruments LLC
He, Xiaoke
Health Advocate Inc.
Hedley May LLP
Heerema Marine Contractors Nederland SE
Heirs Holdings Ltd.
Heirs Insurance Brokers Ltd.
Helideck Certification Agency Ltd.
Helifuel AS
Hendrik Veder Group BV
Hendrik Veder Group Norway AS

Henriques, Eleonora Valone Ferreira de
  Morais
Hermes Marine Services AS
Hernis Scan Systems AS
Hetta Offshore AS
Hi Air Korea Co. Ltd.
Hidramar SL
Hi-Kalibre Equipment USA Inc.
Hilman Inc.
HireRight Ltd.
Hogan Lovells BSTL SC
Holland & Knight Colombia SAS
Holloway Houston Inc.
Honig Ventures Ltd.
Hoover Materials Handling Group Inc.
Hornbeck Offshore Services LLC
Hose Pro Textiles Inc.
Hose Solutions Inc.
Hot-Hed Middle East WLL
Houghton Brasil Ltda.
Houghton International Inc.
Houghton plc
Houghton Singapore
Houlihan Lokey Capital Inc.
Hounslow, Borough of (London)
Houston Electric Co. Pte. Ltd.
HRMS Consulting Ltd.
HS Lee & Partners
Hufco Inc.
Hughes Risk Management Ltd.
Hull Blyth Manpower Lda.
Hull Blyth Viagens e Turismo
Humu Inc.
HVAC & Refrigeration Engineering Ltd.
Hvac And Refrigeration Engineering Ltd.
Hydac AS
Hydra OPS LLC
Hydramech Solutions AS
Hydraquip Inc.
Hydrasat LLC
Hydrasun Ltd.
Hydril PCB Ltd. (GE Oil & Gas)
Hydril USA Distribution LLC
Hygeia HMO Ltd.
Hytorc (Unex) Ltd.
Hytorc Norge AS

Hytorc of Texas Inc.
Hytorc Rio Importacao e Exportacao Ltda.
Hytorc South East Asia Pte. Ltd.
Hyundai Global Service Americas Co. Ltd.
I2D2 Ltd.
IADC Houston Chapter
IADC North Sea Chapter
Ial Engineering Services Ltd.
IBM Credit LLC
IBM United Kingdom Ltd.
Ibrahim Ahmed Al-Bassam & Co. Allied
  Accountants
Ibrahim Al Shab Trading Establishment
ICM Group Ltd.
Ico Asiapacific (M) Sdn. Bhd.
Icon Engineering Pty. Ltd.
Ide House of Brands AS
If Skadeforsikring Nuf
IHS (Global) Ltd.
IKM Elektro AS
IKM Instrutek AS
IKM Laboratorium AS
IKM Mooring Services AS
IKM Testing AS
Ikrimi, Mina
Ilobby Corp.
IMD International
Imenco AS
Imporquimica Angola - Industria de
  Producao Quimica SA
IMS Technologies AS
In Press Assessoria de Impresa e
  Comunicacao Estrategica Ltda.
Incontrol AS
Independent Drilling Engineering
  Associates Ltd.
Independent Oil Tools AS
Independent Oil Tools Malaysia Sdn. Bhd.
Index-Cool Marine & Industry Pte. Ltd.
Industrial Air Tool LP
Industrial Trading Contracting (ITCO)
Industrial Training Fund
Infinity Energy Services LLC
Infis Consultoria Ltda Me
Infis Consultoria Ltda.
Infostat Systems Inc.

ING Bank NV
Inge S Årstad AS
Ingersoll Rand Singapore Enterprises Pte. Ltd.
Initiates plc, The
Ink Hippo Sdn. Bhd.
Innatech Sdn. Bhd.
Innervision Management Ltd.
Inpro AS
Instituto de Ciencias Nauticas ICN
Instituto Nacional do Seguro Social
Instone (USA) International LLC
Instrumentcompaniet AS
Instrumentos Lince Ltda.
Instruments South Africa Pty. Ltd.
Integr8 Fuels Inc.
Integrated Petroleum Services Sdn. Bhd.
Integris Rentals LLC
Intelecom Group AS
Intelligent Energy Services Co. Ltd.
Intels Nigeria Ltd.
InterMoor Inc.
InterMoor Pte. Ltd.
International Association of Drilling Contractors
International Bureau of Fiscal Documentation
International French School (Singapore)
International Health Care Offshore Ltda.
International Marine Contractors Association
International School of Koje
International School of Stavanger
International SOS (Americas) BV
International SOS (Gulf) WLL
International SOS (Malaysia) Sdn. Bhd.
International SOS (Mauritius) Holdings Ltd.
International SOS (Medsite) AS
International SOS Angola Lda.
International SOS Assistance (Latam) Inc.
International SOS Assistance UK Ltd.
International SOS MEA
International SOS Mexico Emergency Services S. de RL de CV
International SOS Namibia (Pty) Ltd.
International SOS P/L

International SOS Pte. Ltd.
International SOS Services (India) Pvt. Ltd.
International SOS Services (Thailand) Ltd.
International Tess Singapore Pte. Ltd.
Interocean Marine Services Ltd.
Intertek Consulting & Training (USA) Inc.
Intertek West Lab AS
Investigo Ltd.
Investis Ltd.
Investors Group Financial Services
IOS Intermoor AS
IOT-Dosco BV
IPH Do Brasil
IPT Global Do Brasil Servicos Tecnicos Ltda.
IPT Global LLC
Ireland Blyth Co. Ltd.
Iron Mountain Do Brasil Ltda
ISC Software Solutions Ltd.
Isensors International
Island Homes Ltd.
ISN Software Corp.
ISS Facility Services AS
ISS Machinery Services
ISS Palumbo South Africa (Pty) Ltd.
It Excellence Consultoria Em Informatica Ltda
Itag Valves & Oilfield Products Gmbh
Itau Unibanco SA
ITS Arabia Ltd.
ITS India Pvt. Ltd.
ITS Testing Services (UK) Ltd.
Iyk-Ray Tech Co.
Jackson Walker LLP
Jacob & John's General Trading FZC
Jafservicos Maritimos Ltda
Jaidah Motors & Trading Co.
Jansen OG Willumsen Services AS
Jarir Bookstore
JBC Properties Inc.
JBS Fabrication Ltd.
JC Fragoso Reparos Me
JC International Ltd.
JD Leach & Associates Inc.
JDI Investment Co. Ltd.
Jef Tech Ltd.

Jets Vacuum AS
Jevin Comercio E Servicos Ltda
Jewemij BV
JL Offshore A/S
JLT Risk Solutions AB
JLT Specialty Ltd.
Joe & Aaron Nigeria Ltd.
John Dahle Skipshandel AS
Johnston Carmichael (Scotland) Ltd.
Joint Office for LO/NHO Schemes
Jotun (Singapore) Pte. Ltd.
Jotun AS
Jotun Brasil Importacao Exportacao E
    Industria de Tintas Ltda.
Jotun Mena
Jotun Mexico SA de CV
Jotun Paints (Malaysia) Sdn. Bhd.
Jotun Paints Inc.
Jotun Paints South Africa Pty. Ltd.
Jotun Saudia Co. Ltd.
Jotun Thailand Ltd.
Jotun UAE Ltd. (LLC)
Jowa USA Inc.
JS Assessoria Aduaneira Ltda.
JS Technical Services Co. Ltd.
JSL International (Trinidad) Ltd.
JSL International (Trinidad) Ltd. - Suriname
    Branch
JVS Engineers Pte. Ltd.
JVS Engineers Pte. Ltd. FZE
JVS Industries Pvt. Ltd.
Kaeso Lda.
Kaplan Financial Ltd.
Karabin AS
Karsten Moholt AS
KCA Deutag Drilling Norge AS
Keever Group, The
Kelvin Catering Services (Emirates) LLC
Kelvin Top-Set Brasil Servicos de
    Investigacao de Acidentes Ltda.
Kelvin Top-Set Inc.
Kelvin Top-Set Ltd.
Kenergy LLC
Kennedy Wire Rope & Sling Co. Inc.
Kenswil & Co. NV

Kenyon International Emergency Services
    Inc.
Keppel FELS Ltd.
Kesuma Shipping Sdn. Bhd.
Kesuma Shipping Sdn. Bhd. - Labuan
Khan Co. Ltd.
Kimathi & Partners - Corporate Attorneys
Kinly AS
Kinly Inc.
Kinly Ltd.
KLDiscovery Ltd.
Knapphus Energi Avd. Stavanger AS
Kofax UK Ltd.
Kolos Lifting AS
Kolt Oilfield Services Pvt. Ltd.
Kompetansesenteret for Roterende
    Maskineri AS
Komplett Services AS Komplett Bedrift
Kongsberg Maritime AS
Kongsberg Maritime Benelux BV
Kongsberg Maritime CM AS
Kongsberg Maritime CM Brasil Ltda.
Kongsberg Maritime CM Canada Ltd.
Kongsberg Maritime do Brasil Ltda.
Kongsberg Maritime Finland OY
Kongsberg Maritime Inc.
Kongsberg Maritime Ltd.
Kongsberg Maritime Pte. Ltd.
Kongsberg Maritime Spain SA
Kongsberg Seatex AS
Korn Ferry AS
KPMG (Australia)
KPMG (Oman)
KPMG Advisory Services
KPMG AS
KPMG Law Advokatfirma AS
KPMG LLP
KPMG LLP (UK Watford)
KPMG Lower Gulf Ltd.
KPMG Phoomchai Tax Ltd.
KPMG Tanacsado Kft
KPMG Tax Ltd.
Krisanth Technologies Ltd.
Kroll Associates UK Ltd.
KS Flow Control Pte. Ltd.
KVC (UK) Ltd.

L/K Oil Field Products Inc.
Lab One Inc.
Labtech Services Ltd.
Labuan Gas & Machinery Sdn. Bhd.
Laco Technologies Inc.
Laerdal Medical AS
Lafourche, Parish of (LA), Sheriff's Office
Lagos, State of (Nigeria), Personal Income
    Tax
Lagos, State of (Nigeria), Withholding Tax
Lambic Technical & General Services Ltd.
Lamprell Energy Ltd.
Langstane Press Ltd.
Lankhorst Engineered Products BV
Lanne Elektriske Verksted AS
Lanne Trafo AS
Lara Marambio & Asociados
Latham & Watkins LLP
Lavastica International BV
Law Firm of Hazim Al-Madani Attorneys &
    Legal Consultants, The
Law Offices of Dr. Mujahid M. Al-Sawwaf
Lawyers On Demand Ltd.
Layher FZE
Lazard & Co. Ltd.
Lebus International Engineers Gmbh
Leeden (Thailand) Co. Ltd
Leeden National Oxygen Ltd.
Leil, Daniel
Leirvik AS
Let's Log Servicos Integrados De Logistica
    Ltda
Leyden Engineering Services
LG Moraes Filho Assessoria Contabil
LHE Co. Ltd.
LHR Services & Equipment Inc.
LHR Servicos E Equipamentos Ltda
Liberty Seguros SA
Libra Terminal Rio SA
Lider Taxi Aereo SA- Air Brasil
Liebherr Africa Pty Ltd.
Liebherr Singapore Pte Ltd.
Liebherr USA Co.
Liebherr-Danmark Aps
Linde Material Handling Scotland Ltd.
Lindorff AS

Lindsley, Michael
Linkedin Ireland
Lisa - Associacao De Escola Internacional
    De Luanda
Liverpool City Region LEP
Liverpool John Moores University
Liverpool, City of (Merseyside), City
    Council
Lloyds Register Consulting - Energy AS
Loadmaster Crane Inc.
Locke Lord LLP
Logan Industries International Corp.
Logitrans AS
Loipart AB
Loipart USA Inc.
London Health Systems Ltd.
London Offshore Consultants Brasil Ltda
Lone Star Coffee LLC
LOR Engineering Oilfield Services Pte Ltd.
Loran - Gulf Coast Holding Co. Inc.
Lord Corp.
Louisiana Electric Resource & Supply
Louisiana Machinery Co. LLC
Loyens & Loeff NV
Lubchem Inc.
Lubrificantes J Sampaio Ltda
Lulu Tourism Co. BSC
Lundin Norway AS
Luvi Comercial Ltda.
LV Shipping Singapore Pte. Ltd.
LYC Hardware & Engineering Pte Ltd.
Lyse Marked AS
M&I Electric Brazil Sistemas e Servicos em
    Energia Ltda.
M&M Industrial Services Inc.
M&M International LLC
Maaber for Logistics Services WLL
Ma'Arif for Education & Training
Mac Recruit Group Ltd.
Macae Navegacao Comercio e Servicos
    Maritimos Ltda.
MacDermid Offshore Solutions LLC
MacDermid Offshore Solutions UK
Macfarlane, Norrie
MacGregor Norway AS
MacGregor Pte. Ltd.

