UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| SEADRILL LIMITED, et al.,[1] | Case No. 21-30427 (DRJ) |
| Debtors. | (Jointly Administered) |

**SECOND MONTHLY FEE STATEMENT OF CRAVATH, SWAINE & MOORE LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM MARCH 1, 2021 THROUGH MARCH 31, 2021**

| | | |
|---|---|---|
| **Name of Applicant:** | Cravath, Swaine & Moore LLP | |
| **Applicant's Role in Case:** | Conflicts Counsel to the Debtors and Debtors-in-Possession | |
| **Date Order of Employment Signed:** | April 5, 2021 [Docket No. 296]; effective as of the Petition Date (February 10, 2021) | |
| **Time period covered by this statement:** | **Beginning of Period** | **End of Period** |
| | March 1, 2021 | March 31, 2021 |
| **Summary of Total Fees and Expenses Requested:** | | |
| **Total fees requested in this statement:** | $223,454.00 (80% of $279,317.50) | |
| **Total expenses requested in this statement:** | $973.73 | |
| **Total fees and expenses requested in this statement:** | $224,427.73 | |
| **Summary of Attorney Fees Requested:** | | |

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://cases.primeclerk.com/SeadrillLimited. The location of Debtor Seadrill Americas, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 11025 Equity Drive, Suite 150, Houston, Texas 77041.

1

| | |
|---|---|
| **Total attorney fees requested in this statement:** | $275,619.50 |
| **Total actual attorney hours covered by this statement:** | 216.70 |
| **Average hourly rate for attorneys:** | $1,271.89 |
| **Summary of Paraprofessional Fees Requested:** | |
| **Total paraprofessional fees requested in this statement** | $3,698.00 |
| **Total actual paraprofessional hours covered by this statement** | 10.40 |
| **Average hourly rate for paraprofessionals:** | $355.58 |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of Texas (the "Local Rules"), the *Order Authorizing the Employment and Retention of Cravath, Swaine & Moore LLP as Conflicts Counsel for the Debtors and Debtors-in-Possession Effective as of the Petition Date*, dated May 26, 2020 [Docket No. 296] (the "Retention Order"), and the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals, and (II) Granting Related Relief* [Docket No. 304] (the "Interim Compensation Order"), Cravath, Swaine & Moore LLP ("Cravath"), conflicts counsel for the above-captioned debtors and debtors in possession (collectively, the "Debtors"), hereby submits this second monthly fee statement (this "Fee Statement").[2]  Specifically, Cravath seeks (i) compensation in the amount of $223,454.00, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that Cravath incurred in connection with

---

[2] The period from March 1, 2021, through and including March 31, 2021, is referred to herein as the "Fee Period."

2

such services during the Fee Period (i.e., $279,317.50) and (ii) reimbursement for the actual and necessary expenses that Cravath incurred in the amount of $973.73 during the Fee Period.

**Itemization of Services Rendered and Disbursements Incurred**

1. Attached hereto as **Exhibit A** is a schedule of the number of hours expended and fees incurred (on an aggregate basis) by Cravath partners, associates and paraprofessionals during the Fee Period with respect to each of the project categories Cravath established in accordance with its internal billing procedures. As reflected in **Exhibit A**, Cravath incurred $279,317.50 in fees during the Fee Period. Pursuant to this Fee Statement, Cravath seeks reimbursement for 80% of such fees ($223,454.00 in the aggregate).

2. Attached hereto as **Exhibit B** is a schedule of Cravath professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional or paraprofessional. Attorneys and paraprofessionals of Cravath have expended a total of 227.10 hours in connection with these chapter 11 cases during the Fee Period.

3. Attached hereto as **Exhibit C** is a schedule for the Fee Period, setting forth the total amount of reimbursement sought with respect to each category of expenses for which Cravath is seeking reimbursement in this Fee Statement. These disbursements comprise the requested sum for Cravath's out-of-pocket expenses.

4. Attached hereto as **Exhibit D** are the time records of Cravath, which provide a daily summary of the time spent by each Cravath professional during the Fee Period and an itemization of expenses by project category.

**Notice**

5. The Debtors will provide notice of this Fee Statement in accordance with the Interim Compensation Order. The Debtors submit that no other or further notice be given.

WHEREFORE, Cravath, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of $223,454.00, which is equal to 80% of the total amount of compensation sought for reasonable and necessary legal services that Cravath rendered to the Debtors (i.e., $279,317.50) and (ii) $973.73 for actual and necessary costs and expenses. Therefore, the total fees and expenses requested by Cravath in this statement are $224,427.73.

