UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL LIMITED, *et al.*,[1] | ) | Case No. 21-30427 (DRJ) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**DEBTORS' WITNESS AND EXHIBIT LIST FOR HEARING SCHEDULED
FOR DECEMBER 22, 2021, AT 9:15 A.M. (PREVAILING CENTRAL TIME)**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") file their Witness and Exhibit List for the hearing to be held on **December 22, 2021, at 9:15 a.m. (prevailing Central Time)** (the "Hearing") as follows:

## WITNESSES

The Debtors may call the following witnesses at the Hearing:

1. Alex Orchowski, Director, Prime Clerk LLC;

2. Any witness listed by any other party;

3. Rebuttal witnesses as necessary; and

4. The Debtors reserve the right to cross-examine any witness called by any other party.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://cases.primeclerk.com/SeadrillLimited. The location of Debtor Seadrill Americas, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 11025 Equity Drive, Suite 150, Houston, Texas 77041.

**EXHIBITS**

| EXHIBIT | DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | W/D | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| 1. | Disclosure Statement Relating to the Joint Chapter 11 Plan of Reorganization of Seadrill Limited and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 861] | | | | | | |
| 2. | Joint Chapter 11 Plan of Reorganization of Seadrill Limited and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 862] | | | | | | |
| 3. | Order (I) Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures, with Respect to Confirmation of the Debtors' Proposed Joint Plan of Reorganization, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Approving the Form of the AOD Cash-Out Election Form, (V) Approving the Rights Offering Procedures and Related Materials, (VI) Scheduling Certain Dates with Respect Thereto, and (VII) Granting Related Relief [Docket No. 988] | | | | | | |
| 4. | First Amended Joint Chapter 11 Plan of Reorganization of Seadrill Limited and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 964] | | | | | | |
| 5. | First Amended Disclosure Statement Relating to the Joint Chapter 11 Plan of Reorganization of Seadrill Limited and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 965] | | | | | | |
| 6. | Second Amended Joint Chapter 11 Plan of Reorganization of Seadrill Limited and Its Debtor Affiliates Pursuant to | | | | | | |

| EXHIBIT | DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | W/D | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
|  | Chapter 11 of the Bankruptcy Code [Docket No. 1109] |  |  |  |  |  |  |
| 7. | Notice of Disclosure Statement Hearing [Docket No. 866] |  |  |  |  |  |  |
| 8. | Notice of Election to Exercise AOD Cash-Out Option and Limited Objection to Plan [Docket No. 1144] |  |  |  |  |  |  |
| 9. | Motion by Crédit Industriel et Commercial to Grant AOD Cash-Out Election Pursuant to Section III-B-4(c) of the Plan [Docket No. 1238] |  |  |  |  |  |  |
| 10. | Declaration of Stéphane Bisiaux-Outeiral in Support of Motion by Crédit Industriel et Commercial to Grant AOD Cash-Out Election [Docket No. 1239] |  |  |  |  |  |  |
| 11. | Affidavits of Service for Mailings for the Period from September 9, 2021 through September 24, 2021 [Docket No. 1044] |  |  |  |  |  |  |
| 12. | 12/13/2021 Crédit Industriel et Commercial's Objections and Responses to Debtors' First Set of Interrogatories to Crédit Industriel et Commercial |  |  |  |  |  |  |
| 13. | 12/8/2021 Debtdomain Seadrill Ltd. - Secured Bank Facilities Lenders Site (PDF) |  |  |  |  |  |  |
| 14. | 12/13/2021 D. Wolff Email to ABN AMRO (with attachment) |  |  |  |  |  |  |
| 15. | 12/15/21 Transcript of Deposition of Stéphane Bisiaux-Outeiral |  |  |  |  |  |  |
|  | Any document or pleading filed in the above-captioned main cases |  |  |  |  |  |  |
|  | Any exhibit necessary for impeachment and/or rebuttal purposes |  |  |  |  |  |  |
|  | Any reliance material underlying the above-referenced expert reports |  |  |  |  |  |  |
|  | Any exhibit identified or offered by any other party |  |  |  |  |  |  |

## **RESERVATION OF RIGHTS**

The Debtors reserve the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above and further reserve the right to supplement this list prior to the Hearing.

Houston, Texas
December 20, 2021

/s/ Matthew D. Cavenaugh

| | |
|---|---|
| **JACKSON WALKER L.L.P.** | **KIRKLAND & ELLIS LLP** |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Jennifer F. Wertz (TX Bar No. 24072822) | Anup Sathy, P.C. (admitted *pro hac vice*) |
| Vienna F. Anaya (TX Bar No. 24091225) | Ross M. Kwasteniet, P.C. (admitted *pro hac vice*) |
| Victoria Argeroplos (TX Bar No. 24105799) | Spencer Winters (admitted *pro hac vice*) |
| 1401 McKinney Street, Suite 1900 | 300 North LaSalle Street |
| Houston, TX 77010 | Chicago, Illinois 60654 |
| Telephone: (713) 752-4200 | Telephone: (312) 862-2000 |
| Facsimile: (713) 752-4221 | Facsimile: (312) 862-2200 |
| Email: mcavenaugh@jw.com | Email: asathy@kirkland.com |
|        jwertz@jw.com |        rkwasteniet@kirkland.com |
|        vanaya@jw.com |        spencer.winters@kirkland.com |
|        vargeroplos@jw.com | |

*Co-Counsel to the Debtors*
*and Debtors in Possession*

- and -

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Christopher Marcus, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:      cmarcus@kirkland.com

*Co-Counsel to the Debtors*
*and Debtors in Possession*

**Certificate of Service**

      I certify that on December 20, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                    */s/ Matthew D. Cavenaugh*
                                                    Matthew D. Cavenaugh