# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| SEADRILL LIMITED, *et al.*,[1] | ) ) ) | Case No. 21-30427 (DRJ) (Jointly Administered) |
| Debtors. | ) ) ) ) | |

### CRÉDIT INDUSTRIEL ET COMMERCIAL'S WITNESS AND EXHIBIT LIST FOR HEARING SCHEDULED FOR DECEMBER 22, 2021, AT 9:15 A.M. (PREVAILING CENTRAL TIME)

Crédit Industriel et Commercial ("**CIC**"), files its Witness and Exhibit List for the hearing to be held on **December 22, 2021, at 9:15 a.m. (prevailing Central Time)** (the "**Hearing**") as follows:

### WITNESSES

CIC may call the following witnesses at the Hearing:

1. Alex Orchowski, Director of Global Corporate Actions at Prime Clerk LLC;

2. Rebuttal witnesses as necessary; and

3. CIC reserves the right to cross-examine any witnesses called by any other party.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at: http:/cases.primeclerk.com/SeadrillLimited.

**EXHIBITS**

| EXHIBIT | DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | W/D | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| 1. | Transcript of October 26, 2021 Confirmation Hearing | | | | | | |
| 2. | Notice of Election to Exercise AOD Cash-Out Election and Limited Objection to Plan [Docket No. 1144] | | | | | | |
| 3. | Motion by Crédit Industriel et Commercial to Grant AOD Cash-Out Election Pursuant to Section III-B-4(c) of the Plan [Docket No. 1238] | | | | | | |
| 4. | Declaration of Stéphane Bisiaux-Outeiral in Support of Motion by Crédit Industriel et Commercial to Grant AOD Cash-Out Election [Docket No. 1239] | | | | | | |
| 5. | Second Amended Joint Chapter 11 Plan of Reorganization of Seadrill Limited and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 1109] | | | | | | |
| 6. | First Amended Disclosure Statement Relating to the Joint Chapter 11 Plan of Reorganization [Docket No. 965] | | | | | | |
| 7. | Order Confirming the Second Amended Joint Chapter 11 Plan of Reorganization of Seadrill Limited and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 1158] | | | | | | |
| 8. | Affidavit of Service of Solicitation Materials [Docket No. 1044-1] | | | | | | |
| 9. | Debtors' Motion to Approve Disclosure Statement [Docket No. 863] | | | | | | |
| 10. | Disclosure Statement Order [Docket No. 988] | | | | | | |
| 11. | Email from Francis Petrie dated October 21, 2021 | | | | | | |
| 12. | Crédit Industriel et Commercial's Objections and Responses to | | | | | | |

|    | | | | | | | |
|----|---|---|---|---|---|---|---|
|    | Debtors' First Set of Interrogatories to Crédit Industriel et Commercial | | | | | | |
| 13. | Agency Replacement Agreement, dated November 6, 2020 | | | | | | |
| 14. | Screenshot of Debtdomain Notifications, dated December 12, 2021 | | | | | | |
| 15. | Email from Damien Wolff entitled "Asia Offshore Drilling – 2013 – New Document(s) Posted), dated Friday, April 5, 2013 | | | | | | |
| 16. | CIC AOD_Admin_Details_Form | | | | | | |
| 17. | Email from Jacqueline Kusbac dated November 5, 2021 | | | | | | |
| 18 | Declaration of Alex Orchowski of Prime Clerk LLC Regarding the Solicitation of Votes and Tabulation of Ballots Cast on the First Amended Joint Chapter 11 Plan of Reorganization of Seadrill Limited and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 1094] | | | | | | |
| 19 | Debtors' Emergency Application for Entry of an Order Authorizing the Employment and Retention of Prime Clerk LLC as Claims, Noticing, and Solicitation Agent [Docket No. 43] | | | | | | |
| 20 | Debtors' Objection to Motion by Crédit Industriel et Commercial to Grant AOD Cash-Out Election Pursuant to Section III-B-4(c) of the Plan [Docket No. 1305] | | | | | | |
| 21 | Facility Agreement dated April 9, 2013 | | | | | | |
| 22 | Email from Damien Wolff dated August 19, 2021 | | | | | | |
| 23 | Lender Register – CIC.XLSX | | | | | | |
| 24 | Mike Schuler, Seadrill Stakeholders Vote to Accept Reorganization Plan, Paving Way for Bankruptcy Exit, dated October 11, 2021 | | | | | | |
| 25 | Transcript of Deposition of Alex Orchowski, December 17, 2021 | | | | | | |
|   | Any document or pleading filed in the above-captioned main cases | | | | | | |

|  | | | | | | |
|---|---|---|---|---|---|---|
| | Any exhibit necessary for impeachment and/or rebuttal purposes | | | | | |
| | Any exhibit identified or offered by any other party | | | | | |

## RESERVATION OF RIGHTS

CIC reserves the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above and further reserves the right to supplement this list prior to the Hearing.

New York, New York  
Dated: December 20, 2021

/s/ *Madlyn Gleich Primoff*  
Madlyn Gleich Primoff (admitted *pro hac vice*)  
Alexander Adams Rich (admitted *pro hac vice*)  
Freshfields Bruckhaus Deringer US LLP  
601 Lexington Avenue, 31st Floor  
New York, NY 10022  
Telephone: (212) 277-4000  
Facsimile: (212) 277-4001

*Attorneys for Crédit Industriel et Commercial*

**CERTIFICATE OF SERVICE**

    I certify that on December 20, 2021, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

                                       /s/ *Madlyn Gleich Primoff*
                                       Madlyn Gleich Primoff