UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL LIMITED, *et al.*,[1] | ) | Case No. 21-30427 (DRJ) |
| | ) | |
| Reorganized Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Re:  Docket No. 1530 |

**ORDER SUSTAINING REORGANIZED DEBTORS'
ELEVENTH OMNIBUS OBJECTION TO CERTAIN PROOFS OF CLAIM
(SATISFIED CLAIMS, PARTIALLY SATISFIED CLAIMS, NO LIABILITY
CLAIMS, AMENDED CLAIM, AND LATE FILED CLAIM)**

Upon the objection (the "Objection")[2] of the above-captioned reorganized debtors (before the Effective Date of the Plan, collectively, the "Debtors," and after the Effective Date of the Plan, collectively, the "Reorganized Debtors") seeking entry of an order (this "Order") sustaining the Objection and disallowing the Disputed Claims as set forth in the Objection; and this Court having found that this Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Objection is in the best interests of the Reorganized Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Reorganized Debtors' notice of the

---

[1]  A complete list of each of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.ra.kroll.com/SeadrillLimited/. The location of Reorganized Debtor Seadrill Americas, Inc.'s principal place of business and the Reorganized Debtors' service address in these chapter 11 cases is 11025 Equity Drive, Suite 150, Houston, Texas 77041.

[2]  Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Objection.

Objection and opportunity for a hearing thereon were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Objection and having heard the statements in support of the relief requested therein at a hearing before this Court, if any; and this Court having determined that the legal and factual bases set forth in support of the Objection establish just cause for the relief granted herein; and upon the Bixler Declaration; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. Any response to the Objection not otherwise withdrawn, resolved, or adjourned is hereby overruled on its merits.

2. The Satisfied Claims listed on **Schedule 1** attached hereto are hereby disallowed in their entirety.

3. The Partially Satisfied Claims listed on **Schedule 2** attached hereto are hereby modified as set forth in **Schedule 2**.

4. The No Liability Claims listed on **Schedule 3** attached hereto are hereby disallowed in their entirety.

5. The Late Filed Claim listed on **Schedule 4** attached hereto is hereby disallowed in its entirety.

6. The Amended Claim listed on **Schedule 5** attached hereto is hereby disallowed in its entirety.

7. The Reorganized Debtors' claims, noticing, and solicitation agent, Kroll's Restructuring Administration (formerly known as Prime Clerk LLC), shall update the claims register maintained in these chapter 11 cases to reflect the relief granted in this Order.

8. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (a) an admission as to the validity of any prepetition claim against a Reorganized Debtor entity; (b) a waiver of the Reorganized Debtors' right to dispute any prepetition claim on any grounds; (c) a promise or requirement to pay any prepetition claim; (d) an implication or admission that any particular claim is of a type specified or defined in this Objection or any order granting the relief requested by this Objection; (e) request or authorization to assume any prepetition agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; or (f) a waiver of the Reorganized Debtors' rights under the Bankruptcy Code or any other applicable law.

9. The Reorganized Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order.

10. This Order shall be immediately effective and enforceable upon its entry.

11. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Houston, Texas
Dated: _____, 2023