Mackay Communications Inc.
Maclean Electrical Group Ltd.
Maclean Electrical Oil & Gas Division
Maerlin Ltd.
Maersk H2S Safety Services AS
Maersk H2S Safety Services Brasil Servicos
    de Seg. Contra Gas Sulfidrico Ltda.
Maersk Training Aberdeen Ltd.
Maersk Training Brasil Treinamentos
    Maritimos Ltda.
Maersk Training Dubai - DWC LLC
Maersk Training Inc.
Maersk Training India Pvt. Ltd.
Maersk Training Norway AS
Maersk Training Svendborg AS
Maersk Training UK Ltd.
Mahinda Prestige Comercio Geral Lda.
Maine Maritime Academy
Malaysia, Government of, Tax Authority
Malm Orstad AS
Management 4 U AS
Mancera SC
Mann Equipment Pte. Ltd.
Manpower Staffing Services (Singapore)
    Pte. Ltd.
Mare Safety AS
Marex Marine Services Ltd.
Marine & Offshore Consultants Ltd.
Marine Electrical Installations Ltd.
Marine Layup Services Pte. Ltd.
Marine Offshore Supply Co. Ltd.
Marine Production Systems do Brasil
Marine Production Systems Ltd.
Marine Servitec Co. Ltd.
Mariparts BV
Maritime Professional Training Masters
    Mates & Engineers Inc.
Marking Services Inc. (Singapore) Pte. Ltd.
Marmac LLC
Marsden Group Europe Ltd., The
Marsden Group, The
Marsden South LLC
Marsh (Singapore) Pte. Ltd.
Marsh AS
Marsh Emirates Insurance Brokerage &
    Consultancy LLC

Marsh Ltd.
Marsh PB Co. Ltd.
Marsh Saudi Arabia Insurance &
    Reinsurance Broker
Marshal Systems Pte. Ltd.
Martin Energy Services LLC
Martin International Inc.
Maskin K Lund AS
Master Flo Valve Co. (UK) Ltd.
Maxis Broadband Sdn. Bhd.
May en Partners NV
Mazars Auditores Independentes -
    Sociedade Simples
McCoy Global USA Inc.
McGregor Boyall Associates Ltd.
Mckinney Bancroft & Hughes
McMaster-Carr Supply Co. Inc.
Mechanical Equipment Co. Inc.
Media Zoo Ltd.
Mediant Communications Inc.
Med-Rio Check-Up Medicina Preventiva
    Ltda.
Meethaq Employment Agency
Megawatts Engineering Services Pte. Ltd.
Megaway Engineering & Trading Pte. Ltd.
Melik Angola Lda.
Melings AS
Memco Inc.
Mento AS
Mento Service AS
Mercer (US) Inc.
Mercer AS
Mercer Financial Services Middle East Ltd.
Mercer Health & Benefits (Singapore) Pte.
    Ltd.
Mercer Ltd.
Meridian Navigation SAS
Merseytravel Ltd.
Metalflux Metais e Acessorios Industriais
    Ltda.
Metalock Brasil Ltda.
Metos Oy AB
Metropolitan Life Seguros e Previdencia
    Privada SA
Mexico, Government of, Tesoreria de la
    Federacion

MHWirth (Singapore) Pte. Ltd.
MHWirth AS
MHWirth GmbH
MHWirth Inc.
MHWirth UK Ltd.
M-I SWACO
M-I SWACO USA
Micron Eagle Hydraulics Inc.
Microsoft Ireland Operations Ltd.
Microsoft Ltd.
Midcontinent (Aberdeen) Ltd.
Mid-Continent Distribution Pte. Ltd.
Mid-Continent Equipement Inc.
Middle East Development Co. Ltd.
Mid-Nor Yard Service AS
Mina Training & Certification Inc.
Mintra Training Portal AS
Miranda Alliance Stp. SA
Misty Bay Investments 140CC T/A
    Bitstream
Mitie Security Ltd.
Mitie Technical Facilities Management Ltd.
Mk-Lf Partnership Ltd.
ML Brasil Com. Imp. e Exp. de Material de
    EPI Ltda.
MLC Oilfield Corp. Co. Ltd.
MM Freight Logistics Sdn. Bhd.
MM Logistics Co. Ltd.
MOC Sdn. Bhd.
Modd Management Co. Ltd.
Modex AS
Modine Soderkoping AB
ModuResources AP Pte. Ltd.
Moelis & Co. UK LLP
Mohamed Abdulrahman Al Bahar & Sons
    WLL
Mollerodden AS
Monition Ltd.
Monochrome Ltd.
Monsen, Sverre W.
Monta Caixa de Carpintaria e Industria Ltda.
Mooreast Asia Pte. Ltd.
Moray Systems AS
More4Apps UK Ltd.
Morgan Stanley & Co. International plc
Morris, Kevin

Moschen & Oliveira Solucoes Ambientais
    Ltda.
Moss Maritime AS
Motion Industries Inc.
Motorship Co. Sdn. Bhd., The
MRE Consulting Ltd.
Mr-Elevator
MS Logistica Aduaneira Ltda.
MSA do Brasil Equipamentos e
    Instrumentos de Seguranca Ltda.
MSTS Asia Sdn. Bhd.
MTQ Oilfield Services WLL
Multi Vedlikehold Drift AS
Multichoice Angola Lda.
Multi-Rio Operacoes Portuarias SA
Mundivox do Brasil Ltda.
Murray Resources Ltd.
Musegatens Blomster AS
MVM Surveys (Thailand) Co. Ltd.
Næringslivets NOx-Fond
Najvar & Najvar CPAs
Namibia Ship Chandlers
Nance International
Nardello & Co. LLP
Narvesen 114 Helikopterterminalen
NASA Comercial de Nascimento Alberto
    Lda.
NASDAQ Corporate Solutions International
    Ltd.
National Housing Fund
National Industrial Gas Plants
National Oilwell DHT LP
National Oilwell Norway AS
National Oilwell Varco
National Oilwell Varco - USA
National Oilwell Varco (Beijing)
National Oilwell Varco (Thailand) Ltd.
National Oilwell Varco Brandt
National Oilwell Varco do Brasil Ltda.
National Oilwell Varco LP
National Oilwell Varco LP - Dubai
National Oilwell Varco LP (WLY)
National Oilwell Varco Muscat LLC
National Oilwell Varco Norway AS
National Oilwell Varco Pte. Ltd.

National Oilwell Varco Pte. Ltd. - Korea
	Branch
National Oilwell Varco Pte. Ltd. -
	Tuboscope Division
National Oilwell Varco UK Ltd.
National Oilwell Varco Wellsite Services
National Resources Establishment Trading
	& Contracting
Navico Norway AS
Navigation Marine Service Center
Navilog Group SA
Navteam A/S
Nelson, Leif
Nesaj Real Estate Residential Compound
	Co.
Netherlands, Government of the, Tax Office
NetNordic Communication AS
Network Innovations EN Inc.
Newman, Carlon Keith
Newmar Ltd.
Newport Group Inc., The
NextGen Security LLC
Nexus People Management
Ng Lee & Partners
NHST Global Publications AS
Nigera, Government of, Value Added Tax
Nigera, Government of, Withholding Tax
Nigeria Social Insurance Trust Fund
Nigeria Union of Petroleum & National Gas
	Workers
Nigeria, Government of, Department of
	Income Tax
Nigeria, Government of, Department of
	Petroleum Resources
Nigeria, Government of, Federal Inland
	Revenue Service
Nigeria, Government of, Federal Ministry of
	Finance, Federal Inland Revenue Service
Nigeria, Government of, Tax Authority
Nikham Offshore
Nippon Gases Norge AS
NLB Corp.
Nnorom, Emmanuel
Noblehouse International Trust Ltd.
Nocki International Co. Ltd.
Nofodh Real Estate Investment Co.

Nokas AS
Nor Tekstil AS
Nordea Bank AB, London Branch
Nordea Bank Norge ASA
Nordic Flow Control Pte. Ltd.
Norflo AS
Norges Rederiforbund
Norkem AS
Norrona Storkjokken AS
Norsafe Comercio e Servicos Maritimos
	Ltda.
Norsafe Marine & Offshore Services LLC
Norsafe Servicos Tecnicos de Petroleo Ltda.
Norse Ltd.
Norse Technology AS
Norsea AS
Norsk Stal AS
North East Telecommunications Ltd.
Northrop Grumman Sperry Marine (S) Pte.
	Ltd.
Northrop Grumman Systems Corp. (Sperry
	Marine)
Norwater AS
Norway, Government of, Ministry Justice,
	Directorate for Civil Protection &
	Emergency Planning (DSB)
Norway, Government of, Ministry of
	Education & Research, Meterological
	Institute
Norway, Government of, Ministry of
	Finance, National Collection Agency
Norway, Government of, Ministry of
	Finance, Tax Administration
Norway, Government of, Ministry of Labour
	& Social Affairs, Norwegian Pension
	Insurance for Seamen
Norway, Government of, Ministry of Trade,
	Industry and Fisheries, Guarantee
	Institute for Export Credits
Norway, Government of, Ministry of
	Transport, Communications Authority
Norway, Government of, Ministry of
	Transport, Civil Aviation Authority
Norway, Government of, Minstry of Labour,
	Petroleum Safety Authority Norway
Norwegian Oilfield Supply AS

Norwegian Seals AS
Norwegian Shipowners' Mutual War Risks
    Insurance Association, The
Nosefo
NOV - BLM
NOV Africa (Pty) Ltd.
NOV Brandt
NOV Brandt Oilfield Services (Middle East)
    LLC
NOV Downhole Comercializacao de
    Equipamentos para Petroleo Ltda.
NOV Downhole Eurasia Ltd.
NOV Grant Prideco Drilling Products
    Middle East FZE
NOV Grant Prideco Ltd.
NOV Mission Products
NOV Mission Products UK Ltd.
NOV Oil & Gas Services South Africa (Pty)
    Ltd.
NOV Rig Solutions Pte. Ltd.
NOV Rig Solutions Spares
NOV Rig Solutions Spares & SVC-
    4496880154
NOV Saudi Arabia Trading Co.
NOV Wellbore Technologies do Brasil
    Equipamentos e Servicos Ltda.
NOV Wellbore Technologies Norway LLC
    NUF
Novagest Servicos e Gestao SA
Novamarine
Novenco AS
NOW Norway AS
NSA Chambers
Ntokos, Gerasimos
Nu-Tec Machine & Manufacturing LLC
NW Trucking & Disposal Inc.
NYSE Group Inc.
O'Brien, Paul
Observator Instruments BV
Ocean Edge Services Inc.
Ocean IMR AS
Ocean Oilfield Trading Establishment
Ocean Vantage Engineering Sdn Bhd
Ocean21 Offshore Sdn Bhd
Oceaneering AS
Oceaneering International Inc.

Oceaneering International Services Ltd.
Oceaneering Solus (Malaysia) Sdn Bhd
Oceaneering Underwater Gmbh
Oceanic Offshore Engineering Pte. Ltd.
Ochsner Clinic Foundation
OCS Services (India) Pvt. Ltd.
OCS Services DMCC
OCS Technical Solutions India Pvt. Ltd.
OCS Training Institute Inc.
Odda Plast AS
Odfjell Well Services Norway AS
Odontoprev SA
OEG Asia Pacific Pte. Ltd.
OES Servicos e Equipamentos de Petroleo e
    Gas Ltda.
Office Express General Trading LLC, The
Office Pavilion
Office Total SA
Offshore Communication AS
Offshore Equipment Solutions
Offshore Inland Marine & Oilfield Services
    Inc.
Offshore Rig Movers International Inc.
Offshore Service Vessels LLC
Offshore Support Services AS
Offshore Technical Compliance LLC
Offshore Technology Development Pte. Ltd.
Offshoreforeningen I North Atlantic Drilling
Oil States Industries (Asia) Pte. Ltd.
Oil States Industries (UK) Ltd.
Oil States Industries Do Brasil Instalacoes
    Maritimas Ltda.
Oil States Industries Inc.
Oilcomp AS
Oilennium Ltd.
Oilfield Drilling Services AS
Oilgear Co., The
Oilwell Supply Pte. Ltd.
Ojostar Electrical
Olio Oilfield Services Sdn Bhd
Oliver Oiltools Co. Ltd.
Oman Insurance Co. PSC
One Voice Software Ltd.
OneOcean AS
OneTrust Technology Ltd.
Onor Consulting

Onsagers AS
OPS Oilfield Equipment & Services Ltd.
Oracle America Inc.
Oracle Corp. UK Ltd.
Orcina Ltd.
Orga BV
Orgtec S. de RL de CV
Originais Distribuidora de Brindes Ltda.
Orion Energy Locacao e Servicos de
    Petroleo Ltda.
Oryx Aviation Services
Osborn Ergonomics Ltd.
Osher & Osher Administracao de Imoveis
    Ltda.
OSIsoft LLC
Oslo Bors ASA
Oss-Nor AS
Ostdahl, Kjell-Erik
OSTHUS Consulting
OTC Markets Group Inc.
Oteac Ltd.
Otech Marine Services SL
OTOM Services Pte. Ltd.
Outreach Offshore Ltd.
Overbury plc
Overseas Marine Certification Services -
    Middle East Regional Office (Mero)
Owre-Johnsen AS
Pacific Engineering & Services Pte. Ltd.
Packard International Inc.
Palfinger Marine Safety AS
Palfinger Marine UK Ltd.
Palfinger Marine USA Inc.
Pall Agencia Lda.
Pall International Sarl
Pareto Offshore AS
Partners Electrical Services LLC
PATCO Machine & Fab. Inc.
Patel, Jaydeep C.
Paulo Freitas Ribeiro Advogados
    Associados
Payfactors Group LLC
PEAC UK Ltd.
Pearl Meyer & Partners LLC
PEMAC Pte. Ltd.
Peninsula Hotel & Tower Ltd., The