Dated: April 15, 2021

/s/ Paul H. Zumbro
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-2000

*Conflicts Counsel for the Debtors and Debtors-in-Possession*

**Exhibit A**

**Statement of Fees and Expenses By Project Category**

| TASK CODE | PROJECT CATEGORY / DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| CONF | Conflicts Counsel Matters | 216.60 | $268,365.00 |
| CRAV | Retention and Fee Applications | 10.50 | $10,952.50 |
| **TOTAL:** | | **227.10** | **$279,317.50** |

**Exhibit B**

**Attorneys' and Paraprofessionals' Information**

| PROFESSIONAL PERSON: | POSITION WITH THE APPLICANT | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| Zobitz, George E. | Partner | Financial Restructuring & Reorganization | 1996 | $1,795.00 | 29.60 | $53,132.00 |
| Zumbro, Paul H. | Partner | Financial Restructuring & Reorganization | 1998 | $1,795.00 | 45.70 | $82,031.50 |
| Moskowitz, Lauren A. | Partner | Litigation | 2006 | $1,665.00 | 17.80 | $29,459.00 |
| Hawkins, Salah M. | Associate | Litigation | 2016 | $1,015.00 | 57.50 | $58,362.50 |
| Gerten, Alexander | Associate | Financial Restructuring & Reorganization | 2017 | $985.00 | 26.50 | $26,102.50 |
| King, Harold C. | Associate | Financial Restructuring & Reorganization | 2020 | $830.00 | 1.20 | $996.00 |
| Brown, Conner J. | Associate | Financial Restructuring & Reorganization | N/A | $665.00 | 38.40 | $25,536.00 |
| **Total for Attorneys:** | | | | | **216.70** | **$275,619.50** |

| PARAPROFESSIONAL PERSON: | POSITION WITH THE APPLICANT | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| Greenfield, Robert | Litigation Paralegal Specialist | Litigation Support | N/A | $355.00 | 9.80 | $1,668.50 |
| Severini, Roberto | Lit Tech Support 1 | Technology Litigation Support | N/A | $405.00 | 0.20 | $81.00 |
| Yepes, Favio Cesar | Senior Litigation Paralegal | Litigation Support | N/A | $345.00 | 0.40 | $138.00 |
| **Total for Paraprofessionals:** | | | | | **10.40** | **$3,698.00** |
| **Total Fees Requested** | | | | | **227.10** | **$279,317.50** |

[[DMS:5618890v5:04/15/2021-06:23 PM]]

## **Exhibit C**

**Summary of Expenses for the Fee Period**

| Expense Categories | Amount |
|---|---|
| Legal Research Database Expense (e.g., Westlaw and Lexis Nexis) | $973.73 |

**Exhibit D**

Detailed Description of Time Records for the Fee Period

**LEGAL SERVICES RENDERED**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| **CONF - Conflicts Counsel Matters** | | | | |
| 03/01/21 | Moskowitz, Lauren A. | Attention to strategy re administrative expense motion. | 0.50 | 827.50 |
| 03/01/21 | Moskowitz, Lauren A. | Attention to strategy re lien filings. | 0.50 | 827.50 |
| 03/01/21 | Moskowitz, Lauren A. | Attention to strategy re dispute resolution. | 0.50 | 827.50 |
| 03/01/21 | Moskowitz, Lauren A. | Attention to calls re motion, dispute strategy. | 1.00 | 1,655.00 |
| 03/01/21 | Zobitz, George E. | Internal call regarding strategy regarding lien dispute and admin expense disputes. | 0.60 | 1,077.00 |
| 03/01/21 | Zobitz, George E. | Call with client regarding lien dispute and admin expense disputes. | 1.00 | 1,795.00 |
| 03/01/21 | Zobitz, George E. | Follow-up call regarding regarding lien dispute and admin expense disputes. | 0.80 | 1,436.00 |
| 03/01/21 | Zobitz, George E. | Emails regarding lien dispute and admin expense disputes. | 0.20 | 359.00 |
| 03/01/21 | Zumbro, Paul H. | Call with SheppardMullin | 1.00 | 1,795.00 |
| 03/01/21 | Zumbro, Paul H. | Attention to issues related to administrative expense motion | 1.00 | 1,795.00 |
| 03/01/21 | Zumbro, Paul H. | Attention to LOWLA lien filing | 1.00 | 1,795.00 |
| 03/01/21 | Brown, Conner J. | Discuss with P. Zumbro, J. Zobitz, L. Moskowitz, S. Hawkins, A. Gerten, re strategy for handling contested matter for Seadrill. | 1.00 | 665.00 |
| 03/01/21 | Gerten, Alexander | Attend call as to process for resolving dispute with SDLP. | 1.20 | 1,182.00 |
| 03/01/21 | Hawkins, Salah M. | Call with P.Zumbro and others to strategize on resolution of payment issues and call with client regarding same. | 1.80 | 1,827.00 |
| 03/01/21 | Hawkins, Salah M. | Correspond with co-counsel regarding LOWLA Liens filing. | 0.60 | 609.00 |
| 03/02/21 | Moskowitz, Lauren A. | Attention to strategy re administrative expense motion. | 0.40 | 662.00 |
| 03/02/21 | Moskowitz, Lauren A. | Attention to strategy re dispute resolution. | 0.40 | 662.00 |
| 03/02/21 | Zobitz, George E. | Emails regarding status of hearing. | 0.30 | 538.50 |
| 03/02/21 | Zobitz, George E. | Emails regarding meet and confer. | 0.40 | 718.00 |