                                          DAVID R. JONES
                                          UNITED STATES BANKRUPTCY JUDGE

**Schedule 1**

**Satisfied Claims**

Eleventh Omnibus Objection
Schedule 1 - Satisfied Claims

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | ATEA AS. SENTRUMSVEGEN 10 SOLA, 4055 NORWAY | 04/09/2021 | 21-30433 Seadrill Management Ltd. | 5012570 | $54.03 | Claim satisfied via payment of invoice by EFT transfer #873730 dated 11/23/2022. |
| 2 | AXIOM GLOBAL LTD. 159-173 ST. JOHN ST LONDON, EC1V 4QJ UNITED KINGDOM | 04/09/2021 | 21-30433 Seadrill Management Ltd. | 5012573 | $9,763.58 | Claim satisfied via payment of invoice by EFT transfer #861135 dated 08/18/2022. |
| 3 | CITIBANK EUROPE PLC, UK BRANCH 5TH FLOOR CITIGROUP CENTRE 25 CANADA SQUARE, CANARY WHARF LONDON, E14 5LB UNITED KINGDOM | 04/09/2021 | 21-30478 Seadrill Rig Holding Company Limited | 5012191 | $7,930.03 | Claim satisfied via payment of invoices by EFT transfer #807640 dated 04/08/2021 and #851306 dated 05/17/2022. |
| 4 | CONNECTOR SPECIALISTS, INC. PO BOX 8988 MANDEVILLE, LA 70470-8988 | 06/14/2021 | 21-30508 Sevan Drilling North America LLC | 297 | $21,393.80 | Claim satisfied via payment of invoices by ACH #815642 dated 06/23/2021, #815646 dated 06/23/2021, #815701 dated 06/23/2021, #816558 dated 07/01/2021, #818002 dated 07/14/2021, and #846295 dated 04/05/2022. |
| 5 | DNB BANK ASA DRONNING EUFEMIAS GATE 30 OSLO, 191 NORWAY | 04/09/2021 | 21-30478 Seadrill Rig Holding Company Limited | 5012363 | $8,206.94 | Claim satisfied via payment of invoices by EFT transfer #807639 dated 04/08/2021, #814300 dated 06/09/2021, and #841245 dated 02/16/2022. |
| 6 | FITZWILLIAM, STONE, FURNESS-SMITH & MORGAN 48-50 SACKVILLE STREET P.O. BOX 75 PORT OF SPAIN, TRINIDAD & TOBAGO | 04/09/2021 | 21-30432 Seadrill Freedom Ltd. | 5011312 | $2,469.40 | Claim satisfied via payment of invoice by wire payment #875030 dated 12/08/2022. |
| 7 | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP ATTN: JENNIFER O'BRIEN, ASST. GENERAL COUNSEL 90 MATAWAN ROAD MATAWAN, NJ 07747 | 05/14/2021 | 21-30425 Seadrill Americas, Inc. | 91 | $4,495.00 | Claim satisfied via payment of invoice by ACH #874552 dated 12/06/2022 and #880818 dated 02/07/2023. |

Eleventh Omnibus Objection
Schedule 1 - Satisfied Claims

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 8 | LOUISIANA DEPARTMENT OF REVENUE<br>PO BOX 66658<br>BATON ROUGE, LA 70896-6658 | 05/13/2021 | 21-30425<br>Seadrill Americas, Inc. | 87 | $1,847.45 | Claim satisfied via payment of invoices by credit card ending in 1002 on 11/03/2022. |
| 9 | NORDEA BANK NORGE ASA<br>P.O BOX 1166<br>SENTRUM<br>OSLO, 107<br>NORWAY | 04/09/2021 | 21-30427<br>Seadrill Limited | 5012076 | $94,617.80 | Claim satisfied via payment of invoices by EFT transfer #827655 dated 10/07/2021, #839389 dated 01/31/2022, #839392 dated 01/31/2022, #839393 dated 01/31/2022, and #851555 dated 05/20/2022. |
| 10 | NORDEA BANK NORGE ASA<br>P.O BOX 1166<br>SENTRUM<br>OSLO, 107<br>NORWAY | 04/09/2021 | 21-30451<br>Seadrill Neptune Hungary Kft. | 5012680 | $30,311.30 | Claim satisfied via subsequent payment of invoice by EFT transfer #827655 dated 10/07/2021. |
| 11 | NORDEA BANK NORGE ASA<br>P.O BOX 1166<br>SENTRUM<br>OSLO, 107<br>NORWAY | 04/09/2021 | 21-30527<br>Seadrill Sevan Holdings Limited | 5013006 | $546.87 | Claim satisfied via payment of invoice by EFT transfer #851555 dated 05/20/2022. |
| 12 | SAVILLE & CO<br>ONE CAREY LANE,<br>LONDON, EC2V 8AE<br>UNITED KINGDOM | 04/09/2021 | 21-30433<br>Seadrill Management Ltd. | 5011576 | $682.14 | Claim satisfied via payment of invoice by EFT transfer #871841 dated 11/07/2022. |
| 13 | SEATANKERS MANAGEMENT CO. LTD.<br>C/O SEATANKERS SERVICES (UK) LLP<br>ATTN: ED MILLS-WEBB - GENERAL COUNSEL<br>15 SLOANE SQUARE<br>LONDON, SW1W 8ER | 06/10/2021 | 21-30541<br>Seadrill UK Ltd. | 190 | $324,032.00 | Claim satisfied via subsequent payment of invoices by EFT transfer #839081 dated 01/26/2022. |
| 14 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM<br>40 BANK STREET, CANARY WHARF<br>LONDON, EI45DS<br>UNITED KINGDOM | 04/09/2021 | 21-30433<br>Seadrill Management Ltd. | 5011602 | $939,022.61 | Claim satisfied via subsequent payment of invoices by EFT transfer #790113 dated 10/19/2020 and #799433 dated 01/14/2021. |