Peninsula Petroleum Ltd.
Penna plc
Pentagon Freight Services AS
Pentagon Freight Services Inc.
Pentagon Logistica de Frete Brasil Ltda.
People Haulers Inc.
Perfetto Trading Co. LLC
Pervasent Software Inc.
Pesaka Inspection Services Sdn. Bhd.
Petrofac Facilities Management Ltd.
Petrofield Importacao e Comercio Ltda.
Petroleum & Natural Senior Association of
    Nigeria
Petroleum Technology Co. (Petrotec)
Petrowork Solution Lda.
PFC Marine Ltd.
PG Flow Solutions AS
PH Hydraulics & Engineering Pte. Ltd.
Phelps Dunbar LLP
Pine Forest Country Club
Pipeline Supplies & Services Co. WLL
Piper Valve Systems
Pistis Partners LLP
Piwonka, David
Planned Engineering Services Ltd.
Pleuger Industries Gmbh
Polar Componentes e Sistemas Off-Shore
    Ltda.
Polarbase AS
Pon Power AS (Norway)
Power Systems International Ltd.
Power Team Trading & Contracting Co.
Precision Graphics Inc.
Prefeitura do Municipio do Rio de Janeiro
Prefeitura do Rio de Janeiro
Premier Sea & Land Pte. Ltd.
Presserv AS
Pricewatercoopers Angola Ltda.
PricewaterhouseCoopers
PricewaterhouseCoopers - Hong Kong
Pricewaterhousecoopers (Ghana)
Pricewaterhousecoopers AS
Pricewaterhousecoopers Chartered
    Accountants (Nigeria)
PricewaterhouseCoopers LLP
Pricewaterhousecoopers UAE

Prime Clerk LLC
Prime Ocean Personnel Services LLC
Prime Power Angola Lda.
Priner Locacao de Equipamentos SA
Priner Servicos Industriais SA
Priority Management Systems
Proactima AS
Products International Servicos,
    Representacoes e Comercio Ltda.
Prolifics Inc.
ProServ Gilmore Valves LLC
ProServ Norge AS
ProServ Operations Inc.
Prosub Engineering Ltd.
Protiviti Inc.
PS Technical Services & Supplies Pte. Ltd.
PSW Power & Automation AS
PSW Technology AS
PT KPMG Advisory Indonesia
PT RSM Indonesia Konsultan
PT Widi Jasa Samudra
PTS BV
PTTCO Ltd.
Puglisevich Crews & Services Ltd.
Puglisevich USA Ltd.
PVA Passenger Transport By Rented Buses
    LLC
Qatar Lubricants Co.
QTEC Technology Co. Ltd.
Quaker Chemical Industria e Comercio
    Ltda.
Qualitech Inspecao, Reparo e Manutencao
    Ltda.
Qualitech Inspection Repair & Maintenance
    SA de CV
Quality Process Services LLC
Quench USA Inc.
Quincy Compressor LLC
Quiniou, Pauline
Quiriat Internacional
Qvalia AS
R&T Asia (Thailand) Ltd.
R. Stahl Tranberg AS
Raah Group Pte. Ltd.
Radial Circle Telecommunications Ltd.
Radio Holland Norway AS

Radio Holland Panama SA
Radio Holland Singapore Pte. Ltd.
Radio Holland USA Inc.
Rajah & Tann Singapore LLP
Rak Energy Services & Supplies WLL
Ramzi Abubushait Trading Servicies Est.
Randox Laboratories Ltd.
Rangel Angola Expresso e Transitos FedEx
Raol Servicos Paralegais Ltda. - Me
Rapp Bomek AS
Ravenscroft, David
RCA Angola Lda.
Reach Group LLC, The
Reber Schindler Heis AS
Red Baron Integrity Solutions Malaysia Sdn.
    Bhd.
Red Transport Nigeria Ltd.
Red Wing Norway AS
Red Wing Shoe Co. Inc.
Red Wing UK Ltd.
Reda Trading & Development Co.
Reddsand Ltd.
Reed Specialist Recruitment Ltd.
Reel Power Oil & Gas Inc.
Refinitiv Ltd.
Reflex Marine Ltd.
Reframes Solutions Ltd.
Regency (Overseas) Co. Ltd.
Regional Marine & Engineering Services
    Pte. Ltd.
Regus Management Group LLC
Regus Management Malaysia Sdn. Bhd.
Reliance Foods (UK) Ltd.
Reliant Australia
RelyOn Nutec
RelyOn Nutec Brasil Treinamentos em
    Seguranca Maritima Ltda.
RelyOn Nutec Netherlands BV
RelyOn Nutec Norway AS
RelyOn Nutec Safety & Training Services
RelyOn Nutec UK Ltd.
RelyOn Nutec USA LLC
REMM Oil Services Ltd.
ResQ AS
ResQ Holding AS
Restur-Restauracao e Turismo Lda.

Results in Performance SA de CV
Retesp Industria de Vedantes Ltda.
Retif Oil & Fuel
Rezayat Trading Co. Ltd.
RH Accountancy Services Ltd.
RHMed Consultores Associados Ltda.
Rice Electronics
Rig Partner AS
Rig Supply AS
Rigfit7Seas Ltd.
RigNet AS
RigNet Inc. (Saudi Arabia)
RigNet Pte. Ltd.
RigNet Qatar WLL
RigNet Sdn. Bhd.
RIGTOOLS ApS
Rimes Electro Mecanica CA
Rivers State, State of (Nigeria), Personal
    Income Tax
Rivers State, State of (Nigeria), Withholding
    Tax
RMW Solucoes Metrologicas Ltda.
Robertson, Neil
Rodomac de Macae Rodoviario Ltda.
Rogaland Bilutleie AS
Rogaland Fylkeskommune
Rogaland, County of (Norway), Governor
Roland Berger Ltd.
Rose Marine Korea Ltd.
Rotor Offshore AS
Rovquip Ltd.
RPT Production AS
RS Components Pte. Ltd.
RS Sjøredningsskolen AS
RTC Offshore AS
Rumag Skilt og Reklame AS
Russell Reynolds Associates Inc.
Rystad Energy Asia Pte. Ltd.
Rystad Energy Ltd.
S.W.I.F.T. SCRL
SA Business Psychology Ltd.
Saad Freeh Al Zaabi Transportation Est.
Sabor Mais Lda.
Safe i Seadrill
SafeEx ApS
Safeguard World International Ltd.

SafeKick Americas LLC
Safekick Ltd.
Safelift Offshore Ltd.
Safetec Nordic AS
Safety Hour Center Co. for Training
Safety Management Systems LLC
Safetygrip Solutions Ltd.
Saga Offshore Partners AS
Saham Angola Seguros SA
Sahara Oilfield Supplies & Trading WLL
Salesforce.com Inc.
Salunda Ltd.
Samkun Century Co. Ltd.
Samudra Timur Sdn. Bhd.
Sanson Advogados
Santa Fe Relocation Services LLC
Santa Fe Relocation Services UK Ltd.
Sao Paulo, Government of, Financing &
    Planning Secretariat
Sapiensia Desenvolvimento de Tecnologias
    Eireli Me
Saudi Arabia, Government of, Tax
    Authority
Saudi Arabian Drilling Academy
Saudi Dutest Industrial Co. LLC
Saudi Lifting Equipment Manufacturing Co.
    Ltd.
Saudi Petroleum Services Polytechnic
Sauer Compressors USA Inc.
Sauer do Brasil Industria Com e Servicos
    para Comppressores Ltda.
Sauer-Petersen, Torsten
Saurat, Elodie
Saville & Co.
Sawafi Al-Jazeera Oilfield Products &
    Services Co. Ltd.
Sayeed Omer Bhakuwasah Trading
Sblank Consultoria em Informatica Eireli
Scaffall Angola Lda.
Scan-Sense AS
Scantech AS
Schlumberger Norge AS
Schlumberger Norge AS - Division Mi
    Swaco
Schlumberger Overseas SA
Schlumberger Servico de Petroleo Ltda.

Schneider Electric Norge AS
Score Europe Ltd.
Scotgrip (UK) Ltd.
Scotia Instrumentation Ltd.
Scout RFP Inc.
SCS Training & Consultancy BV
Scurlock Electric LLC
Sea Hercules Cranes Pte. Ltd.
Sea Ropes LLC
Sea Safety Marine Services Co. LLC
Sea Site International Trading Engineering
    & Cont. WLL
Seacom Ltd.
Seacon Produtos e Servicos Opticos e
    Eletricos Ltda.
Seafer Comercial Ltda.
Seal Inspection & Training Ltda.
Seatankers Management Co. Ltd.
SeaTec Services Pte. Ltd.
Seath, Calumn
Seatrax Inc.
Seatrax UK Ltd.
Seaward Safety Ltd.
Securewest International Ltd.
Sedgwick Claims Management Services Inc.
Sekal AS
Sekse & Hogstad AS
Semco Maritime AS
Semco Maritime Denmark
Semco Maritime Drift AS
Semco Maritime Inc.
Semco Maritime Ltd.
Serikandi Oil Field Services Sdn. Bhd.
Service Medical International Ltd.
Servicos Subsea Especializado do Brasil
    Ltda.
Setcore Arabia Petroleum Services Co. Ltd.
Sevan Marine Servicos de Perfuracao Ltda.
SF Marine Offshore & Industrial Supply &
    Co.
SGL Consulting Ltd.
SGNL Places Inc.
SGS Canada Inc.
SH Group AS
Sharpe, Peter James
Shell Brasil Petroleo Ltda.

Shell Marine Products, Singapore Division,
    Shell Eastern Trading (Pte) Ltd.
Shell Oil Products US
Shift Gestao de Servicos Ltda.
Ship Finance International Ltd.
Shipping & Transport College Pty. Ltd.
Shipshape Sea Store Co. Ltd.
Shires, Kristy
SHL Group Ltd.
Shred-It Ltd.
Siaptek (Thailand) Co. Ltd.
SIEC Servicos de Cadastro para Recursos
    Humanos Ltda. - ME
Siemens AS
Siemens Industry Inc.
Siemens Pte. Ltd.
Signature Businessmen Services
Sihm Hojtryk AS
Sime Darby Industrial Sdn. Bhd.
Simex Klima Og Kulde AS
Simples Oil International LLC
Sims, David
Simsea Real Operations AS
Singapore Telecommunication Ltd.
Singapore, Government of, Maritime & Port
    Authority
Singhal, Sudhir Kumar
Sintef Norlab AS
SIS International Alliance Ltd.
Sistac Sistemas de Acesso SA
Sivilingenior E J Wiig AS
Siwat Printing Co. Ltd.
SJ Global Trade Ltd. Part
Sjocrona Van Stigt
SJS Somando Balancas Industria e
    Comercio Ltda.
Skadden Arps Slate Meagher & Flom LLP
Skatteoppkrever Utland
Skipavika Terminal AS
Sky Offshore
Slaughter & May
SMD Telecommunications (Pty) Ltd.
Smedvig Eiendom AS
Smith Mason & Co. LLC
Smith Services Inc.
SMS Korea Co. Ltd.

So Fast Offshore Services Sdn. Bhd.
SOB Industrial & Marine Services Ltd.
Sodexo Amarit (Thailand) Ltd.
Sodexo do Brasil Comercial SA
Sodexo Mexico SA de CV
Sodexo Mobile Units AS
Sodexo Remote Sites Partnership
Sodexo Remote Sites Scotland
Sodexo Remote Sites The Netherlands BV
Sodexo Singapore Pte. Ltd.
Softcat plc
Solana Agencia Maritima Ltda.
Solas Marine Services WLL
Solidtech
Solium Shareworks GSP SL
Sollaxnews Ships Services Ltda.
Soluciones Logisticas Internacionales SAS
Solutions (Aberdeen) Ltd.
Solver Engenharia Ltda.
Sonils Lda.
Sophie Supply Pte. Ltd.
South African Bunkering & Trading
South Tyneside College
Southern Avionics Co.
Southwest Oilfield Products Inc.
Sovos Compliance LLC
SP Services Ltd.
Sparrows BSM Engenharia Ltda.
Sparrows Offshore Services (S) Pte. Ltd.
Sparrows Offshore Services Ltd.
Special Cargo Services BV
Specialist Services Ltd.
Specialized Seal Design & Distribution Inc.
Speedcast Communications Inc.
Speedcast Energy Sdn. Bhd.
Speedcast Nigeria Ltd.
Speedcast Norway AS
Spencer Interiors LLC
Spencer Ogden Inc.
SpendHQ LLC
Sperre Industri AS
SPM Flow Control Inc. - Dubai Branch
Springer Carrier Ltda.
Spscom Comercio e Servicos Ltda.
SPX Flow Oil, Gas Equipments Trading &
    Services LLC

SR Group (Dubai) Ltd., The
SR Group (UK) Ltd., The
SR Group AS
SRI Energy Inc.
SRO Solutions Ltd.
SSE International BV
Ssek Indonesian Legal Consultants
ST1 Norge Marine AS
Stamas Solutions AS
Stamp-A-Visa LLC
Stanbic IBTC Pension Fund Administrator
Standard Online AS
Standard Testing & Inspection Services Ltd.
Stapem Techno Oil International LLC
Star Information Systems AS
Star Information Systems Pte. Ltd.
Stava Mekaniske Verksted AS
Stavanger Rederiforening
Stefrac Lda.
Steinar H. Sunde AS
Stephenson Harwood Middle East LLP
Sterling Thermal Technology Ltd.
Stichd Sportmerchandising BV
Stopdrop Tooling LLC
Stopdrop Tooling Ltd.
Storebrand Helseforsikring AS
Stork & May LLP
Stork Technical Services USA Inc.
Stormgeo AS
Strandhus, Tor
Strategic Maintenance Solutions Inc.
Stratinvex Consultants DMCC
Stress Engineering Services Inc.
STX Service Americas LLC
Sub Sea Services AS
Subc USA LLC
Sub-Drill Supply Ltd.
Subsea Co., The
Subseadesign AS
Subtec Pro Ltd.
Suisca SL
Sullair LLC
Sultan Al-Abdulla & Partners
Sultan Hamad Al Anezi General Contracting
    Establishment