1

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 03/02/21 | Zumbro, Paul H. | Attention to LOWLA lien objection issues | 0.80 | 1,436.00 |
| 03/02/21 | Gerten, Alexander | Attention to correspondence as to status conference. | 0.20 | 197.00 |
| 03/02/21 | Hawkins, Salah M. | Conduct research and draft summary regarding differences between contested matter and adversary proceeding procedures. | 2.40 | 2,436.00 |
| 03/03/21 | Moskowitz, Lauren A. | Attention to strategy re administrative expense motion. | 2.00 | 3,310.00 |
| 03/03/21 | Moskowitz, Lauren A. | Attention to strategy re dispute resolution. | 2.00 | 3,310.00 |
| 03/03/21 | Zobitz, George E. | Internal call in prep for meet and confer. | 0.20 | 359.00 |
| 03/03/21 | Zobitz, George E. | Reviewed list from SheppardMullin. | 0.30 | 538.50 |
| 03/03/21 | Zobitz, George E. | Meet and confer with SheppardMullin. | 1.20 | 2,154.00 |
| 03/03/21 | Zobitz, George E. | Call with SheppardMullin regarding West Capella issue. | 1.10 | 1,974.50 |
| 03/03/21 | Zobitz, George E. | Internal call regarding strategy with SDLP/TLB. | 0.40 | 718.00 |
| 03/03/21 | Zobitz, George E. | Emails regarding SDLP/TLB. | 0.20 | 359.00 |
| 03/03/21 | Zumbro, Paul H. | Review scheduling proposal from SheppardMullin | 1.30 | 2,333.50 |
| 03/03/21 | Zumbro, Paul H. | Meet and confer with SheppardMullin | 1.20 | 2,154.00 |
| 03/03/21 | Zumbro, Paul H. | Call with SheppardMullin re certain issues | 1.10 | 1,974.50 |
| 03/03/21 | Gerten, Alexander | Attend internal preparatory call in advance of call as to status conference. | 0.30 | 295.50 |
| 03/03/21 | Gerten, Alexander | Attend call as to status conference with Sheppard Mullin. | 0.70 | 689.50 |
| 03/03/21 | Hawkins, Salah M. | Meet and confer with Seadrill Partners' counsel regarding procedure for resolving payment and monies owed disputes between the parties. | 1.70 | 1,725.50 |
| 03/03/21 | Hawkins, Salah M. | Prepare for meet and confer with Seadrill Partners' counsel. | 0.40 | 406.00 |
| 03/04/21 | Moskowitz, Lauren A. | Attention to strategy re administrative expense motion. | 1.50 | 2,482.50 |
| 03/04/21 | Moskowitz, Lauren A. | Attention to strategy re dispute resolution. | 1.50 | 2,482.50 |
| 03/04/21 | Zobitz, George E. | Call with company regarding strategy. | 0.90 | 1,615.50 |
| 03/04/21 | Zobitz, George E. | Attention to research regarding set off. | 0.70 | 1,256.50 |
| 03/04/21 | Zobitz, George E. | Internal calls regarding strategy. | 0.80 | 1,436.00 |
| 03/04/21 | Zobitz, George E. | Call with K&E regarding strategy. | 0.80 | 1,436.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 03/04/21 | Zumbro, Paul H. | Call with K&E | 0.80 | 1,436.00 |
| 03/04/21 | Zumbro, Paul H. | Call with Seadrill | 0.90 | 1,615.50 |
| 03/04/21 | Zumbro, Paul H. | Attention to follow up matters | 0.80 | 1,436.00 |
| 03/04/21 | Zumbro, Paul H. | Attention to follow up matters with SheppardMullin | 0.80 | 1,436.00 |
| 03/04/21 | Zumbro, Paul H. | Attention to matters regarding potential motion | 0.20 | 359.00 |
| 03/04/21 | Zumbro, Paul H. | Call with K&E | 0.90 | 1,615.50 |
| 03/04/21 | Brown, Conner J. | Conduct research re issues implicated by "dueling debtor" situation. | 1.60 | 1,064.00 |
| 03/04/21 | Brown, Conner J. | Discuss with S. Hawkins, A. Gerten, and Haynes and Boone team re next steps in motion relating to the MSAs. | 0.60 | 399.00 |
| 03/04/21 | Brown, Conner J. | Discuss with P. Zumbro, J. Zobitz, L. Moskowitz, S. Hawkins, A. Gerten, re strategy and scheduling conference. | 0.90 | 598.50 |
| 03/04/21 | Gerten, Alexander | Call with Haynes and Boone to discuss procedural and strategic matters. | 0.50 | 492.50 |
| 03/04/21 | Gerten, Alexander | Internal meeting as to next steps on disputes with SDLP. | 0.50 | 492.50 |
| 03/04/21 | Hawkins, Salah M. | Draft motion concerning payment and monies owed disputes (3.6); Internal call with P. Zumbro and others regarding same (1.1). | 4.70 | 4,770.50 |
| 03/04/21 | Hawkins, Salah M. | Draft chart of key issues between Partners and Limited regarding payments and monies owed and tasks that will need to be completed in litigating such issues. | 3.20 | 3,248.00 |
| 03/04/21 | Hawkins, Salah M. | Call with client regarding procedure for resolving payment and monies owed disputes between the parties and prepare for same. | 0.60 | 609.00 |
| 03/05/21 | Moskowitz, Lauren A. | Attention to strategy re administrative expense motion. | 0.10 | 165.50 |
| 03/05/21 | Moskowitz, Lauren A. | Attention to strategy re dispute resolution. | 0.20 | 331.00 |
| 03/05/21 | Moskowitz, Lauren A. | Attention to strategy re MSAs. | 0.20 | 331.00 |
| 03/05/21 | Zumbro, Paul H. | Attention to status of TLB issues | 0.50 | 897.50 |
| 03/05/21 | Zumbro, Paul H. | Calls re: TLB issues | 0.50 | 897.50 |
| 03/05/21 | Brown, Conner J. | Conduct research re issues implicated by dueling debtor scenario and confer with S. Hawkins. | 2.10 | 1,396.50 |