2

Eleventh Omnibus Objection
Schedule 1 - Satisfied Claims

|  | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 15 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM<br>40 BANK STREET, CANARY WHARF<br>LONDON, EI45DS<br>UNITED KINGDOM | 04/09/2021 | 21-30427<br>Seadrill Limited | 5012330 | $1,189,327.20 | Claim satisfied via subsequent payment of invoices by EFT transfer #790326 dated 10/20/2020, #813345 dated 06/01/2021, and #862159 dated 08/24/2022. |
| 16 | SOUTH AFRICAN BUNKERING AND TRADING<br>MILL MALL, SUITE 6<br>WICKHAMS CAY 1<br>ROAD TOWN,<br>BRITISH VIRGIN ISLANDS | 04/09/2021 | 21-30442<br>Seadrill Global Services Ltd. | 5012426 | $509,418.70 | Claim satisfied via subsequent payment of invoices by EFT transfer #803768 dated 03/01/2021. |
|  |  |  | TOTAL |  | $3,144,118.85 |  |

3

**Schedule 2**

**Partially Satisfied Claims**

Eleventh Omnibus Objection
Schedule 2 - Partially Satisfied Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | SEATANKERS MANAGEMENT CO. LTD. C/O SEATANKERS SERVICES (UK) LLP ATTN: ED MILLS-WEBB - GENERAL COUNSEL 15 SLOANE SQUARE LONDON, SW1W 8ER | 191 | Seadrill Limited | Unsecured | $457,888.00 | Seadrill Limited | Unsecured | $336,835.23 |

Reason: Invoices totaling $121,052.77 satisfied via payment of invoices by EFT transfer #845183 dated 03/22/2022. For the remaining balance of $336,835.23, the Reorganized Debtors are objecting on a no liability basis (see Schedule 3).

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | STAMP A VISA, LLC 5959 WESTHEIMER STE. 107 HOUSTON, TX 77057 | 5012560 | Seadrill Management AME Ltd. | Unsecured | $51,540.45 | Seadrill Management AME Ltd. | Unsecured | $1,335.00 |

Reason: Invoices totaling $50,205.45 satisfied via payment of invoices by EFT transfer #807676 dated 04/08/2021, #808153 dated 04/14/2021, #811607 dated 05/12/2021, #852822 dated 06/06/2022, and #858862 dated 08/01/2022. For the remaining balance of $1,335.00, the Reorganized Debtors are objecting on a no liability basis (see Schedule 3).

Eleventh Omnibus Objection
Schedule 2 - Partially Satisfied Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | TAMIMI COMPANY FOR COMMERCIAL & MAINTENANCE ATTN: AHMAD SALAH, CEO TAMIMI BUILDING,DHAHRAN / AL KHOBAR ROAD NEAR MACDONALD PO BOX 230 AL KHOBAR, 31952 | 5011705 | Seadrill GCC Operations Ltd | Unsecured | $13,995.64 | Seadrill GCC Operations Ltd | Unsecured | $4,099.39 |

Reason: Invoices totaling $9,896.25 satisfied via subsequent payment of invoices by EFT transfer #815821 dated 06/23/2021. For the remaining balance of $4,099.39, the Reorganized Debtors are objecting on a no liability basis (see Schedule 3).