Suministros Marinos e Industriales de Mexico SA de CV
Summit Oil & Trading Ltd.
Superior Energy Services - Servicos de Petroleo do Brasil Ltda.
Superior Energy Services (Norway) AS
Superior Graphics Inc.
Superior Supply & Steel Inc.
Superior Vision Services Inc.
Superquip Servicos e Equipamentos Tecnicos Ltda.
Support Subsea Servicos de Apoio a Extracao de Petroleo e Gas Ltda.
Supreme Supply & Services
Surbo Tubular Services Inc.
Suretank USA LLC
Survey- Engenharia e Servicos Ltda.
Survitec Fire Solutions Poland SP ZOO
Survitec Safety Solutions Norway AS
Survival Systems India
Survival Systems International Inc.
Survival Systems International Middle East LLC
Survivex Ltd.
Swagelok West Houston
Swire Oilfield Services
Swire Oilfield Services do Brasil Ltda.
Szabo Kelemen & Partners Attorneys
Tamrotor Marine Compressors AS
Tanajib for General Contracting Co. Ltd.
Tata Communications (UK) Ltd.
Tata Consultancy Services Ltd.
Tax Computer Systems Ltd.
TBH RJ Consultoria, Gerencia de Riscos e Corretagem de Seguros S/S Ltda
Tech Oil Products Inc.
Techflow Marine Ltd.
Techfluid UK Ltd.
Technip UK Ltd.
TechnipFMC Umbilicals Inc.
Techno Dive AS
Techno Servicos e Produtos Industriais Eireli
Techno Supply Manutencao Preditiva Ltda.
Techocean Servicos Industriais Ltda.

Tecnologia em Cabos de Aco Brascabo Ltda.
TEKee Engenharia e Servicos Ltda.
Teknologisk Institutt
Teknotherm AS
Teledyne Odi Inc.
Telehuset Stavanger
Telenor ASA
Telenor Maritime AS
Tenerife Shipyards SA
Terramaju Supplies & Services Sdn. Bhd.
Terrebonne, Parish of (LA), Former Sherrif & Tax Collector
Tesalab-Tecnologia em Servicos Ambientais Ltda.
Tess Aberdeen Ltd.
Tess Hose Management Operations Canarias SL
Tess Vest AS
Testing Equipment Specialist Team Co.
Texo Group Ltd.
Thai Metal Drum Manufacturing Public Co. Ltd.
Thailand, Government of, Tax Authority
Thomson Reuters (Professional) UK Ltd.
Thomson Reuters Brasil Conteudo e Tecnologia Ltda.
Thors, Harald Lauritz
Thunder Oilfield Services (Thailand) Ltd.
ThyssenKrupp Elevadores SA
Ticket Servicos SA
Tiger Offshore Rentals Ltd.
Tivit Terceirizacao de Processos Servicos e Tecnologia SA
TLC SA Transportation & Logistic Consulting
TLC Transportes Logistica e Consultoria Lda.
TM Marine Aps
TMP (UK) Ltd.
TNB - Comercio Geral e Prestacao de Servico
TNT Crane & Rigging Inc.
Tokio Marine Brasil Seguradora SA
TOOLS AS
Top Slings East Malaysia Sdn. Bhd.

Topaz Energy & Marine Ltd.
Topaz Marine Angola Lda.
Toprope SA CC
Torishima Service Solutions FZCo.
Torq/Lite Europe AS
Total Facilities Ltd.
Total RIGTOOLS Corp.
Total Safety Arabia Co. Ltd.
Touchstone Leadership Ltd.
Towers Watson Consultoria Ltda.
TRACE International Inc.
Trackdale Ltd.
Tractors Singapore Ltd.
Tranow, Erik
Transcendent Business Services Pte. Ltd.
Transmagno Transportes Rodoviarios Ltda.
Transportadora Norte Fluminense de Macae
    Ltda.
Transportes Aereos Pegaso SA de CV
Tratec Agdermaskin AS
Tratec Halvorsen AS
Traume Offshore Solutions Eireli
Trelleborg Offshore UK Ltd.
Trench, Rossi e Watanabe Advogados
Trendsetter Engineering Inc.
Tricor Services Ltd.
Trinidad Inspection Services Ltd.
Trionics LLC
Triple T Striping & Sealing LLC
Triunfo Logistica Ltda.
Truckpartner Norge AS
True Blue Trading & Contracting WLL
TS StorkjOkken AS
TSC Offshore Pte. Ltd.
TSG Associates LLP
Tsolnet - Technologias Solucoes e Redes
    Lda.
TTS Marine ASA
Tuboscope
Tuboscope Machining Services AS
Tuboscope Vetco Capital Ltd.
Tumpuan Hardware Sdn. Bhd.
Tymor Marine Ltd.
Udo Udoma & Belo-Osagie
UE Systems Inc.
UFT International Ltd.

UKAngola Consular, Visas & Travel
    Services Ltd.
Ulstein Belga Marine Servicos de Eletronica
    Naval Ltda.
Ultima Business Solutions Ltd.
Uniclimb Services Pte. Ltd.
Unidas SA
Unit4 AS
Unitech Power Systems AS
United Arab Emirates, Government of the,
    Tax Authority
United Kingdom, Government of the, Health
    & Safety Executive
United Kingdom, Government of the, HM
    Revenue & Customs
United Kingdom, Government of the,
    HMRC Cumbernauld
United Kingdom, Government of the,
    HMRC Shipley
United Kingdom, Government of,
    Department for Business, Energy &
    Industrial Strategy
United Resources Marketing Services Pte.
    Ltd.
United States, Government of the,
    Department of Homeland Security,
    Customs & Border Protection
United Vision Logistics
Unitel SA
Unithai Shipyard & Engineering Ltd.
Univar Solutions BV
UOS - United Offshore Support GmbH &
    Co. KG
UPS Small Package
Uria Menendez Abogados SLP
US Bolt Manufacturing Inc.
US Cloud LLC
Utmost Worldwide Ltd.
Vale Presente SA
Valman Industria Metalurgia Ltda.
Varco BJ Oil Tools BV
Variable Bore Rams Inc.
Vartdal, Birgitte Ringstad
Velferden Offshore
Velosi Certification Services LLC
Velosi Saudi Arabia Co. Ltd.

Venair HVAC Pte. Ltd.
Venture Gulf Engineering WLL
Venwell International Inc.
Verisource Services Inc.
Verizon Wireless
Versabar Inc.
Vestbase AS
Vestteknikk AS
Vetco Gray LLC
Viana Off-Shore Comercio Ltda.
Victory Marine Trading Est.
Vieira de Almeida & Associados Sociedade
    de Advogados RL
Vieira Rezende Barbosa e Guerreiro
    Advogados SC
Viking Airtech Pte. Ltd.
Viking Life-Saving Equipment
Viking Life-Saving Equipment (America)
    Inc.
Viking Life-Saving Equipment Brasil Ltda.
Viking Life-Saving Equipment Ltd.
Viking Life-Saving Equipment Services
    (Thailand) Ltd.
Viking Life-Saving Equipment UAE
Viking Norsafe Life-Saving Equipment
    Norway AS
Villa Rotana Hotel
Vinje Industri AS
Vision Marine Representacoes e Servicos
    Ltda.
Visma Collectors AS
Vissim AS
Viva Rio
VKS Filtros Comercio e Representacoes
    Ltda.
VMS Group AS
Vodacom Business Nigeria Ltd.
Vodafone Ltd.
Vogel, Scott
Von Wobeser & Sierra SC
Voscorp Pte. Ltd.
VRV Comercio de Equipamentos
    Hidraulicos e Mecanicos Ltda.
Vryhof Anchors BV
Vulken Maritim AS
W&O Supply Inc.

W.W. Grainger Inc.
Wai, Yip Peng
Walker, Scott James
Walkers Co.
Walkers Corporate (Bermuda) Ltd.
Walters, Robert
Walvis Bay Diving
Waranart Travel Service Co. Ltd.
Wartsila North America Inc.
Wartsila Norway AS
Wartsila Ships Repairing & Maintenance
    LLC
Waste Management Siam Ltd.
Water Engineering Trading Co. LLC
Waterloo Quay Properties Ltd.
Watson Farley & Williams LLP
Wayne Enterprises Inc.
WC Miranda ME
Weatherford (Malaysia) Sdn. Bhd.
Weatherford Industria e Comercio Ltda.
Weatherford Norge AS
Weatherford Products GmbH
Weatherford Saudi Arabia
Weatherford UK Ltd.
Weil Gotshal & Manges LLP
Weir Arabian Metals Co.
Well Academy BV, The
Well Service & Supply Co. Inc.
Wellbore Integrity Solutions LLC
WellConnection Incon AS
WellConnection Mongstad AS
Wellhead Electrical Supplies Ltd.
WELLIV Corp. Ltd.
Wells Fargo Bank NA
Welltrain Pty Ltd.
Wenaas Workwear
Wenaas Workwear AS
Weng Huat Engineering Services Pte. Ltd.
Wepco AS
West Africa Catering Nigeria Ltd.
West Mira Inc.
West UC Ltd.
Westco Renovasjon AS
Westcon Lofteteknikk AS
Westcon Power & Automation AS
Westcon Yards AS

Westerton Access Ltd.
West-Pro Ltd.
WEX Inc.
White & Case LLP
Wholesale Electric Supply Co. of Houston
    Inc.
Wikborg Rein LLP
Wilhelmsen Ships Service AS
Wilhelmsen Ships Service do Brasil Ltda.
Wilhelmsen Ships Service Inc.
Wilhelmsen Ships Service LLC
Wilhelmsen Ships Service LLC - Houston
Wilhelmsen Ships Services (S) Pte. Ltd.
Willbrandt KG
William Eng Pte. Ltd.
Williamson-Dickie Middle East FZE
Willis AS
Willis Ltd.
Wilmax Control Systems Pte. Ltd.
Wilo Middle East FZE
Wilson Walton International Inc.
Wilson, Sons Agencia Maritima Ltda.
Winmark Ltd.
Winston Engineering Corp. Pte. Ltd.
WOM Asia Pacific Pte. Ltd.
Wood Group Kenny Ireland Ltd.
Wood Group Norway AS
Wood Group USA Inc.
WOODCO USA
Woods Hole Group Inc.
Workiva UK Ltd.
Workstrings International Ltd.
World Fuel Services Inc.
World Wide Power Services FZCO
World Wide Technology LLC
Worldwide Food Suppliers Ltd.
Worldwide Oilfield Machine ME
Worthington, Bruce Charles
Wulff Supplies AS
Xavier Duque Estrada Emery Denardi
    Advogados
Xciel Inc.
XXL Sport og Vilmark AS Forus
Yardbury Engineering & Oilfield Products
    Ltd.
Yoa Insurance Brokers Ltd.