3

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 03/05/21 | Hawkins, Salah M. | Draft motion concerning payment and monies owed disputes. | 7.60 | 7,714.00 |
| 03/05/21 | Hawkins, Salah M. | Coordinate filing of pro hac vice application in Seadrill Limited cases. | 0.50 | 507.50 |
| 03/05/21 | Yepes, Favio Cesar | Attention in auditing an e Binder | 0.40 | 138.00 |
| 03/05/21 | Greenfield, Robert | Attention to preparation and revisions for e-binder and hyperlinked index for draft motion relating to the MSAs with substitution of precedent motion. | 3.90 | 1,384.50 |
| 03/07/21 | Moskowitz, Lauren A. | Attention to strategy re administrative expense motion. | 0.30 | 496.50 |
| 03/07/21 | Moskowitz, Lauren A. | Attention to strategy re dispute resolution. | 0.30 | 496.50 |
| 03/07/21 | Moskowitz, Lauren A. | Attention to strategy re MSAs. | 0.40 | 662.00 |
| 03/07/21 | Zobitz, George E. | Reviewed and revised motion relating to the MSAs. | 1.40 | 2,513.00 |
| 03/07/21 | Zumbro, Paul H. | Attention to motion relating to the MSAs | 1.30 | 2,333.50 |
| 03/07/21 | Brown, Conner J. | Assist S. Hawkins with drafting the Seadrill Limited motion relating to the MSAs. | 0.90 | 598.50 |
| 03/07/21 | Gerten, Alexander | Review draft motion relating to the MSAs. | 0.50 | 492.50 |
| 03/07/21 | Hawkins, Salah M. | Revise motion concerning payment and monies owed disputes. | 2.80 | 2,842.00 |
| 03/08/21 | Moskowitz, Lauren A. | Attention to strategy re administrative expense motion. | 0.30 | 496.50 |
| 03/08/21 | Moskowitz, Lauren A. | Attention to strategy re dispute resolution. | 0.30 | 496.50 |
| 03/08/21 | Moskowitz, Lauren A. | Attention to strategy re MSAs. | 0.40 | 662.00 |
| 03/08/21 | Zobitz, George E. | Call regarding strategy. | 0.40 | 718.00 |
| 03/08/21 | Zobitz, George E. | Call regarding revised motion. | 0.40 | 718.00 |
| 03/08/21 | Zobitz, George E. | Reviewed revised motion. | 0.30 | 538.50 |
| 03/08/21 | Zumbro, Paul H. | Attention to MSA related matters. | 1.50 | 2,692.50 |
| 03/08/21 | Zumbro, Paul H. | Call with SheppardMullin | 1.40 | 2,513.00 |
| 03/08/21 | Brown, Conner J. | Discuss with P. Zumbro, J. Zobitz, L. Moskowitz, S. Hawkins, A. Gerten, re motion relating to the MSAs updating application for administrative expenses strategy. | 0.50 | 332.50 |
| 03/08/21 | Brown, Conner J. | Update proposed order and De Souza declaration for application for payment of administrative expenses. | 1.50 | 997.50 |

4

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 03/08/21 | Brown, Conner J. | Assist A. Gerten and S. Hawkins with updates to the Application for Payment of Administrative Expenses and the motion relating to the MSAs. | 0.90 | 598.50 |
| 03/08/21 | Gerten, Alexander | Review and edit application for administrative expenses. | 2.40 | 2,364.00 |
| 03/08/21 | Gerten, Alexander | Discuss strategy related to motion concerning the MSAs. | 0.60 | 591.00 |
| 03/08/21 | Hawkins, Salah M. | Call with P. Zumbro and others regarding motion concerning payment and monies owed disputes. | 0.60 | 609.00 |
| 03/08/21 | Hawkins, Salah M. | Revise motion concerning payment and monies owed disputes. | 5.70 | 5,785.50 |
| 03/09/21 | Moskowitz, Lauren A. | Attention to strategy re administrative expense motion. | 0.10 | 165.50 |
| 03/09/21 | Moskowitz, Lauren A. | Attention to strategy re dispute resolution. | 0.10 | 165.50 |
| 03/09/21 | Moskowitz, Lauren A. | Attention to strategy re MSAs. | 0.10 | 165.50 |
| 03/09/21 | Moskowitz, Lauren A. | Attention to court hearing in Seadrill Limited cases. | 0.70 | 1,158.50 |
| 03/09/21 | Zobitz, George E. | Reviewed settlement term sheet. | 0.50 | 897.50 |
| 03/09/21 | Zobitz, George E. | Reviewed revised admin expense motion. | 0.80 | 1,436.00 |
| 03/09/21 | Zobitz, George E. | Reviewed revised motion relating to the MSAs. | 0.80 | 1,436.00 |
| 03/09/21 | Zumbro, Paul H. | Attention motion relating to the MSAs and related matters. | 1.00 | 1,795.00 |
| 03/09/21 | Zumbro, Paul H. | Attention to settlement term sheet | 0.50 | 897.50 |
| 03/09/21 | Brown, Conner J. | Update Application for Payment of Administrative Expenses with comments from J. Zobitz. | 0.60 | 399.00 |
| 03/09/21 | Gerten, Alexander | Edit administrative expense application. | 0.70 | 689.50 |
| 03/09/21 | Hawkins, Salah M. | Revise motion concerning payment and monies owed disputes. | 3.60 | 3,654.00 |
| 03/09/21 | Severini, Roberto | Attention to the request to grant attorneys/paralegals access to shared network folder at the request of C. Brown. | 0.20 | 81.00 |
| 03/11/21 | Moskowitz, Lauren A. | Attention to strategy re administrative expense motion/dispute resolution/MSAs. | 0.20 | 331.00 |
| 03/11/21 | Zobitz, George E. | Reviewed comments to motion relating to the MSAs. | 0.50 | 897.50 |