2

**Schedule 3**

**No Liability Claims**

Eleventh Omnibus Objection
Schedule 3 - No Liability Claims

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | ACME TRUCK LINE, INC.<br>P.O. BOX 183<br>HARVEY, LA 70059 | 04/16/2021 | 21-30427<br>Seadrill Limited | 69 | $37,470.53 | Liability asserted by claimant is due from a non-Debtor affiliate (Seadrill Gulf Operations Auriga LLC and Seadrill Gulf Operations Vela LLC). |
| 2 | AT&T<br>PO BOX 105414<br>ATLANTA, GA 30348<br>UNITED STATES | 04/09/2021 | 21-30425<br>Seadrill Americas, Inc. | 5011728 | $4,950.50 | The Reorganized Debtors cancelled/terminated the associated invoice due to the Claimant asserting invalid liabilities and/or the Claimant had procedural errors with submission of their invoice. |
| 3 | CONNECTOR SPECIALISTS, INC.<br>PO BOX 8988<br>MANDEVILLE, LA 70470-8988 | 06/14/2021 | 21-30448<br>Seadrill Offshore Malaysia Sdn. Bhd. | 309 | $147,880.82 | Liability asserted by claimant is due from a non-Debtor affiliate (Seadrill Partners Malaysia Sdn Bhd). |
| 4 | HOCK SENG MARINE ENGINEERING PTE LTD<br>7 JOO KOON CRESCENT<br>629024<br>SINGAPORE | 03/10/2021 | 21-30537<br>Seadrill Management (S) Pte Ltd. | 35 | $222.22 | Liability asserted by claimant is due from a non-Debtor affiliate (Seadrill International Ltd.). |
| 5 | KLDISCOVERY LIMITED<br>HARIS SAAD MAHMOOD<br>NEXUS, 25 FARRINGDON STREET<br>LONDON, EC4A 4AB<br>UNITED KINGDOM | 02/26/2021 | 21-30425<br>Seadrill Americas, Inc. | 13 | $8,092.20 | Liability asserted by claimant is due from a non-Debtor affiliate (Seadrill Gulf Operations Auriga LLC and Seadrill Gulf Operations Vela LLC). |
| 6 | MINISTRY OF FINANCE OF THE REPUBLIC OF INDONESIA, DIRECTORATE GENERAL OF TAXES, OIL AND GAS TAX OFFICE<br>MUH TUNJUNG NUGROHO<br>TAMAN MAKAM PAHLAWAN KALIBATA STREET<br>SOUTH JAKARTA, 12760<br>INDONESIA | 08/10/2021 | 21-30452<br>Seadrill Indonesia Ltd. | 437 | $2.32* | The Reorganized Debtors' records reflect that all of outstanding liabilities to this Claimant as of the petition date have been paid pursuant to the Order on the Tax Motion at Docket 120. |
| 7 | MINISTRY OF FINANCE OF THE REPUBLIC OF INDONESIA, DIRECTORATE GENERAL OF TAXES, OIL AND GAS TAX OFFICE<br>MUH TUNJUNG NUGROHO<br>TAMAN MAKAM PAHLAWAN KALIBATA STREET<br>SOUTH JAKARTA, 12760<br>INDONESIA | 08/10/2021 | 21-30452<br>Seadrill Indonesia Ltd. | 438 | $6.90* | The Reorganized Debtors' records reflect that all of outstanding liabilities to this Claimant as of the petition date have been paid pursuant to the Order on the Tax Motion at Docket 120. |