York Risk Services Group Inc.
Young Samuel Chambers Ltd.
Yousef Ali Al Yami Petroleum Services Est.
Ytrebygdsvegen 215 AS
Z Fitness HTX LLC
Zadok Technologies Inc.
Zaid Ibrahim & Co.
ZDN Investment LLC
Zentech Inc.
Zeyad S. Khoshaim Law Firm
Zurich Minas Brasil Seguros SA
[Creditor Name on File]
[Creditor Name on File]
[Creditor Name on File]
[Creditor Name on File]
[Creditor Name on File]
[Creditor Name on File]

## SCHEDULE 2

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Abbott Rapid Diagnostics AS | Abbott Cardiovascular Systems, Inc. | Current |
| | Abbott Diabetes Care Inc. | Current |
| | Abbott Diabetes Care Sales Corp. | Current |
| | Abbott Laboratories | Current |
| | Abbott Laboratories Inc. | Current |
| | Abbott Molecular Inc. | Current |
| | Abbott Pharmaceuticals, Inc. | Current |
| | Abbott Rapid Diagnostics Division | Current |
| | Abbott Vascular Solutions Inc. | Closed |
| | Abbott Vascular, Inc. | Closed |
| | Hubert Allen | Current |
| | Miles D. White | Closed |
| Abermed Ltd. | AEA Bridges Impact Corp. | Current |
| Delta Rigging & Tools Inc. | AEA International Holdings Pte Ltd. | Current |
| Emsa Qatar | AEA Investors LP | Current |
| International SOS (Americas) BV | Brian Hoesterey | Former |
| International SOS (Gulf) WLL | John F. Cozzi | Current |
| International SOS (Malaysia) Sdn Bhd. | Thomas Pryma | Former |
| International SOS (Mauritius) Holdings Ltd. | | |
| International SOS (Medsite) AS | | |
| International SOS Angola Lda | | |
| International SOS Assistance (Latam) Inc. | | |
| International SOS Assistance UK Ltd. | | |
| International SOS MEA | | |
| International SOS Mexico Emergency Services S De Rl De Cv | | |
| International SOS Namibia (Pty) Ltd. | | |
| International SOS P/L | | |
| International SOS Pte Ltd. | | |
| International SOS Services (India) Private Ltd. | | |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| International SOS Services (Thailand) Ltd.<br><br>Sparrows Offshore Services (S) Pte. Ltd.<br><br>Sparrows Offshore Services Ltd. | | |
| Addison Lee plc | Carlyle Asia Growth Partners IV LP | Current |
| American Claims Services Inc. | Carlyle Asia Investment Advisors Limited | Current |
| EnerMech AS | Carlyle Aviation Fund Management LLC | Current |
| EnerMech FZE | Carlyle Energy Mezzanine Opportunities Fund II, L.P. | Closed |
| EnerMech Ltd. | Carlyle Global Credit Investment Management LLC | Closed |
| EnerMech Nigeria Ltd. | Carlyle Infrastructure Fund, L.P. | Current |
| EnerMech Saudi Arabia Ltd. | Carlyle Investment Management LLC | Closed |
| EnerMech UAE LLC | CECP Advisors LLP | Current |
| Sedgwick Claims Management Services Inc. | Sedgwick Claims Management Services, Inc. | Current |
| York Risk Services Group Inc. | The Carlyle Group | Current |
| | York Risk Services Group | Closed |
| AEGIS London<br>AEGIS Syndicate 1225<br>AEGIS Energy Syndicate 1225<br>AFB 5311 (18%) - Reinsured By Lloyd's Syndicate Afb623<br><br>AGS Forsikring AS<br>Apollo Syndicate Management Ltd.<br>Apollo Syndicate Management Ltd. 1969 | Lloyd's America, Inc. | Current |
| AFG - Inspecao e Reparo em Risers SA | AFG Brazil Holdings LLC | Current |
| AFGlobal Corp. | AFG Brazil LLC | Current |
| Allpoints Oilfield Services LLC | AFG Holdings Inc. | Current |
| | AFG Louisiana Holdings Inc. | Current |
| | AFGlobal Corporation | Current |
| | Allpoints Oilfield Services LLC | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | FR AFG Holdings, Inc. | Current |
| Air Products plc | Air Products & Chemicals, Inc. | Closed |
| Alexander Ryan Marine & Safety LLC | Court Square Advisor, LLC | Current |
| DISA Global Solutions Inc. | Court Square Capital Management LP | Current |
| Drew Marine Brasil Fornecedora de Produtos e Servicos Ltda. | Court Square Capital Managers III, L.P. | Current |
| Drew Marine Inc. | Court Square Capital Partners IV LP | ` |
| ALP Maritime Service BV | Altera Infrastructure L.P. | Current |
| Norse Technology AS | Brookfield Asset Management Inc. | Current |
| ProServ Gilmore Valves LLC | Brookfield Asset Management, LLC | Current |
| ProServ Norge AS | Brookfield Business Partners LP | Current |
| ProServ Operations Inc. | Brookfield Infrastructure Credit Fund | Current |
| | Brookfield Infrastructure Fund | Closed |
| | Brookfield Infrastructure Group LLC | Closed |
| | Brookfield Special Opportunities LLC | Current |
| | Brookfield Strategic Real Estate Partners III | Closed |
| | BSREP II Bermuda GP L.P. | Closed |
| | GFI Energy Group of Oaktree Capital Management | Current |
| | GGPLP, LLC | Closed |
| | Jordon Kruse | Current |
| | Matthew Wilson | Current |
| | Oaktree Acquisition Corp. | Current |
| | Oaktree Acquisition Corp. II | Current |
| | Oaktree Capital Management, L.P. | Current |
| | Oaktree Maritime Finance II, LLC | Current |
| | Oaktree Middle-Market Direct Lending Unlevered JPN-A 2017 Fund, L.P | Current |
| | Oaktree Power Opportunities Fund V, L.P. | Closed |
| | Oaktree Special Situations Group | Closed |
| | Oaktree Strategic Credit | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Proserv Group LLC | Current |
| | Ronald N. Beck | Former |
| | Stephen Kaplan | Closed |
| Altodigital Networks Ltd. | Xerox Corp. | Closed |
| Alvarez & Marsal | A&M Capital Advisors Europe, LLP | Current |
| Alvarez & Marsal North America | A&M Capital Advisors GP, LLC | Current |
| | A&M Capital Advisors LLC | Current |
| | A&M Capital Advisors, LP | Current |
| | A&M Capital Europe, SCSp | Current |
| | A&M Capital Europe-GP Associates, LP | Current |
| | A&M Capital Opportunities-GP Associates, LP | Current |
| | A&M Capital Partners, LLC | Current |
| | A&M Capital-GP Associates, LP | Current |
| | A&M Capital-GP Holdings, LP | Current |
| | Alvarez & Marsal AMCO Partners Fund, LP | Current |
| | Alvarez & Marsal Capital LLC | Current |
| | Alvarez & Marsal Capital, LP | Current |
| | Alvarez & Marsal Europe LLP | Current |
| | Alvarez & Marsal Inc. | Current |
| | Alvarez & Marsal Partners Buyout Fund, LP | Current |
| | Alvarez & Marsal Partners Europe Buyout Fund, LP | Current |
| | Alvarez & Marsal Partners Fund, LP | Current |
| | Alvarez & Marsal Partners Opportunities Fund, LP | Current |
| | Alvarez & Marsal Taxand UK LLP | Closed |
| Aon Consulting Ltd. | Aon Affinity Administradora de Beneficios Ltda. | Current |
| Aon Norway AS | Aon Corporation | Current |
| Aon Risk Services Southwest Inc. | Aon Financial Services Group, Inc. | Current |
| | Aon Holdings Corretores de Seguros Ltda. | Current |
| | Aon Risk Services Central Inc. | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Aon Risk Services Cos. Inc. | Current |
| | Aon Risk Services Northeast Inc. | Current |
| | Aon Risk Services Southwest Inc. | Current |
| | Aon Risk Solutions | Current |
| | Keith R. Moore | Current |
| Apex (Hungary)<br>Apex Corporate Services SA<br>Apex Financial Services BV<br>Apex IFS Ltd. | Apex Fund Services Holdings Ltd. | Current |
| Argo Global Syndicate 1200<br><br>ArgoGlobal | Argo Group International Holdings, Ltd. | Closed |
| Atlas Knowledge Ltd.<br>Mintra Training Portal AS | The Riverside Company | Former |
| ATP UK Ltd. | Intermediate Capital Group plc | Closed |
| Attestor Ltd. | Attestor Capital LLP | Former |
| Australia, Government of, Tax Office | Australian Nuclear Science and Technology Organisation | Current |
| Autronica Fire & Security AS<br>Springer Carrier Ltda. | Pratt & Whitney | Current |
| | Raytheon Technologies Corporation | Current |
| | United Technologies Corporation | Closed |
| | UTC Climate, Controls and Security | Closed |
| Avis UAE Rent A Car<br>Budget Rent A Car LLC | Avis Budget Group, Inc. | Current |
| Aviva Investors London Ltd. | Aviva Investors North America, Inc. | Closed |
| | Aviva Investors Real Estate Capital Global Co-Investment Fund, L.P. | Closed |
| | Aviva Investors Real Estate Capital Partners I-A LP | Closed |
| | Aviva Investors Real Estate Global Co-Investment Fund, LP | Closed |
| | Aviva Recap Fund HS Subsidiary Splitter, L.P. | Closed |
| | Aviva Recap Fund I HS Subsidiary, L.P. | Closed |
| | Aviva Recap Fund LBG Splitter, L.P. | Closed |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| AXA XL | AXA Real Estate Investment Managers UK Ltd. | Current |
| XL Catlin | AXA REIM SGP | Current |
| XL Catlin Insurance Co. UK Ltd. | Maestro Health | Current |
| | XL Global Services, Inc. | Closed |
| Banco Citibank SA | Citibank | Closed |
| Citi Brazil | Citicorp | Closed |
| Citi Private Bank, The | Citicorp Mezzanine III, L.P. | Closed |
| Citibank - India | Citigroup Global Markets Asia Ltd. | Current |
| Citibank - Indonesia | Citigroup Global Markets Inc. | Current |
| Citibank (Hong Kong) Limited | Citigroup Global Markets Ltd. | Closed |
| Citibank Canada | Citigroup Inc. | Closed |
| Citibank Europe Plc | Citigroup Venture Capital International Growth Partnership (Employee) II, L.P. | Closed |
| Citibank Europe Plc Hungarian Branch Office | Impulsora de Fondos Banamex, S.A. de C.V., Sociedad Operadora de Fondos de Inversión, integrante del Grupo Financiero Banamex | Closed |
| Citibank Europe PLC, UK Branch | | |
| Citibank Malaysia | | |
| Citibank NA | | |
| Citibank NA, London Branch | | |
| Citibank NA, UAE | | |
| Citibank Singapore | | |
| Citibank Thailand | | |
| Citigroup Centre | | |
| Citigroup Global Markets Ltd. | | |
| Grupo Financiero Banamex SA de CV | | |
| Bank of America NA | Banc of America Capital Investors SBIC, L.P. | Closed |
| | BancAmerica Capital Investors SBIC II, L.P. | Closed |
| | Bank of America Capital Investors LP | Closed |
| | Bank of America Corporation | Current |
| | Bank of America Merrill Lynch | Current |
| | Bank of America Securities Ltd. | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Bank of America Ventures | Closed |
| Barclays<br>Barclays Bank Plc | Barclays | Current |
| BBRG Osasco Cabos Ltda.<br>Bridon International Ltd.<br>Bridon Middle East<br>Bridon Singapore Pte. Ltd. | BBRG Finance (UK) Ltd.<br>Bridon Topco Jersey Limited | Closed<br>Closed |
| BBVA Colombia | BBVA Bancomer Servicios, S.A., Institucion de Banca Multiple, Grupo Financiero BBVA Bancomer, as trustee of Trust F/703850 | Closed |
| | BBVA Compass Bancshares, Inc. | Closed |
| Berkshire Hathaway Inc. | Berkshire Hathaway Energy Co. | Closed |
| | BNSF Railway | Current |
| | Precision Castparts Corp. | Closed |
| Blackstone (London)<br>NIBC Bank NV | Bilal Khan | Former |
| | Blackstone Alternative Asset Management LP | Closed |
| | Blackstone Alternative Credit Advisors LP | Current |
| | Blackstone Alternative Solutions LLC | Closed |
| | Blackstone Asia | Current |
| | Blackstone CQP Holdco LP | Current |
| | Blackstone Family Real Estate Partnership (Offshore) VIISMD L.P. | Current |
| | Blackstone Family Real Estate Partnership Europe IV-SMD L.P. | Current |
| | Blackstone Group, The | Current |
| | Blackstone Infrastructure Partners | Current |
| | Blackstone ISG-I Advisors LLC | Current |
| | Blackstone ISG-II Advisors LLC | Current |
| | Blackstone Life Sciences Advisors LLC | Current |
| | Blackstone Management Partners LLC | Current |
| | Blackstone Mortgage Trust Inc. | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Blackstone Property Partners LP | Current |
| | Blackstone Real Estate | Closed |
| | Blackstone Real Estate Advisors | Current |
| | Blackstone Real Estate Advisors, LP | Current |
| | Blackstone Real Estate Holdings (Offshore) VII-NQ L.P. | Current |
| | Blackstone Real Estate Holdings (Offshore) Vll-NQ - ESC L.P. | Current |
| | Blackstone Real Estate Holdings Europe IV-NQ ESC L.P. | Current |
| | Blackstone Real Estate Partners | Current |
| | Blackstone Real Estate Partners (Asia) Limited | Closed |
| | Blackstone Real Estate Partners (Offshore) Vll.F-NQ L.P. | Current |
| | Blackstone Real Estate Partners (Offshore) Vll.TE.1-8-NQ L.P. | Current |
| | Blackstone Real Estate Partners (Offshore) Vll-NQ L.P. | Current |
| | Blackstone Real Estate Partners Europe IV-NQ L.P. | Current |
| | Blackstone Real Estate Partners Limited | Current |
| | Blackstone Real Estate Special Situations Advisors LLC | Former |
| | Blackstone Singapore Pte Ltd. | Current |
| | Blackstone Strategic Capital Holdings L.P. | Current |
| | Blackstone Strategic Opportunity Fund | Current |
| | Blackstone Strategic Partners | Current |
| | Blackstone Tactical Opportunities | Closed |
| | Blackstone Tactical Opportunities Advisors LLC | Current |
| | BRE Atlas Property Owner LLC | Closed |
| | BRE Newton Hotels Property Owner LLC | Closed |
| | BRE Polygon Property Owner LLC | Closed |
| | BRE SH Brisbane Owner LLC | Closed |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | BRE SSP Property Owner LLC | Closed |
| | BRE SSP Thousand Oaks LLC | Closed |
| | David I. Foley | Current |
| | GSO Capital Opportunities Fund III LP | Closed |
| | GSO Capital Partners | Current |
| | GSO Capital Partners International LLP | Closed |
| | GSO Capital Partners LP | Current |
| | John-Paul Munfa | Current |
| | Jonathan Korngold | Closed |
| | Prakash A. Melwani | Current |
| | Strategic Partners Fund Solutions | Current |
| | The Blackstone Group | Current |
| | The Blackstone Group International Partners LLP | Current |
| | Vikram Suresh | Current |
| BNP Paribas SA BNP Paribas Singapore Branch BNP Paribas UK | Bank of the West | Closed |
| | BNP Paribas Securities (Asia) Ltd. | Closed |
| BP Singapore Pte. Ltd. | BP America - Deepwater | Current |
| | BP America - Tank Fund | Current |
| | BP America Inc. | Current |
| | BP America Production Co. | Current |
| | BP America Production Company Inc. | Former |
| | BP American Production Company | Current |
| | BP Amoco plc | Closed |
| | BP Company North America Inc. | Closed |
| | BP Corporation North America Inc. | Former |
| | BP Exploration & Production Inc. | Current |
| | BP Exploration Mexico Limited, S.A. de C.V. | Former |
| | BP Gas Marketing Limited | Current |
| | BP Holdings North America Ltd. | Current |
| | BP International Ltd. | Former |
| | BP Marine Ltd. | Closed |
| | BP Mexico Holding Company, S.A. de C.V. | Former |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | BP plc | Current |
| | BP Products North America Inc. | Current |
| | BP Trinidad & Tobago LLC | Current |
| | BP West Coast Products LLC | Current |
| Brantner & Associates Inc. | TE Connectivity Ltd. | Closed |
| | Tyco Electronics Corporation | Closed |
| Bray Sales Texas Inc. | Golub Capital BDC, Inc. | Current |
| | Golub Corporation, The | Current |
| Brazil, Government of, Federal Revenue Secretariat - SRF | Recepta Bio | Closed |
| Brazil, Government of, Federal Revenue Service | | |
| Brazil, Government of, Ministry of Economy, Special Department of Federal Revenue | | |
| Brazil, Government of, State Finance Department | | |
| Brazil, Government of, Tax Office of Major Taxpayers | | |
| Instituto Nacional do Seguro Social | | |
| Bristow US LLC | Bristow Group, Inc. | Current |
| Era Helicopters LLC | | |
| Business Centre World FZE | IWG plc | Current |
| Regus Management Group LLC | RGN-Group Holdings, LLC and certain of its affiliates | Current |
| Regus Management Malaysia Sdn. Bhd. | | |
| Regus plc | | |
| Businessolver.com Inc. | Businessolver.com, Inc. | Current |
| Bybrook Capital LLP | Bybrook Capital LLP | Current |
| Cameron Al-Rushaid Co. Ltd. | Cameron International Corp. | Current |
| Cameron Drilling Systems | Schlumberger Limited | Current |
| Cameron Flow Control Technology (UK) Ltd. | Schlumberger Technology | Current |
| Cameron France SAS | WesternGeco LLC | Current |
| Cameron International Corp. | | |
| Cameron Korea Ltd. | | |