[[DMS:5618890v5:04/15/2021-06:23 PM]]

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 03/11/21 | Zumbro, Paul H. | Attention to SDLP exclusivity extension motion and related matters, including comments to the motion relating to the MSAs | 0.70 | 1,256.50 |
| 03/11/21 | Gerten, Alexander | Correspondence as to motions to approve SDLP's entry into MSAs with new service providers. | 0.50 | 492.50 |
| 03/12/21 | Gerten, Alexander | Review settlement term sheet relating to dispute with SDLP and their lenders. | 0.80 | 788.00 |
| 03/15/21 | Moskowitz, Lauren A. | Attention to strategy re administrative expense motion. | 0.30 | 496.50 |
| 03/15/21 | Moskowitz, Lauren A. | Attention to strategy re dispute resolution. | 0.30 | 496.50 |
| 03/15/21 | Moskowitz, Lauren A. | Attention to strategy re MSAs. | 0.40 | 662.00 |
| 03/15/21 | Zobitz, George E. | Call with SheppardMullin regarding hearing and case status. | 1.30 | 2,333.50 |
| 03/15/21 | Zobitz, George E. | Emails with CSM team regarding MSAs and adequate assurance considerations. | 1.10 | 1,974.50 |
| 03/15/21 | Zobitz, George E. | Call with S. Redding. | 0.50 | 897.50 |
| 03/15/21 | Zumbro, Paul H. | Status call with client | 0.50 | 897.50 |
| 03/15/21 | Zumbro, Paul H. | Follow up matters | 0.50 | 897.50 |
| 03/15/21 | Zumbro, Paul H. | Call with SheppardMullin | 1.30 | 2,333.50 |
| 03/15/21 | Zumbro, Paul H. | Call with K&E | 1.20 | 2,154.00 |
| 03/15/21 | Brown, Conner J. | Respond to multiple questions from P. Zumbro on the status of the Seadrill cases and the Vantage motion for new contracts. | 1.10 | 731.50 |
| 03/15/21 | Gerten, Alexander | Review Vantage MSA motion. | 0.50 | 492.50 |
| 03/15/21 | Hawkins, Salah M. | Revise motions concerning payment and monies owed disputes (1.2); Correspond with P. Zumbro and others regarding same (.6). | 1.80 | 1,827.00 |
| 03/16/21 | Moskowitz, Lauren A. | Attention to strategy re administrative expense motion. | 0.30 | 496.50 |
| 03/16/21 | Moskowitz, Lauren A. | Attention to strategy re dispute resolution. | 0.30 | 496.50 |
| 03/16/21 | Moskowitz, Lauren A. | Attention to strategy re MSAs. | 0.40 | 662.00 |
| 03/16/21 | Zobitz, George E. | Reviewed revised motions. | 0.80 | 1,436.00 |
| 03/16/21 | Zobitz, George E. | Call with White and Case (co-comm counsel for SDRL lenders) regarding case status. | 0.50 | 897.50 |
| 03/16/21 | Zobitz, George E. | Internal call regarding strategy. | 0.50 | 897.50 |

[[DMS:5618890v5:04/15/2021-06:23 PM]]