*Indicates claim contains unliquidated and/or undetermined amounts

1

Eleventh Omnibus Objection
Schedule 3 - No Liability Claims

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 8 | MINISTRY OF FINANCE OF THE REPUBLIC OF INDONESIA, DIRECTORATE GENERAL OF TAXES, OIL AND GAS TAX OFFICE MUH TUNJUNG NUGROHO TAMAN MAKAM PAHLAWAN KALIBATA STREET SOUTH JAKARTA, 12760 INDONESIA | 08/10/2021 | 21-30452 Seadrill Indonesia Ltd. | 439 | $6.90* | The Reorganized Debtors' records reflect that all of outstanding liabilities to this Claimant as of the petition date have been paid pursuant to the Order on the Tax Motion at Docket 120. |
| 9 | MINISTRY OF FINANCE OF THE REPUBLIC OF INDONESIA, DIRECTORATE GENERAL OF TAXES, OIL AND GAS TAX OFFICE MUH TUNJUNG NUGROHO TAMAN MAKAM PAHLAWAN KALIBATA STREET SOUTH JAKARTA, 12760 INDONESIA | 08/10/2021 | 21-30452 Seadrill Indonesia Ltd. | 440 | $6.90 | The Reorganized Debtors' records reflect that all of outstanding liabilities to this Claimant as of the petition date have been paid pursuant to the Order on the Tax Motion at Docket 120. |
| 10 | MINISTRY OF FINANCE OF THE REPUBLIC OF INDONESIA, DIRECTORATE GENERAL OF TAXES, OIL AND GAS TAX OFFICE MUH TUNJUNG NUGROHO TAMAN MAKAM PAHLAWAN KALIBATA STREET SOUTH JAKARTA, 12760 INDONESIA | 08/10/2021 | 21-30452 Seadrill Indonesia Ltd. | 441 | $7.08* | The Reorganized Debtors' records reflect that all of outstanding liabilities to this Claimant as of the petition date have been paid pursuant to the Order on the Tax Motion at Docket 120. |
| 11 | MINISTRY OF FINANCE OF THE REPUBLIC OF INDONESIA, DIRECTORATE GENERAL OF TAXES, OIL AND GAS TAX OFFICE MUH TUNJUNG NUGROHO TAMAN MAKAM PAHLAWAN KALIBATA STREET SOUTH JAKARTA, 12760 INDONESIA | 08/10/2021 | 21-30452 Seadrill Indonesia Ltd. | 442 | $4.69 | The Reorganized Debtors' records reflect that all of outstanding liabilities to this Claimant as of the petition date have been paid pursuant to the Order on the Tax Motion at Docket 120. |

*Indicates claim contains unliquidated and/or undetermined amounts

2

Eleventh Omnibus Objection
Schedule 3 - No Liability Claims

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 12 | MINISTRY OF FINANCE OF THE REPUBLIC OF INDONESIA, DIRECTORATE GENERAL OF TAXES, OIL AND GAS TAX OFFICE<br>MUH TUNJUNG NUGROHO<br>TAMAN MAKAM PAHLAWAN KALIBATA STREET<br>SOUTH JAKARTA, 12760<br>INDONESIA | 08/10/2021 | 21-30452<br>Seadrill Indonesia Ltd. | 443 | $6.90* | The Reorganized Debtors' records reflect that all of outstanding liabilities to this Claimant as of the petition date have been paid pursuant to the Order on the Tax Motion at Docket 120. |
| 13 | MINISTRY OF FINANCE OF THE REPUBLIC OF INDONESIA, DIRECTORATE GENERAL OF TAXES, OIL AND GAS TAX OFFICE<br>TAMAN MAKAM PAHLAWAN KALIBATA STREET<br>SOUTH JAKARTA<br>JAKARTA, 12760<br>INDONESIA | 08/10/2021 | 21-30452<br>Seadrill Indonesia Ltd. | 444 | $163,663.13 | The Reorganized Debtors' records reflect that all of outstanding liabilities to this Claimant as of the petition date have been paid pursuant to the Order on the Tax Motion at Docket 120. |
| 14 | MINISTRY OF FINANCE OF THE REPUBLIC OF INDONESIA, DIRECTORATE GENERAL OF TAXES, OIL AND GAS TAX OFFICE<br>MUH TUNJUNG NUGROHO<br>TAMAN MAKAM PAHLAWAN KALIBATA STREET<br>SOUTH JAKARTA, 12760<br>INDONESIA | 08/10/2021 | 21-30452<br>Seadrill Indonesia Ltd. | 447 | $124.00* | The Reorganized Debtors' records reflect that all of outstanding liabilities to this Claimant as of the petition date have been paid pursuant to the Order on the Tax Motion at Docket 120. |
| 15 | SEATANKERS MANAGEMENT CO. LTD.<br>C/O SEATANKERS SERVICES (UK) LLP<br>ATTN: ED MILLS-WEBB - GENERAL COUNSEL<br>15 SLOANE SQUARE<br>LONDON, SW1W 8ER | 06/10/2021 | 21-30427<br>Seadrill Limited | 191 | $457,888.00 | Invoices totaling $121,052.77 satisfied via payment of invoices by EFT transfer #845183 dated 03/22/2022.  The Debtors have objected to the forgoing portions of this Claim as partially satisfied.  For the remaining balance of $336,835.23, the Reorganized Debtors are not liable because the Debtors cancelled/terminated the associated invoices due to the Claimant asserting invalid liabilities and/or the Claimant had procedural errors with submission of their invoices. |

Claim #191 is also filed on Schedule 2, as the Debtors are objecting on a satisfied basis to a portion thereof.