10

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Cameron Middle East FZE<br>Cameron Middle East Ltd. - Abu Dhabi<br>Cameron Norge AS<br>Cameron Rig Solutions LLC<br>Cameron Sense AS<br>Cameron Tecnologia de Controle e de Fluxo Ltda.<br>Cameron USA<br>M-I SWACO<br>M-I SWACO USA<br>Schlumberger Norge AS<br>Schlumberger Norge AS - Division Mi Swaco<br>Schlumberger Overseas SA<br>Schlumberger Servico de Petroleo Ltda. | | |
| Canada, Government of, Revenue Agency | CPP Investment Board | Current |
| | CPPIB Asia Inc. | Current |
| | Public Sector Pension Investment Board | Current |
| Canyon Capital Advisors | AECOM-Canyon Real Estate Fund Advisors LLC | Closed |
| Canyon CLO Advisors | Canyon Capital Advisors LLC | Current |
| | Ice Canyon (Europe) Limited | Closed |
| | ICE Canyon LLC | Current |
| Capgemini UK plc | Lyons Consulting Group, LLC | Closed |
| CapRock Comunicacoes Angola Lda<br>CapRock Comunicacoes Do Brasil Ltda<br>CapRock UK Ltd. | Globecomm Systems, Inc. | Current |
| Chaucer Group Ltd., The | Apax Partners SAS | Closed |
| Chevron USA Inc. | Chevron Corporation | Current |
| | Chevron U.S.A. Inc. | Current |
| China Development Bank | China Development Bank | Closed |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| China, Government of, Inland Revenue Department | China Development Bank | Closed |
| China, Government of, State Administration of Taxation | China Railway No. 10 Engineering Group Co., Ltd. | Closed |
| | New China Life Insurance Company Ltd. | Closed |
| | SINOPEC Engineering Group Co., Ltd. | Current |
| | State-Owned Enterprise Structural Adjustment China Merchants Buyout Fund (LP) | Closed |
| | The Silk Road Fund Co. Ltd. | Current |
| Cigna Health & Life Insurance Co. | Cigna Behavioral Health, Inc. | Current |
| | Cigna Corporation | Current |
| | Cigna Health and Life Insurance Company | Current |
| | Cigna Health Corporation | Current |
| | Cigna Healthcare - Mid-Atlantic, Inc. | Closed |
| | Cigna Healthcare of California Inc. | Closed |
| | Cigna Healthcare of Colorado, Inc. | Closed |
| | CIGNA Healthcare of Florida, Inc. | Closed |
| | CIGNA Healthcare of Georgia, Inc. | Closed |
| | CIGNA HealthCare of North Carolina, Inc. | Closed |
| | CIGNA HealthCare of Pennsylvania, Inc. | Closed |
| | CIGNA HealthCare of South Carolina, Inc. | Closed |
| | CIGNA HealthCare of St. Louis, Inc. | Closed |
| | Cigna Healthcare of Tennessee, Inc. | Closed |
| | CIGNA Healthcare of Texas, Inc. | Closed |
| | CIGNA Healthcare, Inc. | Closed |
| | CIGNA Insurance Co. | Current |
| | Connecticut General Life Insurance Company | Current |
| Cintas Corp. No. 2 | Cintas Corporation | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Claxton Engineering Services Ltd. | Joulon Limited | Current |
| Harris Pye Group Ltd. | KKR Asia Limited | Current |
| InterMoor Inc. | KKR Credit Advisors (EMEA) LLP | Current |
| InterMoor Pte. Ltd. | KKR Credit Advisors (UK) LLP | Closed |
| IOS Intermoor AS | KKR Credit Advisors (US) LLC | Current |
| JVS Engineers Pte. Ltd. | KKR Real Estate Select Trust Inc. | Current |
| JVS Engineers Pte. Ltd. FZE | KKR REPA AIV-2, L.P. | Closed |
| JVS Industries Pvt. Ltd. | Kohlberg Kravis Roberts & Co., L.P. | Current |
| Norse Technology AS | Pillarstone Europe LLP | Closed |
| OEG Asia Pacific Pte. Ltd. | Pillarstone Italy S.p.A. | Current |
| OES Servicos e Equipamentos de Petroleo e Gas Ltda. | | |
| ProServ Gilmore Valves LLC | | |
| ProServ Norge AS | | |
| ProServ Operations Inc. | | |
| Comcast Cable Communications Management LLC | Charter/Comcast JV | Current |
| Comcast Corp. | | |
| Concur Holdings (Netherlands) BV | SAP Corp. | Closed |
| | SAP SE | Closed |
| Crédit Agricole | Crédit Agricole Corporate and Investment Bank | Former |
| Crédit Agricole CIB | FCPI Crédit Agricole PME Innovation 2009 | Closed |
| Credit Suisse | Credit Suisse (Hong Kong) Limited | Current |
| Credit Suisse AG | Credit Suisse AG | Current |
| | Credit Suisse AG, Executive Board | Current |
| | Credit Suisse Group AG | Current |
| | Credit Suisse Group AG, Executive Board | Current |
| | Credit Suisse International | Current |
| | Credit Suisse Securities (USA) LLC | Current |
| | Credit Suisse Securities Europe Ltd. | Current |
| Cross Ocean Partners LLP | Cross Ocean Partners LLP | Current |
| Cuatrecasas, Goncalves Pereira LLP | Cuatrecasas, Gonçalves Pereira & Associados, Sociedade de Advogados, SP, RL | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| De Lage Landen Leasing Ltd. | Stretto | Former |
| Deloitte | Clare Boardman and Adrian Peter Berry, as Joint Administrators of Mamas & Papas (Retail) Limited | Current |
| Deloitte & Touche & Co. Chartered Accountants | Deloitte Consulting LLP | Current |
| Deloitte & Touche Al Wazzan & Co. | Deloitte LLP | Current |
| Deloitte & Touche Chartered Accountants (Namibia) | Deloitte Tax LLP | Current |
| Deloitte & Touche LLP | Deloitte USA LLP | Current |
| Deloitte & Touche Management Services Pte. Ltd. | | |
| Deloitte Anjin LLC | | |
| Deloitte LLP | | |
| Deloitte Tax Services Sdn. Bhd. | | |
| Deloitte Touche Tohmatsu Consultores Ltda. | | |
| Lara Marambio & Asociados | | |
| Deutsche Bank (Madrid) | DB U.S. Financial Markets | Current |
| Deutsche Bank (Malaysia) Berhad | Deutsche Bank | Closed |
| Deutsche Bank AG | Deutsche Bank AG | Current |
| Deutsche Bank AG (Singapore) | Deutsche Bank AG, London Branch | Current |
| Deutsche Bank AG, Abu Dhabi Branch | Deutsche Bank AG, New York Branch | Current |
| Deutsche Bank AG, Filiale Deutschlandgeschäft | Deutsche Bank Americas Holding Corp. | Current |
| Deutsche Bank AG, New York Branch | Deutsche Bank Securities Inc. | Current |
| Deutsche Bank Trust Co. Americas | Deutsche Bank Trust Co. Americas | Current |
| | Deutsche Bank Trust Corp. | Current |
| Diners Club International | Discover Financial Services | Current |
| Discovery Benefits Inc. | WEX, Inc. | Closed |
| WEX Bank | | |
| WEX Inc. | | |
| DNB | DNB Markets, Inc. | Current |
| DNB Bank ASA | | |
| DNB Bank ASA, New York Branch | | |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| DNB Livsforsikring AS<br>DNB Livsforsikring ASA | | |
| Dun & Bradstreet Inc. | The Dun and Bradstreet Corporation | Current |
| Ernst & Young<br>Ernst & Young - Brunei<br>Ernst & Young (Cis) BV Moscow Branch<br>Ernst & Young (Congo)<br>Ernst & Young (Nigeria)<br>Ernst & Young (Switzerland)<br>Ernst & Young Advisory Ltd.<br>Ernst & Young Advokatfirma AS<br>Ernst & Young AG<br>Ernst & Young Angola Lda.<br>Ernst & Young AS<br>Ernst & Young Belastingadviseurs LLP<br>Ernst & Young Han Young<br>Ernst & Young Ireland<br>Ernst & Young LLP<br>Ernst & Young LLP - Canada<br>Ernst & Young Luxembourg<br>Ernst & Young Middle East (Dubai)<br>Ernst & Young Namibia<br>Ernst & Young Services Ltd.<br>Ernst & Young Tanacsado Kft.<br>Ernst & Young Terco Assessoria Empresarial Ltda.<br>Ernst & Young UK<br>Ernst & Young Vietnam Ltd.<br>EY Corporate Advisors Pte. Ltd.<br>EY Services France<br>FFA Ernst & Young | Ernst & Young Canada | Closed |
| Evercore Group LLC | Evercore Inc. | Current |
| Expro Americas LLC | Expro International Group Holdings Limited | Current |
| ExTek AS | Oakley Capital IV Master SCSp<br>Oakley Capital Manager Limited | Current<br>Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Flexi France SAS<br>FMC Technologies GmbH<br>FMC Technologies Saudi Arabia Ltd.<br>Technip UK Ltd.<br>TechnipFMC Umbilicals Inc. | FMC Corporation | Closed |
| Forum Energy Asia Pacific Pte. Ltd.<br>Forum Energy Technologies (UK) Ltd.<br>Forum Middle East<br>Forum US Inc. | Forum Energy Technologies, Inc. | Current |
| Friede & Goldman LLC | Friede & Goldman Ltd. | Current |
| Gartner UK Ltd. | CEB, Inc. | Closed |
| Gates E&S North America Inc.<br>Gates Engineering & Services CJSC<br>Gates Engineering & Services UK Ltd.<br>Gates Rubber Co. (S) Pte. Ltd. | Gates Industrial Corporation plc | Current |
| GCS Compliance Services Europe Ltd. | GCS Compliance Services Europe Limited | Closed |
| | NAVEX Global | Current |
| GE Drilling Asia Pte. Ltd.<br>GE Energy Power Conversion UK Ltd.<br>GE Oil & Gas (Beijing) Co. Ltd.<br>GE Oil & Gas do Brasil Ltda.<br>GE Oil & Gas UK Ltd.<br>Hydril PCB Ltd. (Ge Oil & Gas)<br>Hydril USA Distribution LLC | GE Energy Financial Services<br>General Electric Co. | Closed<br>Closed |
| Glamox Aqua Signal Corp. | Triton Fund V LP | Current |
| | Triton Investment Management Limited | Current |
| | Triton Investments Advisers LLP | Current |
| | Triton Managers III Limited | Closed |
| | West Park Management Services Limited | Current |
| Global Loan Agency Services Ltd. | Global Loan Agency Services Limited and GLAS Trust Corporation Limited | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Grainger<br>Grainger International<br>W.W. Grainger Inc. | W.W. Grainger, Inc. | Current |
| Gutor Electronic LLC<br>Schneider Electric Norge AS | Schneider Electric SE | Current |
| Hamilton Insurance DAC | Hamilton Insurance Group, Ltd. | Current |
| Hansen Protection AS | IK Investment Partners Limited | Current |
| Hardy Underwriting Group plc | Consolidated Container Company | Closed |
| | Continental Casualty Company | Current |
| | Kevin Leidwinger | Current |
| HCC Insurance holdings Inc.<br>Tokio Marine Brasil Seguradora SA<br>Tokio Marine Kiln Syndicates Ltd. | HCC Insurance Holdings, Inc. | Current |
| | HCC Life Insurance Company | Closed |
| | HCC Specialty Insurance Company | Closed |
| Hornbeck Offshore Services LLC | Hornbeck Offshore International, LLC | Closed |
| | Hornbeck Offshore Navegacao, Ltda. | Closed |
| | Hornbeck Offshore Operators, LLC | Closed |
| | Hornbeck Offshore Services, Inc. | Current |
| | Hornbeck Offshore Services, LLC | Closed |
| | Hornbeck Offshore Transportation, LLC | Closed |
| | Hornbeck Offshore Trinidad & Tobago, LLC | Closed |
| Houlihan Lokey<br>Houlihan Lokey Capital Inc. | Houlihan Lokey EMEA, LLP | Current |
| HSBC Bank Bermuda Ltd.<br>HSBC Bank Middle East Ltd., UAE Branch<br>HSBC Bank plc<br>HSBC Bank USA NA<br>HSBC Holdings plc<br>HSBC Saudi Arabia | HSBC Holdings plc | Closed |
| IBM Credit LLC<br>IBM United Kingdom Ltd. | IBM Canada Ltd. | Closed |
| | IBM Corporation | Current |
| | International Business Machines Corp. | Current |
| | Red Hat, Inc. | Current |