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 03/16/21 | Zumbro, Paul H. | Attention to strategic considerations and related matters | 1.50 | 2,692.50 |
| 03/16/21 | Zumbro, Paul H. | Attention to matters related to pleadings | 1.30 | 2,333.50 |
| 03/16/21 | Zumbro, Paul H. | Attention to Diamond MSA filing (1.0); call with CoCom | 1.20 | 2,154.00 |
| 03/16/21 | Zumbro, Paul H. | Call with CoCom. | 0.50 | 897.50 |
| 03/16/21 | Brown, Conner J. | Discuss with S. Hawkins and T. De Souza re updates on SDLP invoicing. | 0.30 | 199.50 |
| 03/16/21 | Brown, Conner J. | Confer with S. Hawkins on changes for declaration in support of administrative expenses application. | 0.60 | 399.00 |
| 03/16/21 | Brown, Conner J. | Analyze and compile relevant sections from Vantage and Diamond management agreement motions regarding transition services. | 0.90 | 598.50 |
| 03/16/21 | Brown, Conner J. | Discuss with P. Zumbro, J. Zobitz, L. Moskowitz, S. Hawkins, A. Gerten, re strategy for motion relating to the MSAs and application for administrative expenses. | 1.00 | 665.00 |
| 03/16/21 | Brown, Conner J. | Update Zumbro declaration and application for administrative payment to match with changes made in the motion relating to the MSAs. | 3.20 | 2,128.00 |
| 03/16/21 | Brown, Conner J. | Update declaration in support of administrative expenses application and MSA motion. | 3.70 | 2,460.50 |
| 03/16/21 | Brown, Conner J. | Create, compile, and edit documents for exhibit list in De Souza Declaration and Zumbro Declaration. | 2.70 | 1,795.50 |
| 03/16/21 | Gerten, Alexander | Prepare talking points in advance of the hearing on the SDLP MSA motions. | 1.40 | 1,379.00 |
| 03/16/21 | Gerten, Alexander | Summarize provisions of SDLP plan in advance of hearing on SDLP's entry into new MSAs. | 1.10 | 1,083.50 |
| 03/16/21 | Gerten, Alexander | Prepare document summarizing pros and cons of different strategies relating to Seadrill Limited's MSAs with SDLP. | 1.30 | 1,280.50 |
| 03/16/21 | Hawkins, Salah M. | Call with client regarding motions concerning payment and monies owed disputes. | 0.50 | 507.50 |
| 03/16/21 | Hawkins, Salah M. | Revise motions concerning payment and monies owed disputes. | 9.70 | 9,845.50 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 03/16/21 | Hawkins, Salah M. | Call with P. Zumbro and others regarding outstanding issues between Partners and Limited. | 1.10 | 1,116.50 |
| 03/17/21 | Moskowitz, Lauren A. | Attention to strategy re administrative expense motion. | 0.20 | 331.00 |
| 03/17/21 | Moskowitz, Lauren A. | Attention to strategy re dispute resolution. | 0.10 | 165.50 |
| 03/17/21 | Moskowitz, Lauren A. | Attention to strategy re MSAs. | 0.20 | 331.00 |
| 03/17/21 | Zobitz, George E. | Internal call regarding strategy. | 0.30 | 538.50 |
| 03/17/21 | Zobitz, George E. | Call with Sheppard regarding status. | 0.50 | 897.50 |
| 03/17/21 | Zobitz, George E. | Reviewed talking points and motions. | 1.40 | 2,513.00 |
| 03/17/21 | Zobitz, George E. | Call w company re strategy for hearing. | 0.40 | 718.00 |
| 03/17/21 | Zumbro, Paul H. | Attention to revised pleadings and related matters. | 0.90 | 1,615.50 |
| 03/17/21 | Zumbro, Paul H. | Related calls to prepare for 3/18 hearing. | 0.50 | 897.50 |
| 03/17/21 | Zumbro, Paul H. | Attention to preparation for 3/18 hearing. | 0.70 | 1,256.50 |
| 03/17/21 | Zumbro, Paul H. | Attention to revised Vantage motion. | 0.70 | 1,256.50 |
| 03/17/21 | Brown, Conner J. | Confer with S. Hawkins on administrative expenses application and MSA motion. | 0.30 | 199.50 |
| 03/17/21 | Brown, Conner J. | Draft chart and compile ebinder summarizing the transition of services. | 1.50 | 997.50 |
| 03/17/21 | Brown, Conner J. | Review new proposed framework agreements and summarize important provisions for partner review. | 1.10 | 731.50 |
| 03/17/21 | Brown, Conner J. | Make final edits to declaration in support of administrative expenses application and MSA motion. | 0.60 | 399.00 |
| 03/17/21 | Gerten, Alexander | Legal research as to certain issues relating to set off rights. | 1.40 | 1,379.00 |
| 03/17/21 | Gerten, Alexander | Answer question from client relating to interaction timing of settlement with SDLP and confirmation of SDLP bankruptcy plan. | 0.60 | 591.00 |
| 03/17/21 | Hawkins, Salah M. | Revise motions concerning payment and monies owed disputes. | 4.80 | 4,872.00 |
| 03/17/21 | Hawkins, Salah M. | Calls with client regarding the motions and other outstanding issues. | 1.10 | 1,116.50 |
| 03/17/21 | Hawkins, Salah M. | Coordinate filing of pro hac vice applications for G. Zobitz, P. Zumbro and L. Moskowitz. | 0.40 | 406.00 |