*Indicates claim contains unliquidated and/or undetermined amounts

Eleventh Omnibus Objection
Schedule 3 - No Liability Claims

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 16 | STAMP A VISA, LLC<br>5959 WESTHEIMER<br>STE. 107<br>HOUSTON, TX 77057<br>UNITED STATES | 04/09/2021 | 21-30539<br>Seadrill Management AME Ltd. | 5012560 | $51,540.45 | Invoices totaling $50,205.45 satisfied via first day order and subsequent payment of invoices by EFT transfer #807676 dated 04/08/2021, #808153 dated 04/14/2021, #811607 dated 05/12/2021, #852822 dated 06/06/2022, and #858862 dated 08/01/2022. The Debtors have objected to the forgoing portions of this Claim as partially satisfied. For the remaining balance of $1,335.00, the Reorganized Debtors are not liable because the Debtors cancelled/terminated the associated invoices due to the Claimant asserting invalid liabilities and/or the Claimant had procedural errors with submission of their invoices. |
| | Claim #5012560 is also filed on Schedule 2, as the Debtors are objecting on a satisfied basis to a portion thereof. | | | | | |
| 17 | TAMIMI COMPANY FOR COMMERCIAL & MAINTENANCE<br>ATTN: AHMAD SALAH, CEO<br>TAMIMI BUILDING,DHAHRAN / AL KHOBAR ROAD<br>NEAR MACDONALD<br>PO BOX 230<br>AL KHOBAR, 31952<br>SAUDI ARABIA | 04/09/2021 | 21-30391<br>Seadrill GCC Operations Ltd | 5011705 | $13,995.64 | Invoices totaling $9,896.25 satisfied via first day order and subsequent payment of invoices by EFT transfer #815821 dated 06/23/2021. The Debtors have objected to the forgoing portions of this Claim as partially satisfied. For the remaining balance of $4,099.39, the Reorganized Debtors are not liable because the Debtors cancelled/terminated the associated invoices due to the Claimant asserting invalid liabilities and/or the Claimant had procedural errors with submission of their invoices. |
| | Claim #5011705 is also filed on Schedule 2, as the Debtors are objecting on a satisfied basis to a portion thereof. | | | | | |
| | | | | TOTAL | $885,869.18* | |

*Indicates claim contains unliquidated and/or undetermined amounts

**Schedule 4**

**Late Filed Claim**

## Eleventh Omnibus Objection
## Schedule 4 - Late Filed Claims

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | TERREBONNE PARISH SHERIFFS OFFICE<br>P.O. BOX 1670<br>HOUMA, LA 70361 | 10/04/2022 | 21-30427<br>Seadrill Limited | 472 | $197,836.58 | The Debtors have no liability in connection with this claim as the claim was filed on October 04, 2022, which is after the governmental bar date, August 11, 2021. |
| | | | | TOTAL | $197,836.58 | |

1

**<u>Schedule 5</u>**

**Amended Claim**

# Eleventh Omnibus Objection
## Schedule 5 - Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | U.S CUSTOMS AND BORDER PROTECTION ATTN: REVENUE DIVISION, BANKRUPTCY TEAM 6650 TELECOM DRIVE SUITE 100 INDIANAPOLIS, IN 46278 | 08/22/22 | 21-30425 Seadrill Americas, Inc. | 471 | $17,794.56 | U.S CUSTOMS AND BORDER PROTECTION ATTN: REVENUE DIVISION, BANKRUPTCY TEAM 6650 TELECOM DRIVE SUITE 100 INDIANAPOLIS, IN 46278 | 12/19/22 | 21-30425 Seadrill Americas, Inc. | 473 | $6,649.98 |

1