17

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| IHS (Global) Ltd. | Carfax, Inc. | Current |
| | IHS Markit | Closed |
| | Ipreo Parent Holdco LLC | Closed |
| ING Bank NV | ING Bank N.V. | Current |
| ING Bank NV, Seoul Branch | ING Capital LLC | Current |
| ING Belgium SA/NV | | |
| ING Groep NV | | |
| Ingersoll Rand Singapore Enterprises Pte. Ltd. | Ingersoll Rand Inc. | Current |
| Tamrotor Marine Compressors AS | Ingersoll Rand Industrial U.S. Holdco Inc. | Current |
| | Ingersoll-Rand Co. | Closed |
| | NATT Tools Group Inc. | Closed |
| IPC Malaysia BV | IPC Corp. | Current |
| Itau BBA International Plc | Itaúsa - Investimentos Itaú, S.A. | Closed |
| Itau Unibanco SA | | |
| Itaú Unibanco SA, Nassau Branch | | |
| ITS Arabia Ltd. | Parker Drilling Company | Current |
| | Parker Drilling Management Services, Ltd. | Former |
| JLT Risk Solutions AB | JLT Specialty Insurance Services Inc. | Closed |
| JLT Specialty Ltd. | Stone, Susan A. | Current |
| JP Morgan | Chase Bank USA, NA | Current |
| | Chase Paymentech Solutions, LLC | Closed |
| | Highbridge Capital Management, LLC | Current |
| | J.P. Morgan Securities (Far East) Limited | Closed |
| | J.P. Morgan Securities Asia Pacific Limited | Current |
| | J.P. Morgan Securities LLC | Current |
| | JPMorgan Asset Management (Australia) Limited | Current |
| | JPMorgan Chase & Co. | Current |
| | JPMorgan Chase Bank National Association | Current |

18

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | JPMorgan Chase Bank NA | Closed |
| | JPMorgan Funds Limited | Current |
| | JPMorgan Investment Management Inc. - Global Special Situations | Current |
| | JPMorgan Investment Management Inc. - Infrastructure Investment Group | Current |
| | JPMorgan Ventures Energy Corporation | Current |
| | Paymentech, LLC | Closed |
| KCA Deutag Drilling Norge AS | Pamplona Capital Management | Current |
| | Pamplona Capital Management LLP | Current |
| King Street Capital Management LP | King Street Capital Management L.P. | Current |
| | King Street Europe LLP | Former |
| KPMG (Australia) | KPMG (HK) | Current |
| KPMG (Ghana) | KPMG (Ireland) | Closed |
| KPMG (Oman) | KPMG Auditores, S.L. | Current |
| KPMG AA | KPMG International Cooperative | Current |
| KPMG Advisory (China) Ltd. Shenzhen Branch | KPMG Law Firm | Closed |
| KPMG Advisory Services | KPMG LLP | Current |
| KPMG AS | KPMG LLP (Canada) | Current |
| KPMG International | KPMG LLP (Singapore) | Current |
| KPMG Law Advokatfirma AS | | |
| KPMG LLP | | |
| KPMG LLP (UK Watford) | | |
| KPMG Lower Gulf Ltd. | | |
| KPMG Phoomchai Tax Ltd. | | |
| KPMG Professional Services | | |
| KPMG Tanacsado Kft | | |
| KPMG Tax AS | | |
| KPMG Tax Ltd. | | |
| KPMG Tax Services Sdn. Bhd. | | |
| PT KPMG Advisory Indonesia | | |
| Kofax UK Ltd. | Kofax Components Corporation | Current |
| | Kofax Holdings Corporation | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Kofax Parent Limited | Current |
| | Kofax US Holdings Ltd. | Current |
| | Kofax, Inc. | Current |
| | Orlando Bravo | Current |
| | Paul Holden Spaht, Jr. | Current |
| | Robert Sayle | Current |
| | Scott Crabill | Current |
| | Seth J. Boro | Current |
| | Thoma Bravo Foundation | Closed |
| | Thoma Bravo LLC | Current |
| | Thoma Bravo, L.P. | Current |
| Kuwait, Government of, Ministry of Finance | Kuwait Investment Office | Current |
| | Public Institution for Social Security of Kuwait | Closed |
| | Wren House Infrastructure Management Limited | Closed |
| Latham Watkins LLP | Robert J. Frances | Current |
| Lazard<br>Lazard & Co. Ltd. | Lazard Group LLC | Closed |
| | Lazard Ltd. | Closed |
| | Lazard, Freres & Co. | Current |
| | The Edgewater Funds | Current |
| Let's Log Servicos Integrados De Logistica Ltda. | Lets Log Servicos Integrados de Logistica Ltda. | Closed |
| Loyens & Loeff NV | Loyens & Loeff | Closed |
| M&I Electric Brazil Sistemas e Servicos em Energia Ltda. | Stabilis Energy | Closed |
| Maersk H2S Safety Services AS<br><br><br><br>Maersk H2S Safety Services Brasil Servicos de Seg. Contra Gas Sulfidrico Ltda.<br><br>Maersk Training Aberdeen Ltd.<br>Maersk Training Brasil Treinamentos Maritimos Ltda.<br><br>Maersk Training Dubai - DWC LLC | GTD Solution Inc., International Business Machines Corp., CMA CGM S.A. and Mediterranean Shipping Company S.A. | Current |

20

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Maersk Training Inc. Maersk Training India Pvt. Ltd. Maersk Training Norway AS Maersk Training Svendborg AS Maersk Training UK Ltd. | | |
| Malaysia, Government of, Department of Insland Revenue, Labuan Entity Branch | Khazanah Nasional Berhad | Current |
| Malaysia, Government of, Royal Customs Department | Petronas Energy Trading Limited | Closed |
| Malaysia, Government of, Tax Authority | | |
| Markel International Insurance Co. Ltd. | Markel Corporation | Current |
| | Markel Ventures, Inc. | Current |
| McKinsey & Co. Inc. do Brasil Consultoria Ltda. | McKinsey & Company, Inc. United States | Closed |
| | McKinsey GmbH & Co. KG | Closed |
| | McKinsey Recovery & Transformation Services Australia Co. | Closed |
| | McKinsey Recovery & Transformation Services Canada Co. | Closed |
| | McKinsey Recovery & Transformation Services France Co. | Closed |
| | McKinsey Recovery & Transformation Services U.S., LLC | Closed |
| | McKinsey Recovery & Transformation Services UK Limited | Closed |
| | Somesh Khanna | Current |
| | Sunil Sanghvi | Current |
| Mitie Security Ltd. Mitie Technical Facilities Management Ltd. | Andrew Crawshaw | Closed |
| Modine Soderkoping AB | Modine Manufacturing Company | Closed |
| Moelis | Atlas Crest Investment Corp. | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Moelis & Co. UK LLP | Moelis & Company | Current |
| | Moelis Australia | Closed |
| Morgan Stanley & Co. International plc | Morgan Stanley & Co. LLC | Closed |
| | Morgan Stanley AIP GP LP | Former |
| | Morgan Stanley Asia Limited | Current |
| | Morgan Stanley Infrastructure Inc. | Current |
| | Morgan Stanley Infrastructure Partners | Current |
| | Morgan Stanley Investment Management Limited | Current |
| | Morgan Stanley Mezzanine Partners | Current |
| | Morgan Stanley Real Estate Investing | Current |
| | Morgan, Stanley & Co. | Current |
| | MS MCC Highland LLC | Closed |
| | Prime Property Fund | Current |
| MUFG (BTMU) | First Sentier Investors (Australia) RE Ltd. | Current |
| MUFG Bank Ltd. | Mitsubishi UFJ Financial Group, Inc. | Current |
| | MUFG Securities Americas Inc. | Current |
| | MUFG Union Bank NA | Current |
| Navico Norway AS | Altor Equity Partners AG | Closed |
| | Altor Fund Manager AB | Current |
| | CTEK Sweden AB | Current |
| Oilgear Co., The | Brian R. Crumbaugh | Current |
| | Christopher O'Brien | Current |
| | Greg B. Gleason | Current |
| | Wynnchurch Capital, LLC | Current |
| Onsagers AS | Onsagers AS | Current |
| Oracle America Inc. | Oracle America Inc. | Current |
| Oracle Corp. UK Ltd. | Oracle Corporation | Current |
| | Oracle International Corporation | Current |
| | Oracle USA, Inc. | Current |
| Pall International Sarl | Leica Microsystems, Inc. | Closed |
| Paul Weiss | John C. Godfrey and Orly Godfrey | Current |
| PEAC UK Ltd. | HPS Investment Partners (UK) LLP | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | HPS Investment Partners LLC | Current |
| Pearl Meyer & Partners LLC | Benson Botsford, LLC | Current |
| | Pearl Meyer & Partners LLC | Current |
| Petronas Carigali Sdn. Bhd. | Petronas Energy Trading Limited | Closed |
| PricewaterCoopers Angola Ltda. | PricewaterhouseCoopers Business Consulting (Shanghai) Co. Ltd. | Closed |
| PricewaterhouseCoopers | PricewaterhouseCoopers Consultores, Auditores y Compania Limitada | Closed |
| PricewaterhouseCoopers (Ghana) | PricewaterhouseCoopers Hong Kong Limited | Closed |
| PricewaterhouseCoopers Abas Ltd. | PricewaterhouseCoopers Limited | Closed |
| PricewaterhouseCoopers Angola Lda. | PricewaterhouseCoopers LLP | Current |
| PricewaterhouseCoopers AS | PricewaterhouseCoopers LLP Ontario | Closed |
| PricewaterhouseCoopers Auditores Independentes | | |
| PricewaterhouseCoopers Chartered Accountants (Nigeria) | | |
| PricewaterhouseCoopers Hong Kong | | |
| PricewaterhouseCoopers LLP | | |
| PricewaterhouseCoopers Risk Services Pte. Ltd. | | |
| PricewaterhouseCoopers SC | | |
| PricewaterhouseCoopers UAE | | |
| Prime Clerk | Duff & Phelps LLC | Current |
| Prime Clerk LLC | Further Global Capital Management, L.P. | Current |
| | Prime Clerk LLC | Current |
| Prime Clerk | Duff & Phelps LLC | Current |
| Prime Clerk LLC | Prime Clerk LLC | Current |
| | Stone Point Capital LLC | Current |
| PT RSM Indonesia Konsultan | Bruce A. Mackay and Matthew R. Haw, as Joint Liquidators of LB GP No. 1 Limited | Closed |
| Qatar, Government of, The Ministry of Finance | Doha Venture Capital LLC | Current |