8

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 03/17/21 | Greenfield, Robert | Attention to exchanges re transition services chart e-binder | 0.40 | 142.00 |
| 03/17/21 | Greenfield, Robert | Review of transition chart for e-binder. | 0.60 | 213.00 |
| 03/17/21 | Greenfield, Robert | Attention to draft of table of contents for preliminary e-binder re transition chart, incorporate revisions to same | 1.70 | 603.50 |
| 03/17/21 | Greenfield, Robert | Obtain filings from database and rename docket entries for use in e-binder. | 2.10 | 745.50 |
| 03/18/21 | Zobitz, George E. | Internal call regarding hearing. | 0.50 | 897.50 |
| 03/18/21 | Zobitz, George E. | Reviewed materials for hearing. | 0.60 | 1,077.00 |
| 03/18/21 | Zobitz, George E. | Attended SDLP hearing re MSAs. | 0.60 | 1,077.00 |
| 03/18/21 | Zumbro, Paul H. | Correspondence and call with K&E | 1.10 | 1,974.50 |
| 03/18/21 | Zumbro, Paul H. | Attention to D/S related matters | 0.90 | 1,615.50 |
| 03/18/21 | Zumbro, Paul H. | Call with SheppardMullin | 0.50 | 897.50 |
| 03/18/21 | Zumbro, Paul H. | Preparation for hearing | 0.80 | 1,436.00 |
| 03/18/21 | Zumbro, Paul H. | Attend hearing | 0.60 | 1,077.00 |
| 03/18/21 | Zumbro, Paul H. | Call with W&C | 0.20 | 359.00 |
| 03/18/21 | Brown, Conner J. | Attending hearing on Vantage Motion. | 0.50 | 332.50 |
| 03/18/21 | Brown, Conner J. | Draft email regarding recent extensions, adjournments, and supplemental filings in SDLP docket. | 0.60 | 399.00 |
| 03/18/21 | Brown, Conner J. | Confer with S. Hawkins on recent extensions, adjournments, and supplemental filings in SDLP docket. | 0.60 | 399.00 |
| 03/18/21 | Greenfield, Robert | Attention to creation of hyper-linked e-binder for references to transition services chart | 1.10 | 390.50 |
| 03/19/21 | Zobitz, George E. | Emails with company regarding proposed settlement terms. | 0.10 | 179.50 |
| 03/19/21 | Zobitz, George E. | Reviewed TLB response to proposed settlement terms. | 0.20 | 359.00 |
| 03/19/21 | Zumbro, Paul H. | Attention to settlement term sheet | 0.50 | 897.50 |
| 03/19/21 | Gerten, Alexander | Review revised settlement term sheet as between SDRL and SDLP. | 0.30 | 295.50 |
| 03/21/21 | Zobitz, George E. | Reviewed settlement term sheet. | 0.30 | 538.50 |
| 03/21/21 | Gerten, Alexander | Review revisions to term sheet between Seadrill Limited and SDLP. | 0.30 | 295.50 |
| 03/22/21 | Zobitz, George E. | Reviewed revised proposal on settlement of claims. | 0.30 | 538.50 |

9

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 03/22/21 | Zumbro, Paul H. | Attention to revised global settlement terms | 0.20 | 359.00 |
| 03/22/21 | Zumbro, Paul H. | Attention to revised plan and D/S | 0.10 | 179.50 |
| 03/22/21 | Brown, Conner J. | Draft e-mail to Seadrill team regarding amendment to Cash collateral milestones. | 0.30 | 199.50 |
| 03/22/21 | Hawkins, Salah M. | Coordinate logistics for team and client members attending court hearing on March 23, 2021. | 0.80 | 812.00 |
| 03/23/21 | Moskowitz, Lauren A. | Attention to disclosure statement hearing. | 0.40 | 662.00 |
| 03/23/21 | Moskowitz, Lauren A. | Attention to status conference re litigation disputes. | 0.40 | 662.00 |
| 03/23/21 | Zobitz, George E. | Call with CoCom and K&E. | 0.50 | 897.50 |
| 03/23/21 | Zobitz, George E. | Viewed revised proposal from TLB on post petition services, transition services and restructuring services. | 0.40 | 718.00 |
| 03/23/21 | Zobitz, George E. | Internal call re prep for hearing. | 1.20 | 2,154.00 |
| 03/23/21 | Zumbro, Paul H. | Attention to issues related to global settlement | 0.80 | 1,436.00 |
| 03/23/21 | Zumbro, Paul H. | Attention to SDLP amended disclosure statement | 1.40 | 2,513.00 |
| 03/23/21 | Zumbro, Paul H. | Call regarding hearing | 1.60 | 2,872.00 |
| 03/23/21 | Brown, Conner J. | Attend hearing on 3/23 on updates to SDLP's plan of reorganization. | 0.60 | 399.00 |
| 03/23/21 | Brown, Conner J. | Draft email to address questions from P. Zumbro regarding operational status of Seadrill vessels. | 0.70 | 465.50 |
| 03/23/21 | Hawkins, Salah M. | Prepare for court hearing | 0.30 | 304.50 |
| 03/23/21 | Hawkins, Salah M. | Attend court hearing regarding status of certain disputes, Seadrill Partners' financing motion and preliminary approval of the Partners' disclosure statement. | 0.80 | 812.00 |
| 03/24/21 | Zumbro, Paul H. | Attention to settlement matters | 0.30 | 538.50 |
| 03/26/21 | Zumbro, Paul H. | Attention to issues related to status conference | 0.30 | 538.50 |
| 03/26/21 | Zumbro, Paul H. | Call with K&E | 0.80 | 1,436.00 |
| 03/26/21 | Gerten, Alexander | Review SDLP supplemental disclosure statement documents. | 0.60 | 591.00 |
| 03/27/21 | Zumbro, Paul H. | Attention to 9019 motion | 0.30 | 538.50 |