23

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Quench USA Inc.<br>SeaTec Services Pte. Ltd.<br>ThyssenKrupp Elevadores SA<br>Unit4 AS | Advent International Corporation | Current |
| Reliance Industries Ltd. | Reliance Industries Limited | Closed |
| Royal Bank of Canada | BlueBay Asset Management Services Ltd. | Current |
| | RBC Wealth Management | Current |
| Samsung Heavy Industries Co. Ltd. | Harman International Industries, Inc. | Current |
| | Samsung | Current |
| | Samsung Advanced Institute of Technology | Current |
| | Samsung Austin Semiconductor LLC | Current |
| | Samsung Bioepis Co., Ltd. | Current |
| | Samsung C&T America Inc. | Closed |
| | Samsung Display Co. Ltd. | Current |
| | Samsung Electronics America Inc. | Current |
| | Samsung Electronics Co. Ltd. | Current |
| | Samsung Electronics Co., Ltd. Visual Display | Current |
| | Samsung Research America, Inc. | Current |
| | Samsung Semiconductor Inc. | Current |
| Saudi Arabia, Government of, General Authority of Zakat & Tax | Gulf International Bank UK Limited | Closed |
| Saudi Arabia, Government of, Tax Authority | Jada Fund of Funds Company | Current |
| | Public Investment Fund | Current |
| | Saudi Arabian Golf Federation | Current |
| Siemens AS<br>Siemens Industry Inc.<br>Siemens Pte. Ltd. | Siemens AG | Closed |
| | Siemens Capital Company LLC | Current |
| | Siemens Convergence Creators Corporation | Current |
| | Siemens Corporation | Current |
| | Siemens Credit Warehouse, Inc. | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Siemens Demag Delaval Turbomachinery, Inc. | Current |
| | Siemens Electrical, LLC | Current |
| | Siemens Energy Inc. | Current |
| | Siemens Financial Services, Inc. | Current |
| | Siemens Financial, Inc. | Current |
| | Siemens First Capital Commercial Finance, LLC | Current |
| | Siemens Fossil Services, Inc. | Current |
| | Siemens Generation Services Company | Current |
| | Siemens Government Technologies, Inc. | Current |
| | Siemens Healthcare Diagnostics, Inc. | Current |
| | Siemens Industry, Inc. | Current |
| | Siemens Medical Solutions USA, Inc. | Current |
| | Siemens Molecular Imaging, Inc. | Current |
| | Siemens Postal, Parcel & Airport Logistics LLC | Current |
| | Siemens Power Generation Service Company, Ltd. | Current |
| | Siemens Product Lifecycle Management Software Inc. | Current |
| | Siemens Public, Inc. | Current |
| | Siemens USA Holdings, Inc. | Current |
| | Siemens Wind Power, Inc. | Current |
| Singapore Telecommunication Ltd. | Azalea Investment Management Pte Ltd. | Current |
| SP Services Ltd. | Temasek Capital Private Ltd. | Current |
| | TrustWave Holdings, Inc. | Former |
| | Vertex Venture Holdings Ltd. | Closed |
| Singapore, Government of, Inland Revenue Authority | Changi Airports International Pte Ltd. | Closed |
| Singapore, Government of, Maritime & Port Authority | EDBI Pte Ltd. | Closed |
| | GIC Infra Holdings Pte Ltd. | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | GIC Private Markets Private Limited | Current |
| | GIC Pte. Ltd. | Closed |
| | GIC Real Estate Inc. | Current |
| | Temasek Capital Private Ltd. | Current |
| | Vertex Venture Holdings Ltd. | Closed |
| Slaughter & May | Slaughter and May | Closed |
| Smith Services Inc. | Diamond Chain Co. Inc. | Current |
| Sovos Compliance LLC | HgCapital 7 | Current |
| | HGCapital LLP | Current |
| Speedcast Communications Inc. Speedcast Energy Sdn. Bhd. Speedcast International Ltd. Speedcast Nigeria Ltd. Speedcast Norway AS | Globecomm Systems, Inc. | Current |
| SPM Flow Control Inc. - Dubai Branch | ESCO Group LLC | Current |
| Starr International Europe Ltd. | Starr International Company, Inc. | Closed |
| | Starr Principal Holdings, LLC | Current |
| Stork Technical Services USA Inc. | Fluor Corporation | Former |
| | Fluor Enterprises Inc. | Current |
| Stormgeo AS | EMMC II S.à r.l., MMC2 (EUR Levered) Investments I S.à r.l, MMC2 (EUR Unlevered) Investments I S.à r.l. | Closed |
| | EQT AB | Current |
| | EQT Credit | Closed |
| | EQT Mid Market Fund | Closed |
| | EQT Partners UK Advisors LLP | Current |
| | EQT Public Value Fund | Current |
| | EQT VII Ltd. | Current |
| | Shield Holding S.C.A. | Current |
| Strategic Value Master Fund Ltd. | Strategic Value Partners (UK) LLP | Current |
| Strategic Value Opportunities Fund LP | Strategic Value Partners, LLC | Current |
| Strategic Value Partners LLC | Vita Global (Holdings) Limited | Former |
| Sullair LLC | H-E Parts International LLC | Current |
| | Hitachi America Ltd. | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Hitachi Asia Ltd. | Current |
| | Hitachi Automotive Systems, Ltd. | Current |
| | Hitachi Displays, Ltd | Former |
| | Hitachi Electronic Devices USA Inc. | Current |
| | Hitachi Ltd. | Current |
| | Hitachi Vantara Corp. | Current |
| | Hitachi, Ltd. | Current |
| | Japan Display Inc. | Current |
| | Shenzhen SEG Hitachi Color Display Devices Ltd. | Current |
| Sumitomo Mitsui Banking Corp.<br><br>Sumitomo Mitsui Trust Bank, Ltd. (London Branch) | Sumitomo Mitsui Banking Corp. | Current |
| Survitec Fire Solutions Poland SP ZOO<br><br>Survitec Safety Solutions Norway AS | Survitec Group Limited | Current |
| Tata Communications (UK) Ltd.<br><br>Tata Consultancy Services Ltd. | Tata America International Corporation<br><br>Tata Consultancy Services Ltd. | Closed<br><br>Closed |
| Texas, State of<br><br>Texas, State of, Secretary of State, Statutory Filings Division | Greg Abbott, as Governor of Texas<br><br>State of Texas | Closed<br><br>Closed |
| Thomson Reuters (Professional) UK Ltd.<br><br>Thomson Reuters Brasil Conteudo e Tecnologia Ltda. | Thomson Reuters Corporation | Current |
| ThyssenKrupp Elevadores SA | Cinven Capital Management (V) General Partner Limited | Current |
| | Cinven Capital Management (VI) General Partner Limited | Current |
| | Cinven Capital Management (VII) General Partner Limited | Current |
| | Cinven Ltd. | Current |
| Tivit Terceirizacao de Processos Servicos e Tecnologia SA | Apax Foundation | Current |
| | Apax Partners Europe Managers Ltd. | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Apax Partners LLP | Current |
| | Apax Partners SAS | Closed |
| TNT Crane & Rigging Inc. | TNT Crane & Rigging LLC | Current |
| Topaz Energy & Marine Ltd. Topaz Marine Angola Lda. | Investment Corporation of Dubai | Current |
| Total E&P Angola SA - Sucursal Em Angola | TOTAL E&P Mozambique Area 1, Limitada | Current |
| Total Global Procurement | Total E&P USA Inc. | Current |
| Total Upstream Nigeria Ltd. | Total SA | Current |
| | Total Specialties USA, Inc. | Current |
| Total Safety Arabia Co. Ltd. | Brian Ramsay | Current |
| | Edmund J. Feeley | Former |
| | Littlejohn & Co., LLC | Current |
| | Littlejohn Associates IV, LLC | Current |
| | Littlejohn Associates V, LLC | Current |
| | Littlejohn Holdings Manager, LLC | Current |
| | Littlejohn Holdings, LLC | Current |
| | Littlejohn Opportunities GP LLC | Current |
| | Michael Kaplan | Former |
| | Michael Klein | Current |
| | Pinnacle Midstream II LLC | Current |
| | Richard Maybaum | Current |
| | Robert Davis | Current |
| | Steven G. Raich | Former |
| | Tony Miranda | Former |
| Travelers Casualty & Surety Co. Inc. | The Travelers Companies, Inc. | Current |
| United Arab Emirates, Government of the, Federal Tax Authority United Arab Emirates, Government of the, Tax Authority | Investment Corporation of Dubai | Current |
| United States, Government of the, Department of Homeland Security, Customs & Border Protection | Congresswoman Zoe Lofgren | Closed |
| United States, Government of the, Department of the Treasury, Internal Revenue Service | Robert J. Quigley | Former |

28

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| United States, Government of the, Southern District of Texas Bankruptcy Court | United States Department of Homeland Security | Closed |
| United Kingdom, Government of the, Health & Safety Executive<br><br>United Kingdom, Government of the, Her Majesty's Revenue & Customs<br>United Kingdom, Government of the, HM Revenue & Customs<br>United Kingdom, Government of the, HMRC Cumbernauld<br>United Kingdom, Government of the, HMRC Shipley<br>United Kingdom, Government of, Department for Business, Energy & Industrial Strategy | Her Majesty's Treasury | Closed |
| Univar Solutions BV | Nicholas W. Alexos<br>Univar, Inc. | Closed<br>Current |
| Verizon Communications Inc.<br>Verizon Wireless | Verizon Communications Inc.<br>Verizon New York, Inc. | Current<br>Closed |
| Wellbore Integrity Solutions LLC | Wellbore Integrity Solutions Holdings LP | Current |
| Wells Fargo & Co.<br>Wells Fargo Bank NA | Wells Fargo Bank, N.A.<br>Wells Fargo Securities LLC | Current<br>Closed |
| Wintershall Norge AS | BASF Americas Corporation<br>BASF Catalysts LLC<br>BASF Corp.<br>BASF Metals Ltd.<br>BASFin | Current<br>Current<br>Current<br>Closed<br>Current |
| World Fuel Services Inc. | World Fuel Services Corporation | Current |
| WR Berkley Corp.<br>WR Berkley Europe AG | W.R. Berkley Corporation | Current |

# **EXHIBIT B**

**Redding Declaration**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SEADRILL LIMITED, *et al.*,[1] | ) Case No. 21-30427 (DRJ) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**DECLARATION OF SANDRA REDDING,**
**IN SUPPORT OF THE DEBTOR'S APPLICATION**
**FOR THE ENTRY OF AN ORDER AUTHORIZING THE RETENTION**
**AND EMPLOYMENT OF KIRKLAND & ELLIS LLP AND KIRKLAND &**
**ELLIS INTERNATIONAL LLP AS ATTORNEYS FOR THE DEBTORS**
**AND DEBTORS IN POSSESSION EFFECTIVE AS OF FEBRUARY 10, 2021**

I, Sandra Redding, Senior Vice President, General Counsel, and Company Secretary, of Seadrill Limited being duly sworn, state the following under penalty of perjury:

1.     I am the Senior Vice President, General Counsel, and Company Secretary of Seadrill Limited, located at 11025 Equity Drive, Suite 150, Houston, Texas 77041.

2.     I submit this declaration (this "Declaration") in support of the *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP as Attorneys for the Debtors and Debtors in Possession Effective as of February 10, 2021* (the "Application").[2]  Except as otherwise noted, I have personal knowledge of the matters set forth herein.

---

[1]     A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://cases.primeclerk.com/SeadrillLimited.  The location of Debtor Seadrill Americas, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 11025 Equity Drive, Suite 150, Houston, Texas 77041.

[2]     Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

**The Debtors' Selection of Counsel**

3.      The Debtors recognize that a comprehensive review process is necessary when selecting and managing chapter 11 counsel to ensure that bankruptcy professionals are subject to the same client-driven market forces, scrutiny, and accountability as professionals in non-bankruptcy engagements.

4.      To that end, the review process utilized by the Debtors here assessed potential counsel based on their expertise in the relevant legal issues and in similar proceedings. Kirkland was retained by Seadrill Limited and certain of its debtor affiliates (the "2017 Debtors") in connection with the 2017 Debtors' chapter 11 proceedings brought before this Court, and is accordingly uniquely qualified to represent the Debtors. Ultimately, the Debtors retained Kirkland because of its extensive experience in corporate reorganizations, both out-of-court and under chapter 11 of the Bankruptcy Code. More specifically, Kirkland is familiar with the Debtors' business operations and many of the potential legal issues that may arise in the context of these chapter 11 cases. I believe that Kirkland is both well qualified and uniquely able to represent the Debtor in these chapter 11 cases in an efficient and timely manner.

**Rate Structure**

5.      In my capacity as Senior Vice President, General Counsel, and Company Secretary, I am responsible for supervising outside counsel retained by the Debtors in the ordinary course of business. Kirkland has informed the Debtors that its rates for bankruptcy representations are comparable to the rates Kirkland charges for non-bankruptcy representations. As discussed below, I and my team are also responsible for reviewing the statements regularly submitted by Kirkland, and can confirm that the rates Kirkland charged the Debtors in the prepetition period are the same as the rates Kirkland will charge the Debtors in the postpetition period.

2

**Cost Supervision**

6.     The Debtors have approved the prospective budget and staffing plan for the period from February 10, 2021 to May 31, 2021, recognizing that in the course of a large chapter 11 case like these chapter 11 cases, it is possible that there may be a number of unforeseen fees and expenses that will need to be addressed by the Debtors and Kirkland.  The Debtors further recognize that it is their responsibility to monitor closely the billing practices of their counsel to ensure the fees and expenses paid by the estate remain consistent with the Debtors' expectations and the exigencies of the chapter 11 cases.  The Debtors will continue to review the statements that Kirkland regularly submits, and, together with Kirkland, amend the budget and staffing plans periodically, as the case develops.

7.     As they did prepetition, the Debtors will continue to bring discipline, predictability, client involvement, and accountability to the counsel fees and expenses reimbursement process. While every chapter 11 case is unique, these budgets will provide guidance on the periods of time involved the level of the attorneys and professionals that will work on various matters, and projections of average hourly rates for the attorneys and professionals for various matters.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  March 8, 2021                              Respectfully submitted,
London, England

                                                    */s/ Sandra Redding*
                                                   Name: Sandra Redding
                                                   Title: Senior Vice President, General Counsel,
                                                   and Company Secretary