[[DMS:5618890v5:04/15/2021-06:23 PM]]

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 03/27/21 | Brown, Conner J. | Conduct research re 5th circuit standards for accepting settlements and draft email to P. Zumbro re same. | 2.90 | 1,928.50 |
| 03/27/21 | Gerten, Alexander | Review and edit 9019 settlement motion between SDRL and SDLP. | 2.50 | 2,462.50 |
| 03/28/21 | Gerten, Alexander | Review and edit 9019 settlement motion between SDRL and SDLP. | 1.50 | 1,477.50 |
| 03/29/21 | Zobitz, George E. | Reviewed revised term sheet. | 0.40 | 718.00 |
| 03/29/21 | Zobitz, George E. | Reviewed 9019 conflicts motion. | 0.40 | 718.00 |
| 03/29/21 | Zumbro, Paul H. | Attention to 9019 motion and related matters | 2.40 | 4,308.00 |
| 03/29/21 | Gerten, Alexander | Review and revise MSA settlement motion in light of comments from P. Zumbro. | 3.60 | 3,546.00 |
| 03/29/21 | Gerten, Alexander | Call with J. Zobitz and P. Zumbro as to settlement motion and term sheet. | 0.30 | 295.50 |
| 03/29/21 | Gerten, Alexander | Coordinate on revisions to MSA settlement motion with K&E. | 0.30 | 295.50 |
| 03/31/21 | Moskowitz, Lauren A. | Attention to strategy re dispute. | 0.20 | 331.00 |
| 03/31/21 | Moskowitz, Lauren A. | Attention to preparation for status conference. | 0.30 | 496.50 |
| 03/31/21 | Zobitz, George E. | Reviewed revised language regarding releases. | 0.30 | 538.50 |
| 03/31/21 | Zobitz, George E. | Internal call re status and 4/1 hearing. | 0.40 | 718.00 |
| 03/31/21 | Zumbro, Paul H. | Attention to revised settlement proposal (.2); Call with K&E re same (.6). | 0.80 | 1,436.00 |
| 03/31/21 | Zumbro, Paul H. | Attention to pivot matters if settlement stalls | 0.40 | 718.00 |
| | | **Total for Conflicts Counsel Matters** | **216.60** | **268,365.00** |

**CRAV - Retention and Fee Applications**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 03/01/21 | Zumbro, Paul H. | Attention to retention application | 0.50 | 897.50 |
| 03/01/21 | Brown, Conner J. | Finalize edits to retention application for review by OGC team. | 0.40 | 266.00 |
| 03/01/21 | Gerten, Alexander | Review Cravath retention application. | 0.30 | 295.50 |
| 03/02/21 | Zumbro, Paul H. | Attention to retention application | 0.40 | 718.00 |
| 03/02/21 | Brown, Conner J. | Coordinate with A. Gerten on updating retention application and process edits from partners. | 2.10 | 1,396.50 |

[[DMS:5618890v5:04/15/2021-06:23 PM]]

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 03/03/21 | Brown, Conner J. | Discuss with B. DePeter, A. Gerten, S. Tawil on details of Seadrill Limited retention application. | 0.60 | 399.00 |
| 03/03/21 | Brown, Conner J. | Finalize Retention application with additional updates from partners. | 1.50 | 997.50 |
| 03/03/21 | Gerten, Alexander | Amend retention application in light of this call. | 0.40 | 394.00 |
| 03/03/21 | Gerten, Alexander | Call with Cravath Office of General Counsel as to retention application. | 0.40 | 394.00 |
| 03/05/21 | Zobitz, George E. | Call re retention. | 0.50 | 897.50 |
| 03/05/21 | Zumbro, Paul H. | Attention to retention application issues | 0.30 | 538.50 |
| 03/05/21 | Gerten, Alexander | Answer questions from K&E as to Cravath retention application. | 0.30 | 295.50 |
| 03/09/21 | Zobitz, George E. | Attention to tasks re fee statement prep. | 0.60 | 1,077.00 |
| 03/09/21 | King, Harold C. | Attention to retention matters | 0.50 | 415.00 |
| 03/09/21 | King, Harold C. | Call with P. Zumbro, J. Zobitz and A. Gerten re retention matters | 0.70 | 581.00 |
| 03/24/21 | Zumbro, Paul H. | Attention to retention issues and related UST comments | 0.30 | 538.50 |
| 03/25/21 | Zumbro, Paul H. | Attention to retention matters | 0.20 | 359.00 |
| 03/25/21 | Gerten, Alexander | Respond to questions from UST and comments on proposed Cravath retention order. | 0.40 | 394.00 |
| 03/31/21 | Gerten, Alexander | Review omnibus certificate of counsel for retention application. | 0.10 | 98.50 |
| | | **Total for Retention and Fee Applications** | **10.50** | **10,952.50** |
| | **Total** | | **227.10** | **$ 279,317.50** |

12